Charles M. Lizza
William C. Baton
David L. Moses
SAUL EWING ARNSTEIN & LEHR LLP
1037 Raymond Boulevard, Suite 1520
Newark, NJ 07102
(973) 286-6700
clizza@saul.com
wbaton@saul.com

*Attorneys for Plaintiffs*
*Indivior Inc., Indivior UK Limited,*
*and Aquestive Therapeutics, Inc.*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| INDIVIOR INC., INDIVIOR UK LIMITED, and AQUESTIVE THERAPEUTICS, INC.<br><br>                    Plaintiffs,<br><br>      v.<br><br>ALVOGEN PINE BROOK LLC,<br><br>                    Defendant. | Civil Action No.  17-7106 (KM)(CLW)<br><br>   **(Filed Electronically)** |

## FIRST AMENDED COMPLAINT FOR PATENT INFRINGEMENT[1]

Plaintiffs Indivior Inc. (formerly known as Reckitt Benckiser Pharmaceuticals Inc.)

("Indivior") Indivior UK Limited (formerly known as RB Pharmaceuticals Limited) ("Indivior

UK"), and Aquestive Therapeutics, Inc. (formerly known as MonoSol Rx LLC) ("Aquestive")

(collectively, "Plaintiffs") file this Complaint against Defendant Alvogen Pine Brook LLC

("Alvogen" or "Defendant") and allege as follows:

---

[1] Plaintiffs amend the complaint as a matter of course pursuant to Fed. R. Civ. P. 15(a)(1)(B), as the Amended Complaint is being filed within 21 days of service of a motion under Rule 12(b). *See* D.I. 12.

## NATURE OF THE ACTION

1.      This is an action for patent infringement arising under the Food and Drug Laws and Patent Laws of the United States, Titles 21 and 35 of the United States Code, respectively, arising from Alvogen's submission of an Abbreviated New Drug Application ("ANDA") to the Food and Drug Administration ("FDA") seeking approval to manufacture, use, and sell a generic version of Plaintiffs' Suboxone® sublingual film prior to the expiration of United States Patent Nos. 9,687,454 ("the '454 patent") and 9,855,221 ("the '221 patent") (collectively, "the patents-in-suit").

## THE PARTIES

2.      Plaintiff Indivior is a Delaware corporation having a principal place of business at 10710 Midlothian Turnpike, Suite 430, Richmond, Virginia.

3.      Plaintiff Indivior UK is a United Kingdom corporation having a principal place of business at 103-105 Bath Road, Slough, UK.

4.      Plaintiff Aquestive Therapeutics, Inc. is a Delaware limited liability corporation having a principal place of business at 30 Technology Drive, Warren, New Jersey 07059.

5.      On information and belief, Alvogen is a Delaware corporation having a principal place of business at 10 Bloomfield Avenue, Building B, Pine Brook, New Jersey 07058.

## JURISDICTION AND VENUE

6.      This Court has subject matter jurisdiction over this action pursuant to 28 U.S.C. §§ 1331, 1338(a), 2201, and 2202.

7.      On information and belief, Alvogen is in the business of, *inter alia*, developing, manufacturing, obtaining regulatory approval, marketing, selling, and distributing generic copies of branded pharmaceutical products in New Jersey and throughout the United States.

8.      This Court has personal jurisdiction over Alvogen because of, *inter alia*, Alvogen's principal place of business in New Jersey, Alvogen's continuous and systematic contacts with corporate entities within this Judicial District, and Alvogen's marketing and sales activities in this Judicial District, including, but not limited to, the substantial, continuous, and systematic distribution, marketing, and/or sales of generic pharmaceutical products to residents of this Judicial District.

9.      Aquestive has legitimate and significant reasons for bringing this action in this District. For example, Aquestive's principal place of business is in this District. Aquestive's primary witnesses are in, or are regularly in, this District, as is the bulk of Aquestive's evidence and records currently in its possession, custody, or control.  Defendant's course of conduct is designed to cause the performance of the tortious act of patent infringement that has led to foreseeable harm and injury to Aquestive, which is a New Jersey corporation. Further, Defendant would not suffer hardship, undue or otherwise, by being summoned to this District.

10.     Venue is proper in this District under 28 U.S.C. §§ 1391 and 1400.

## THE PATENTS-IN-SUIT

11.     Plaintiff Indivior UK is the lawful owner of the '454 patent, and Plaintiff Indivior is an exclusive licensee of the '454 patent. The '454 patent, entitled "Sublingual and Buccal Film Compositions," was duly and legally issued on June 27, 2017, naming Garry L. Myers, Samuel D. Hilbert, Bill J. Boone, Beuford Arlie Bogue, Pradeep Sanghvi, and Madhusudan Hariharan as inventors. A true copy of the '454 patent is attached hereto as Exhibit A.

12.     Plaintiff Aquestive Therapeutics, Inc. (formerly known as MonoSol Rx LLC) is the lawful owner of the '221 patent, and Plaintiff Indivior is an exclusive licensee of the '221 patent. The '221 patent, entitled "Uniform Films for Rapid-Dissolve Dosage Form Incorporating Anti-Tacking Compositions," was duly and legally issued on January 2, 2018, naming Garry L.

Myers, Pradeep Sanghavi, Andrew Philip Verrall, Vimala Francis, and Laura Brooks as inventors. A true copy of the '221 patent is attached hereto as Exhibit B.

## SUBOXONE ® SUBLINGUAL FILM

13.     Plaintiff Indivior is the holder of New Drug Application ("NDA") No. 22-410 for Suboxone® (buprenorphine hydrochloride and naloxone hydrochloride) sublingual film.

14.     On August 30, 2010, the FDA approved NDA No. 22-410 for the manufacture, marketing, and sale of Suboxone® sublingual film for the treatment of opioid dependence. Plaintiff Indivior has sold Suboxone® sublingual film under NDA No. 22-410 since its approval.

15.     The '454 patent is listed in the FDA's *Approved Drug Products with Therapeutic Equivalence Evaluations* (the "Orange Book") as covering Suboxone® sublingual film.

16.     The '221 patent is listed in the Orange Book as covering Suboxone® sublingual film.

## THE DRUG APPROVAL PROCESS

17.     In 1984, Congress enacted the Drug Price Competition and Patent Term Restoration Act, commonly known as the "Hatch-Waxman Act" and codified at 21 U.S.C. § 355. The Hatch-Waxman Act was intended to balance two important public policy goals. First, Congress wanted to ensure that innovator drug manufacturers would have meaningful patent protection and a period of marketing exclusivity to enable them to recoup their investments in the development of valuable new drugs. Second, Congress sought to ensure that, once the patent protection and marketing exclusivity for these drugs expire, consumers would benefit from the availability of lower priced generic versions of approved drugs.

18.     Under 21 U.S.C. § 355(b)(1), the innovator drug manufacturer and NDA applicant is required to submit extensive testing and safety information concerning the drug. In addition, the NDA applicant must submit information on "any patent which claims the drug for

which the applicant submitted the application or which claims a method of using such drug and with respect to which a claim of patent infringement could reasonably be asserted." Once the NDA is approved, the FDA lists this patent information in the Orange Book.

19.     In contrast, the Hatch-Waxman Act allows ANDA applicants to obtain FDA approval for generic versions of previously-approved drugs without having to repeat the extensive testing required for a new drug application. Under 21 U.S.C. § 355(j), ANDAs can rely on FDA's previous findings of safety and efficacy for an approved drug product, if they demonstrate, among other things, that the generic drug is bioequivalent to the previously-approved drug.

20.     When a generic manufacturer submits an ANDA, the FDA conducts a preliminary review of the application to ensure it is sufficiently complete to permit a substantive review. *See* 21 C.F.R. § 314.101(b)(1). "Receipt of an [ANDA] means that FDA has made a threshold determination that the abbreviated application is sufficiently complete to permit a substantive review." Id.

21.     Under 21 U.S.C. § 355(j)(2)(A)(vii), the ANDA must also include one of the following four certifications with respect to each of the patents listed in the Orange Book for the previously-approved drug product: (i) that the patent information has not been filed ("Paragraph I" certifications); (ii) that the patent has expired ("Paragraph II" certifications); (iii) that the patent will expire on a specific date, and the generic will stay off the market until that date ("Paragraph III" certifications); or (iv) that the "patent is invalid or will not be infringed by the manufacture, use, or sale of the new drug for which the application is submitted" ("Paragraph IV" certifications).

22.     If the ANDA includes a Paragraph IV certification, the Hatch-Waxman Act requires the ANDA applicant to give notice to the patent owner of the factual and legal basis for the applicant's opinion that patents listed in the Orange Book are invalid or will not be infringed ("Notification Letter") "not later than 20 days after the date of the postmark on the notice with which the [FDA] informs the applicant that the application has been filed." 21 U.S.C. § 355(j)(2)(B).

23.     If the patent owner files an infringement action within 45 days of receiving the Notification Letter, a 30-month injunction or stay of the FDA approval is triggered, calculated from the date of receipt of the Notification Letter. *See* 21 U.S.C. § 355(j)(5)(B)(iii). This 30-month period is intended to allow time for judicial resolution on the merits of any patent infringement, validity, and/or enforceability claims, before the competitor is allowed entry into the market.

## ALVOGEN'S PARAGRAPH IV NOTICE

24.     Plaintiffs received the Notification Letter from Alvogen dated August 17, 2017, stating that ANDA No. 205954 contains Paragraph IV certifications alleging that the '454 patent is invalid, unenforceable, and/or will not be infringed by the manufacture, use, or sale of the generic product proposed in the ANDA.

25.     The Notification Letter further states that Alvogen submitted ANDA No. 205954 to the FDA under 21 U.S.C. § 355(j), seeking approval to engage in commercial manufacture, use, and/or sale of Alvogen's generic product before expiration of the patents-in-suit. On information and belief, ANDA No. 205954 concerns dosages of Defendant's generic product and refers to and relies on Plaintiff Indivior's NDA for Suboxone® sublingual film and purports to contain data showing bioequivalence of Alvogen's generic product with Suboxone® sublingual film.

## DEFENDANTS' INFRINGING GENERIC PRODUCT

26.     Defendant submitted ANDA No. 205954 to FDA under 21 U.S.C. § 355(b)(2),

seeking approval to engage in commercial manufacture, use, and/or sale of Defendant's generic

product before expiration of the patents-in-suit.

27.     ANDA No. 205954 refers to and relies on Plaintiffs' NDA for Suboxone®

sublingual film and purports to contain data showing bioequivalence of Defendants' generic

product with Suboxone® sublingual film.

28.     On information and belief, Defendant's generic product includes an anti-tacking

agent recited in the claims of the '221 patent as part of commercially sourced polyethylene

oxide.

### COUNT 1
### Infringement of the '454 Patent Under 35 U.S.C. § 271(e)(2)

29.     On information and belief, Alvogen's generic product is covered by one or more

claims of the '454 patent.

30.     By filing ANDA No. 205954 under 21 U.S.C. § 355(j) for the purposes of

obtaining approval to engage in the commercial manufacture, use, and/or sale of Alvogen's

generic product prior to the expiration of the '454 patent, Alvogen has committed an act of

infringement of the '454 patent under 35 U.S.C. § 271(e)(2).

31.     Plaintiffs are entitled to the relief provided by 35 U.S.C. § 271(e)(4), including,

*inter alia*, an order of this Court that the FDA set the effective date of approval for ANDA No.

205954 to be a date which is not any earlier than the expiration date of the '454 patent, including

any extensions of that date.

<u>COUNT 2</u>
**Infringement of the '221 Patent Under 35 U.S.C. § 271(e)(2)**

32.     On information and belief, Alvogen's generic product is covered by one or more claims of the '221 patent.

33.     By filing ANDA No. 205954 under 21 U.S.C. § 355(j) for the purposes of obtaining approval to engage in the commercial manufacture, use, and/or sale of Alvogen's generic product prior to the expiration of the '221 patent, Alvogen has committed an act of infringement of the '221 patent under 35 U.S.C. § 271(e)(2).

34.     Plaintiffs are entitled to the relief provided by 35 U.S.C. § 271(e)(4), including, *inter alia*, an order of this Court that the FDA set the effective date of approval for ANDA No. 205954 to be a date which is not any earlier than the expiration date of the '221 patent, including any extensions of that date.

**PRAYER FOR RELIEF**

WHEREFORE, Plaintiffs respectfully request that this Court enter:

A.     A Judgment that Alvogen has infringed the '454 patent under 35 U.S.C. § 271(e)(2) by submitting and maintaining ANDA No. 205954;

B.     A Declaratory Judgment that Defendant's commercial manufacture within the United States of Alvogen's generic product would infringe the '454 patent under 35 U.S.C. § 271;

C.     A Judgment that Alvogen has infringed the '221 patent under 35 U.S.C. § 271(e)(2) by submitting and maintaining ANDA No. 205954;

D.     A Declaratory Judgment that Defendant's commercial manufacture within the United States of Alvogen's generic product would infringe the '221 patent under 35 U.S.C. § 271;

E.      Preliminary and permanent injunctions, restraining and enjoining Alvogen, its officers, agents, attorneys, affiliates, divisions, successors and employees, and those acting in privity or concert with them, from engaging in, causing, or inducing the commercial manufacture, use, offer to sell, or sale within the United States, or importation into the United States, of drugs and formulations, or from inducing and/or encouraging the use of methods, claimed in the patents-in-suit;

F.      An Order that the effective date of any approval of ANDA No. 205954 be a date that is not earlier than the expiration of the patents-in-suit, including any extensions thereof and any later expiration of exclusivity associated with the '454 patent;

G.      An Order that the effective date of any approval of ANDA No. 205954 be a date that is not earlier than the expiration of the patents-in-suit, including any extensions thereof and any later expiration of exclusivity associated with the '221 patent;

H.      A Judgment and Order finding that this is an exceptional case within the meaning of 35 U.S.C. § 285 and awarding to Plaintiffs their reasonable attorneys' fees;

I.      A Judgment granting Plaintiffs compensatory damages in an amount to be determined at trial including both pre-judgment and post-judgment interest if Alvogen commercially manufactures, uses, offers to sell, or sells in the United States, or imports into the United States, Alvogen's generic product before the expiration of the patents-in-suit, including any extensions; and

J.      Any and all other relief as the Court deems just and proper.

Dated: February 7, 2018                     Respectfully submitted,

                                            By: _s/ William C. Baton_____

Daniel A. Ladow                                Charles M. Lizza
James M. Bollinger                             William C. Baton
Timothy P. Heaton                              David L. Moses
J. Magnus Essunger                             SAUL EWING ARNSTEIN & LEHR LLP
Sujatha Vathyam                                1037 Raymond Boulevard, Suite 1520
TROUTMAN SANDERS LLP                           Newark, NJ 07102
875 Third Avenue                               (973) 286-6700
New York, New York 10022                       clizza@saul.com
(212) 704-6000                                 wbaton@saul.com
daniel.ladow@troutman.com                      dmoses@saul.com
james.bollinger@troutman.com
timothy.heaton@troutman.com                 *Attorneys for Plaintiffs*
magnus.essunger@troutman.com                *Indivior Inc., Indivior UK Limited,*
suja.vathyam@troutman.com                   *and Aquestive Therapeutics, Inc.*

Charanjit Brahma
TROUTMAN SANDERS LLP
580 California Street
Suite 1100
San Francisco, CA 94104
(415) 477-5700
charanjit.brahma@troutman.com

*Attorneys for Plaintiffs*
*Indivior Inc. & Indivior UK Limited*

Erica N. Andersen                           Cassandra A. Adams
Jeffrey B. Elikan                           STEPTOE & JOHNSON LLP
Jeffrey H. Lerner                           1114 Avenue of the Americas
Ashley M. Kwon                              New York, New York 10036
COVINGTON & BURLING LLP                     (212) 506-3900
One CityCenter                              cadams@steptoe.com
850 Tenth Street, NW
Washington, D.C. 20001                      James F. Hibey
(202) 662-6000                              STEPTOE & JOHNSON LLP
eandersen@cov.com                           1330 Connecticut Avenue, NW
jelikan@cov.com                             Washington, DC 20036
jlerner@cov.com                             (212) 429-3000
akwon@cov.com                               jhibey@steptoe.com

*Attorneys for Plaintiffs*                  *Attorneys for Plaintiff*
*Indivior Inc. & Indivior UK Limited*       *Aquestive Therapeutics, Inc.*

10

# EXHIBIT A

US009687454B2

(12) **United States Patent**
Myers et al.

(10) Patent No.: **US 9,687,454 B2**
(45) Date of Patent: **\*Jun. 27, 2017**

(54) **SUBLINGUAL AND BUCCAL FILM COMPOSITIONS**

(71) Applicant: **Indivior UK Limited**, Slough (GB)

(72) Inventors: **Garry L. Myers**, Kingsport, TN (US); **Samuel D. Hilbert**, Jonesboro, TN (US); **Bill J. Boone**, Johnson City, TN (US); **Beuford Arlie Bogue**, Valparaiso, IN (US); **Pradeep Sanghvi**, Valparaiso, IN (US); **Madhusudan Hariharan**, Munster, IN (US)

(73) Assignee: **Indivior UK Limited**, Slough (GB)

( \* ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 0 days.

This patent is subject to a terminal disclaimer.

(21) Appl. No.: **14/989,669**

(22) Filed: **Jan. 6, 2016**

(65) **Prior Publication Data**

US 2016/0113885 A1     Apr. 28, 2016

**Related U.S. Application Data**

(63) Continuation of application No. 14/715,462, filed on May 18, 2015, now abandoned, which is a continuation of application No. 14/478,786, filed on Sep. 5, 2014, now abandoned, which is a continuation of application No. 13/964,975, filed on Aug. 12, 2013, now abandoned, which is a continuation of application No. 13/923,749, filed on Jun. 21, 2013, now abandoned, which is a continuation of application No. 12/537,571, filed on Aug. 7, 2009, now Pat. No. 8,475,832.

(51) **Int. Cl.**

| | |
|---|---|
| *A61K 9/00* | (2006.01) |
| *A61K 9/20* | (2006.01) |
| *A61K 9/70* | (2006.01) |
| *A61K 31/485* | (2006.01) |
| *A61K 31/4355* | (2006.01) |
| *A61K 47/34* | (2017.01) |
| *A61K 31/46* | (2006.01) |
| *A61K 47/32* | (2006.01) |

(52) **U.S. Cl.**

CPC ............ *A61K 9/7007* (2013.01); *A61K 9/006* (2013.01); *A61K 9/0056* (2013.01); *A61K 31/4355* (2013.01); *A61K 31/46* (2013.01); *A61K 31/485* (2013.01); *A61K 47/32* (2013.01); *A61K 47/34* (2013.01)

(58) **Field of Classification Search**

CPC ............ A61K 2300/00; A61K 31/4355; A61K 31/485; A61K 47/34; A61K 9/0056; A61K 9/7007
USPC ......... 206/438; 128/903; 224/194, 269, 603, 224/610, 660, 681, 684; 383/12, 42, 108; 514/282; 424/484, 422, 435
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 307,537 | A | 11/1884 | Foulks |
| 688,446 | A | 12/1901 | Stempel |
| 2,980,554 | A | 4/1961 | Gentile et al. |
| 3,007,848 | A | 11/1961 | Stoop |
| 3,249,109 | A | 5/1966 | Maeth et al. |
| 3,444,858 | A | 5/1969 | Russell |
| 3,536,809 | A | 10/1970 | Applezweig |
| 3,551,556 | A | 12/1970 | Kliment et al. |
| 3,598,122 | A | 8/1971 | Zaffaroni |
| 3,632,740 | A | 1/1972 | Robinson et al. |
| 3,640,741 | A | 2/1972 | Etes |
| 3,641,237 | A | 2/1972 | Gould et al. |
| 3,731,683 | A | 5/1973 | Zaffaroni |
| 3,753,732 | A | 8/1973 | Boroshok |
| 3,814,095 | A | 6/1974 | Lubens |
| 3,892,905 | A | 7/1975 | Albert |
| 3,911,099 | A | 10/1975 | DeFoney et al. |
| 3,972,995 | A | 8/1976 | Tsuk et al. |
| 3,980,766 | A | 9/1976 | Shaw et al. |
| 3,996,934 | A | 12/1976 | Zaffaroni |
| 4,029,757 | A | 6/1977 | Mlodozeniec et al. |
| 4,029,758 | A | 6/1977 | Mlodozeniec et al. |
| 4,031,200 | A | 6/1977 | Reif |
| 4,070,494 | A | 1/1978 | Hoffmeister et al. |
| 4,123,592 | A | 10/1978 | Rainer et al. |
| 4,128,445 | A | 12/1978 | Sturzenegger et al. |
| 4,136,145 | A | 1/1979 | Fuchs et al. |

(Continued)

FOREIGN PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| AU | 741362 | B2 | 7/1998 |
| DE | 2432925 | B2 | 1/1976 |

(Continued)

OTHER PUBLICATIONS

Al-Ghananeem, A. et al. (2006). "Effect of pH on Sublingual Absorption of Oxycodone Hydrochloride." AAPS PharmSciTech 7(1) Article 23 (http://www.aapspharmscitech.org).

Bodmeier, R. (1989). "Evalutation of Drug-Containing Poylmer Films Prepared from Aqueous Latexes," Pharmaceutical Research, vol. 6, No. 8, 1989.

Lazaridou et al., Thermophysical proprties of chitosan, chitosan-starch and chitosan-pullulan films near the glass Carbohydrate Polymers 48: 179-190 (2002).

Mahmood et al., "A limited sampling method for the estimation of AUC and Cmax of carbamazepine and carbamazepine epoxide following a single and multiple dose of a sustained-release product." BrJ Clin Pharmacol 1998; 45: pp. 241-246.

(Continued)

*Primary Examiner* — Janet Epps Smith

(74) *Attorney, Agent, or Firm* — Mintz Levin Cohn Ferris Glovsky and Popeo, P.C.

(57) **ABSTRACT**

The present invention relates to products and methods for treatment of narcotic dependence in a user. The invention more particularly relates to self-supporting dosage forms which provide an active agent for treating narcotic dependence while providing sufficient buccal adhesion to the dosage form.

**14 Claims, No Drawings**

# US 9,687,454 B2

Page 2

(56)                **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 4,136,162 | A | 1/1979 | Fuchs et al. |
| 4,139,627 | A | 2/1979 | Lane et al. |
| 4,226,848 | A | 10/1980 | Nagai et al. |
| 4,251,400 | A | 2/1981 | Columbus |
| 4,259,686 | A | 3/1981 | Suzuki et al. |
| 4,292,299 | A | 9/1981 | Suzuki et al. |
| 4,294,820 | A | 10/1981 | Keith et al. |
| 4,302,465 | A | 11/1981 | AF Ekenstam et al. |
| 4,307,075 | A | 12/1981 | Martin |
| 4,325,855 | A | 4/1982 | Dickmann et al. |
| 4,373,036 | A | 2/1983 | Chang et al. |
| 4,406,708 | A | 9/1983 | Hesselgren |
| 4,432,975 | A | 2/1984 | Libby |
| 4,438,258 | A | 3/1984 | Graham |
| 4,460,562 | A | 7/1984 | Keith et al. |
| 4,466,973 | A | 8/1984 | Rennie |
| 4,503,070 | A | 3/1985 | Eby, III |
| 4,515,162 | A | 5/1985 | Yamamoto et al. |
| 4,517,173 | A | 5/1985 | Kizawa et al. |
| 4,529,601 | A | 7/1985 | Broberg et al. |
| 4,529,748 | A | 7/1985 | Wienecke |
| 4,562,020 | A | 12/1985 | Hijiya et al. |
| 4,569,837 | A | 2/1986 | Suzuki et al. |
| 4,582,835 | A | 4/1986 | Lewis et al. |
| 4,593,053 | A | 6/1986 | Jevne et al. |
| 4,608,249 | A | 8/1986 | Otsuka et al. |
| 4,615,697 | A | 10/1986 | Robinson |
| 4,623,394 | A | 11/1986 | Nakamura et al. |
| 4,631,837 | A | 12/1986 | Magoon |
| 4,652,060 | A | 3/1987 | Miyake |
| 4,659,714 | A | 4/1987 | Watt-Smith |
| 4,661,492 | A | 4/1987 | Lewis et al. |
| 4,675,009 | A | 6/1987 | Hymes et al. |
| 4,695,465 | A | 9/1987 | Kigasawa et al. |
| 4,704,119 | A | 11/1987 | Shaw et al. |
| 4,713,239 | A | 12/1987 | Babaian et al. |
| 4,713,243 | A | 12/1987 | Schiraldi et al. |
| 4,722,761 | A | 2/1988 | Cartmell et al. |
| 4,740,365 | A | 4/1988 | Yukimatsu et al. |
| 4,748,022 | A | 5/1988 | Busciglio |
| 4,755,386 | A | 7/1988 | Hsiao et al. |
| 4,765,983 | A | 8/1988 | Takayanagi et al. |
| 4,772,470 | A | 9/1988 | Inoue et al. |
| 4,777,046 | A | 10/1988 | Iwakura et al. |
| 4,789,667 | A | 12/1988 | Makino et al. |
| 4,849,246 | A | 7/1989 | Schmidt |
| 4,860,754 | A | 8/1989 | Sharik et al. |
| RE33,093 | E | 10/1989 | Schiraldi et al. |
| 4,876,092 | A | 10/1989 | Mizobuchi et al. |
| 4,876,970 | A | 10/1989 | Bolduc |
| 4,888,354 | A | 12/1989 | Chang et al. |
| 4,894,232 | A | 1/1990 | Reul et al. |
| 4,900,552 | A | 2/1990 | Sanvordeker et al. |
| 4,900,554 | A | 2/1990 | Yanagibashi et al. |
| 4,900,556 | A | 2/1990 | Wheatley et al. |
| 4,910,247 | A | 3/1990 | Haldar et al. |
| 4,915,950 | A | 4/1990 | Miranda et al. |
| 4,925,670 | A | 5/1990 | Schmidt |
| 4,927,634 | A | 5/1990 | Sorrentino et al. |
| 4,927,636 | A | 5/1990 | Hijiya et al. |
| 4,935,428 | A | 6/1990 | Lewis |
| 4,937,078 | A | 6/1990 | Mezei et al. |
| 4,940,587 | A | 7/1990 | Jenkins et al. |
| 4,948,580 | A | 8/1990 | Browning |
| 4,958,580 | A | 9/1990 | Asaba et al. |
| 4,978,531 | A | 12/1990 | Yamazaki et al. |
| 4,981,693 | A | 1/1991 | Higashi et al. |
| 4,981,875 | A | 1/1991 | Leusner et al. |
| 4,992,277 | A | 2/1991 | Sangekar et al. |
| 5,023,082 | A | 6/1991 | Friedman et al. |
| 5,024,701 | A | 6/1991 | Desmarais |
| 5,028,632 | A | 7/1991 | Fuisz |
| 5,045,445 | A | 9/1991 | Schultz |
| 5,047,244 | A | 9/1991 | Sanvordeker et al. |
| 5,064,717 | A | 11/1991 | Suzuki et al. |
| 5,089,307 | A | 2/1992 | Ninomiya et al. |
| 5,118,508 | A | 6/1992 | Kikuchi et al. |
| 5,139,790 | A | 8/1992 | Snipes |
| 5,158,825 | A | 10/1992 | Altwirth |
| 5,166,233 | A | 11/1992 | Kuroya et al. |
| 5,186,938 | A | 2/1993 | Sablotsky et al. |
| 5,229,164 | A | 7/1993 | Pins et al. |
| 5,234,957 | A | 8/1993 | Mantelle |
| 5,271,940 | A | 12/1993 | Cleary et al. |
| 5,272,191 | A | 12/1993 | Ibrahim et al. |
| 5,273,758 | A | 12/1993 | Royce |
| 5,346,701 | A | 9/1994 | Heiber et al. |
| 5,354,863 | A | 10/1994 | Dappen et al. |
| 5,393,528 | A | 2/1995 | Staab |
| 5,411,945 | A | 5/1995 | Ozaki et al. |
| 5,413,792 | A | 5/1995 | Ninomiya et al. |
| 5,433,960 | A | 7/1995 | Meyers |
| 5,455,043 | A | 10/1995 | Fischel-Ghodsian |
| 5,462,749 | A | 10/1995 | Rencher |
| 5,472,704 | A | 12/1995 | Santus et al. |
| 5,518,902 | A | 5/1996 | Ozaki et al. |
| 5,567,431 | A | 10/1996 | Vert et al. |
| 5,605,696 | A | 2/1997 | Eury et al. |
| 5,620,757 | A | 4/1997 | Ninomiya et al. |
| 5,629,003 | A | 5/1997 | Horstmann et al. |
| 5,681,873 | A | 10/1997 | Norton et al. |
| 5,700,478 | A | 12/1997 | Biegajski et al. |
| 5,700,479 | A | 12/1997 | Lundgren |
| 5,702,725 | A | 12/1997 | Merrill et al. |
| 5,766,332 | A | 6/1998 | Graves et al. |
| 5,766,620 | A | 6/1998 | Heiber et al. |
| 5,766,623 | A | 6/1998 | Ayres et al. |
| 5,766,839 | A | 6/1998 | Johnson et al. |
| 5,800,832 | A | 9/1998 | Tapolsky et al. |
| 5,806,284 | A | 9/1998 | Gifford |
| 5,891,461 | A | 4/1999 | Jona et al. |
| 5,900,247 | A | 5/1999 | Rault et al. |
| 5,948,430 | A | 9/1999 | Zerbe et al. |
| 6,072,100 | A | 6/2000 | Mooney et al. |
| 6,103,266 | A | 8/2000 | Tapolsky et al. |
| 6,124,282 | A | 9/2000 | Sellers et al. |
| 6,126,969 | A | 10/2000 | Shah et al. |
| 6,153,210 | A | 11/2000 | Roberts et al. |
| 6,159,498 | A | 12/2000 | Tapolsky et al. |
| 6,177,096 | B1 | 1/2001 | Zerbe et al. |
| 6,228,863 | B1 | 5/2001 | Palermo et al. |
| 6,231,957 | B1 | 5/2001 | Zerbe et al. |
| 6,264,981 | B1 | 7/2001 | Zhang et al. |
| 6,284,264 | B1 | 9/2001 | Zerbe et al. |
| 6,344,212 | B2 | 2/2002 | Reder et al. |
| 6,375,963 | B1 | 4/2002 | Repka et al. |
| 6,503,532 | B1 | 1/2003 | Murty et al. |
| 6,667,060 | B1 | 12/2003 | Vandecruys et al. |
| 6,800,329 | B2 | 10/2004 | Horstmann et al. |
| 6,824,829 | B2 | 11/2004 | Berry et al. |
| 6,995,169 | B2 | 2/2006 | Chapleo et al. |
| 7,005,142 | B2 | 2/2006 | Leon et al. |
| 7,357,891 | B2 | 4/2008 | Yang et al. |
| 7,425,292 | B2 | 9/2008 | Yang et al. |
| 7,579,019 | B2 | 8/2009 | Tapolsky et al. |
| 8,475,832 | B2 * | 7/2013 | Myers et al. ............... 424/435 |
| 9,101,625 | B2 | 8/2015 | Oksche et al. |
| 9,370,512 | B2 | 6/2016 | Oksche et al. |
| 2001/0006677 | A1 | 7/2001 | McGinity et al. |
| 2001/0022964 | A1 | 9/2001 | Leung et al. |
| 2001/0046511 | A1 | 11/2001 | Zerbe et al. |
| 2002/0187192 | A1 | 12/2002 | Joshi et al. |
| 2003/0069263 | A1 | 4/2003 | Breder et al. |
| 2003/0107149 | A1 | 6/2003 | Yang et al. |
| 2003/0124176 | A1 | 7/2003 | Hsu et al. |
| 2004/0096569 | A1 | 5/2004 | Barkalow et al. |
| 2004/0191302 | A1 | 9/2004 | Davidson |
| 2005/0037055 | A1 | 2/2005 | Yang et al. |
| 2005/0042281 | A1 | 2/2005 | Singh et al. |
| 2005/0048102 | A1 | 3/2005 | Tapolsky et al. |
| 2005/0085440 | A1 | 4/2005 | Birch et al. |
| 2005/0118217 | A1 | 6/2005 | Barnhart et al. |
| 2005/0147658 | A1 | 7/2005 | Tapolsky et al. |
| 2005/0163830 | A1 | 7/2005 | Rademacher et al. |

## US 9,687,454 B2
Page 3

(56)         **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 2005/0192309 | A1 | 9/2005 | Palermo et al. |
| 2006/0210610 | A1 | 9/2006 | Davidson et al. |
| 2006/0281775 | A1 | 12/2006 | Kelly, II et al. |
| 2007/0065365 | A1 | 3/2007 | Kugelmann et al. |
| 2007/0087036 | A1 | 4/2007 | Durschlag et al. |
| 2007/0148097 | A1 | 6/2007 | Finn et al. |
| 2008/0254105 | A1 | 10/2008 | Tapolsky et al. |
| 2010/0015183 | A1 | 1/2010 | Finn et al. |
| 2010/0087470 | A1* | 4/2010 | Oksche et al. ................ 514/279 |
| 2011/0189259 | A1 | 8/2011 | Vasisht et al. |
| 2011/0262522 | A1 | 10/2011 | Finn et al. |
| 2013/0281481 | A1 | 10/2013 | Myers et al. |
| 2014/0005218 | A1 | 1/2014 | Myers et al. |
| 2014/0378497 | A1 | 12/2014 | Myers et al. |
| 2015/0246005 | A1 | 9/2015 | Myers et al. |

FOREIGN PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| DE | 2449865 | B2 | 4/1976 |
| DE | 3630603 | C2 | 3/1988 |
| EP | 0069600 | A2 | 1/1983 |
| EP | 0 324 725 | A1 | 7/1989 |
| EP | 0 324 725 | B1 | 7/1989 |
| EP | 0219762 | B1 | 12/1990 |
| EP | 0259749 | B1 | 8/1991 |
| EP | 0200508 | B1 | 10/1991 |
| EP | 0241178 | B1 | 1/1992 |
| EP | 0273069 | B1 | 10/1992 |
| EP | 0250187 | B1 | 9/1993 |
| EP | 0452446 | B1 | 12/1993 |
| EP | 0381194 | B1 | 8/1994 |
| EP | 0440462 | B1 | 12/1994 |
| EP | 0514691 | B1 | 3/1996 |
| EP | 0598606 | B1 | 6/1999 |
| EP | 0949925 | B1 | 10/1999 |
| EP | 1110546 | A1 | 6/2001 |
| EP | 1897543 | A1 | 3/2008 |
| GB | 2447016 | A | 9/2008 |
| JP | 62126950 | | 6/1987 |
| JP | 02265444 | | 10/1990 |
| JP | 05147140 | | 6/1993 |
| JP | 07322812 | | 12/1995 |
| JP | 2001279100 | | 10/2001 |
| WO | WO-91/05540 | A1 | 5/1991 |
| WO | WO-92/15289 | A1 | 9/1992 |
| WO | WO-95/05416 | A2 | 2/1995 |
| WO | WO-95/18046 | A1 | 7/1995 |
| WO | WO-96/26720 | A1 | 9/1996 |
| WO | WO-98/17251 | A1 | 4/1998 |
| WO | WO-99/17744 | A1 | 4/1999 |
| WO | WO-99/44580 | A1 | 9/1999 |
| WO | WO-99/55312 | A2 | 11/1999 |
| WO | WO-00/18365 | A2 | 4/2000 |
| WO | WO-00/42992 | A2 | 7/2000 |
| WO | WO-00/51593 | A2 | 9/2000 |
| WO | WO-00/51593 | A3 | 9/2000 |
| WO | WO-01/70194 | A1 | 9/2001 |
| WO | WO-01/91721 | A2 | 12/2001 |
| WO | WO-03/003957 | A1 | 1/2003 |
| WO | WO-03/030882 | A1 | 4/2003 |
| WO | WO-03/030883 | A1 | 4/2003 |
| WO | WO-2005/079750 | A3 | 2/2004 |
| WO | WO-2005/079750 | A2 | 9/2005 |
| WO | WO-2007/070632 | A2 | 6/2007 |
| WO | WO-2008/011194 | A2 | 1/2008 |
| WO | WO-2008/025791 | A1 | 3/2008 |
| WO | WO 2008/025791 | A1 * | 3/2008 |
| WO | WO-2008/040534 | A2 | 4/2008 |
| WO | WO-2008/040534 | A3 | 4/2008 |
| WO | WO-2008/068671 | A1 | 6/2008 |
| WO | WO-2008/100434 | A1 | 8/2008 |
| WO | WO-2008/104737 | A1 | 9/2008 |
| WO | WO-2011/017483 | A2 | 2/2011 |
| WO | WO-2011/017483 | A3 | 2/2011 |

OTHER PUBLICATIONS

Notification of Transmittal of the International Search Report and the Written Opinion of the International Searching or the Declaration for International Application No. PCT/US2010/044488 dated Apr. 11, 2011.

Peh et al. (1999). "Polymeric films as vehicle for buccal delivery:swelling, mechanical, and bioadhesive properties," *J Pharmaceut Sci* (1999). www.ualberta.ca/-csps) 2(2):53-61.

Repka et al., "Bioadhesive Properties of hydroxypropylcellulose topical films produced by hot melt extrusion," Journal Controlled Release, 70: 341-351 (2001).

Repka et al., "Influence of Vitamin E TPGS on the properties of hydrophilic films produced by hot melt extrusion", International Journal of Pharmaceutics 202(1-2): 63-70 (Jul. 20, 2000).

"Suboxone Subligualtabletten" In: Verlag Rote Liste Service GmbH: "Rote Liste 2008" 2008, Verlag Rote Liste GmbH, Frankfurt/Main, XP002624986, p. 39018, the whole document.

Written Opinion of the International Searching Authority for International Application No. PCT/US2010/044488 dated Apr. 2011, 4 pages.

Ansel, H.C. et al. (1999). "New Drug Development and Approval Process" Chapter 2 *in Pharmaceutical Dosage Forms and Drug Delivery Systems*, Seventh Edition, Balado, D. et al eds., Lippincott Williams & Wilkins, 121 pages.

Brewster, D. et al. (Aug. 1981). "The systemic bioavailability of buprenorphine by various routes of administration," *J Pharm Pharmacol* 33(8):500-506.

Bullingham, R.E et al. (Nov. 1980). "Buprenorphine kinetics," *Clin Pharmacol Ther* 28(5):667-672.

Bullingham, R.E. et al. (Aug. 1981). "Sublingual buprenorphine used postoperatively: clinical observations and preliminary pharmacokinetic analysis," *Br J Clin Pharmacol* 12(2):117-122.

Bullingham, R.E. et al. (May 1982). "Sublingual buprenorphine used postoperatively: ten hour plasma drug concentration analysis," *Br J Clin Pharmacol* 13(5):665-673.

Chamberlain, J.M. et al. (Nov. 1994). "A comprehensive review of naloxone for the emergency physician," *Am J Emerg Med* 12(6):65-660.

Chang, Y. et al. (Mar. 2006, e-published Dec. 28, 2005). "Novel metabolites of buprenorphine detected in human liver microsomes and human urine," *Drug Metab Dispos* 34(3):440-448.

Chiang, C.N. et al. (May 21, 2003). "Pharmacokinetics of the combination tablet of buprenorphine and naloxone," *Drug Alcohol Depend* 70(2 Suppl):S39-S47.

Elkader, A. et al. (2005). "Buprenorphine: clinical pharmacokinetics in the treatment of opioid dependence," *Clin Pharmacokinet* 44(7):661-680.

Fishman J. et al. (Dec. 1973). "Disposition of naloxone-7,8,3H in normal and narcotic-dependent men," *J Pharmacol Exp Ther* 187(3):575-580.

Harris, D.S. et al. (Dec. 22, 2000). "Buprenorphine and naloxone co-administration in opiate-dependent patients stabilized on sublingual buprenorphine," *Drug Alcohol Depend* 61(1):85-94.

Harris, D.S. et al. (2004). "Pharmacokinetics and subjective effects of sublingual buprenorphine, alone or in combination with naloxone: lack of dose proportionality," *Clin Pharmacokinet* 43(5):329-340.

Iribarne, C. et al. (1997). "Involvement of cytochrome P450 3A4 in N-dealkylation of buprenorphine in human liver microsomes," *Life Sci* 60(22):1953-1964.

Kuhlman, J.J. Jr. et al. (Oct. 1996). "Human pharmacokinetics of intravenous, sublingual, and buccal buprenorphine," *J Anal Toxicol* 20(6):369-378.

Martin, W. et al. (1999). "Bioavailability Investigation of a New Tilidine/Naloxone Liquid Formulation Compared to a Reference Formulation," Arzneim-Forsch/Drug Res 49(II), NR 7, 10 pages.

McQuay, H. J. et al. (1995). "Buprenorphine Kinetics in Humans," *in Buprenorphine: Combatting Drug Abuse with a Unique Opioid* Cowan, A. et al. eds., Wiley-Liss, Inc., 13 pages.

Mendelson, J. et al. (Jan. 1997). "Bioavailability of sublingual buprenorphine," *J Clin Pharmacol* 37(1):31-37.

Nath, R.P. et al. (Jun. 1999). "Buprenorphine pharmacokinetics: relative bioavailability of sublingual tablet and liquid formulations," *J Clin Pharmacol* 39(6):619-623.

US 9,687,454 B2

Page 4

(56) **References Cited**

OTHER PUBLICATIONS

Robinson, S.E. (2002). "Buprenorphine: an analgesic with an expanding role in the treatment of opioid addiction," *CNS Drug Rev* 8(4):377-390.

Rowland, M. et al. (1995). "Why Clinical Pharmacokinetics?" Chapter 1 in *Clinical Pharmacokinetics Concepts and Applications*, Third Edition, Balado D. et al. eds., Lippincott Williams & Wilkins, 9 pages.

Rance, M.J. et al. (Sep. 1977). "The metabolism of phenolic opiates by rat intestine," *Xenobiotica* 7(9):529-536.

Rowland, M. et al. (1995). "Variability" Chapter 13 in *Clinical Pharmacokinetics Concepts and Applications*, Third Edition, Balado D. et al. eds., Lippincott Williams & Wilkins, 19 pages.

Rowland, M. et al. (2011). "Therapeutic Relevance" Chapter 1 in Clinical *Pharmacokinetics and Pharmacodynamics Concepts and Applications*, Fourth Edition, Lippincott Williams & Wilkins, 15 pages.

Shargel, L. et al. (2005). "Physiologic Factors Related to Drug Absorption" Chapter 13 in *Applied Biopharmaceutics & Pharmacokinetics* Fifth Edition, The McGraw-Hill Companies, Inc., 42 pages.

Shargel, L. et al. (2005). "Relationship Between Pharmacokinetics and Pharmacodynamics" Chapter 19 in *Applied Biopharmaceutics & Pharmacokinetics* Fifth Edition, The McGraw-Hill Companies, Inc., 39 pages.

Shojaei, A.H. (Jan.-Apr. 1998). "Buccal mucosa as a route for systemic drug delivery: a review," *J Pharm Pharm Sci* 1(1):15-30.

Smith, K. et al. (May 2012). "Low absolute bioavailability of oral naloxone in healthy subjects," *Int J Clin Pharmacol Ther* 50(5):360-367.

Strain, E.C. et al. (Apr. 9, 2004). "Relative bioavailability of different buprenorphine formulations under chronic dosing conditions," *Drug Alcohol Depend* 74(1):37-43.

Suboxone Sublingual Tablets Package Insert, Distributed by Reckitt Benckiser Pharmaceuticals Inc., 4 pages.

Suboxone Product Insert, (Apr. 2014), Distributed by Reckitt Benckiser Pharmaceuticals Inc., 24 pages.

Subutex Summary Product Insert (2013). Reckitt Benckiser Pharmaceuticals Limited, 11 pages.

Tam, Y.K. (Oct. 1993). "Individual variation in first-pass metabolism," *Clin Pharmacokinet* 25(4):300-328.

Walter, D.S. et al. (1995). *Buprenorphine: Combating Drug Abuse with a Unique Opioid*, Cowan, A. et al. eds., Wiley-Liss, Inc, 25 pages.

Washington, T. et al. (2013). "Buprenorphine: Side Effects and Tolerability" Chapter 14 in *Handbook of Methadon Prescribing and Buprenorphine Therapy*, Cruciani, R.A. et al. eds, 11 pages.

Welsh, C. et al. (2005). "Buprenorphine: A (Relatively) New Treatment for Opioid Dependence," *Psychiatry* 11 pages.

Trial Opinion of Jun. 3, 2016, for *Reckitt Benckiser Pharmaceuticals, Inc. et al v. Watson Laboratories, Inc. et al*, US District Court for the District of Delaware, Civil Action No. 13-1674-RGA and Civil Action No. 14-422-RGA, 61 pages.

IPR2014-00998: Decision Denying Institution of *Inter Partes* Review and Dismissing Motion for Joinder Decision, U.S. Pat. No. 8,475,832B2, *BioDelivery Sciences International, Inc. v. RB Pharmaceuticals Limited*, entered Dec. 19, 2014, 10 pages.

Decision Denying Institution of *Inter Partes* Review, *Teva Pharmaceuticals USA, Inc.* Vs. *Indivior UK Limited*, CASe IPR2016-00280, U.S. Pat. No. 8,475,832 B2, Jun. 10, 2016, 20 pages.

Petition for *Inter Partes* Review of U.S. Pat. No. 8,475,832, IPR2016-01113, *Dr. Reddy's Laboratories, Ltd. and Dr. Reddy's Laboratories, Inc.* Vs. *Indivior UK Limited*, May 31, 2016, 58 pages.

Petition for *Inter Partes* Review of U.S. Pat. No. 8,475,832, *BioDelivery Sciences International, Inc.* Vs. *RB Pharmaceuticals Limited*, Jun. 20, 2014, 62 pages.

Patent Owner Indivior UK Limited's Preliminary Response, *Teva Pharmaceuticals Usa, Inc.* Vs. *Indivior UK Limited*, Mar. 15, 2016, U.S. Pat. No. 8,475,832, Case No. IPR2016-00280, 56 pages.

Final Written Decision, *BioDelivery Sciences International, Inc.* Vs. *RB Pharmaceuticals Limited*, Case IPR2014-00325, U.S. Pat. No. 8,475,832B2, Jun. 30, 2015, 28 pages.

Petition for *Inter Partes* Review *Teva Pharmaceuticals Usa, Inc.* v. *RB Pharmaceuticals LTD.* U.S. Pat. No. 8,475,832, Dec. 3, 2015, 54 pages.

Patent Owner Preliminary Response, *BioDelivery Sciences International, Inc.* Vs. *RB Pharmaceuticals Limited*, Case IPR2014-00998, U.S. Pat. No. 8,475,832, Oct. 1, 2014, 56 pages.

Cassidy, J.P. et al. (1993). "Controlled buccal delivery buprenorphine," Journal of Controlled Release, 25:21-29.

Matharu, R.P. et al. (1992). "Development and Stability Assessment of Buprenorphine Sublingual Tablets for the Treatment of Opiate Addiction," *Pharmaceutical Research* PT6056, 2 pages.

European Medicines Agency Suboxone Tablets Summary of Product Characteristics, Jun. 25, 2009, 84 pages.

Fudala, P.J. et al. (Mar. 1, 1998). "Effects of buprenorphine and naloxone in morphine-stabilized opioid addicts," *Drug Alcohol Depend* 50(1):1-8.

McAleer, S.D. et al. (Oct. 24, 2003). "Pharmacokinetics of high-dose buprenorphine following single administration of sublingual tablet formulations in opioid naive healthy male volunteers under a naltrexone block," *Drug Alcohol Depend* 72(1):75-83.

Suboxone Sublingual Tablets US FDA Summary Basis of Approval, 48 pages.

Liang, A.C. et al. (2001). "Fast-dissolving intraoral drug delivery systems," *Expert Opin Ther Patents* 11(6):981-986.

European Medicines Agency Suboxone Tablets Scientific Discussion Oct. 19, 2006, 42 pages.

Suboxone Sublingual Tablets US FDA Medical Review, Center for Drug Evaluation and Research, 35 pages.

Johnson, R.E. et al. (Mar. 2005). "Buprenorphine: considerations for pain management," *J Pain Symptom Manage* 29(3):297-326.

Merriam Webster Collegiate Dictionary, (2000). $10^{10}$ edition, p. 458, 3 pages.

Stoller, K.B. et al. (Mar. 2001). "Effects of buprenorphine/naloxone in opioid-dependent humans," *Psychopharmacology* 154(3):230-242.

Lachman, L. et al. (1986). "Sustained Release Dosage Forms," Chapter 14 *in the Theory and Practice of Industrial Pharmacy*, Third Edition, Lea & Febiger, Philadelphia, pp. 430-434.

Merriam Webster Collegiate Dictionary, (2000). 10th edition, p. 616, 3 pages.

Suboxone Sublingual Tablet US FDA Label Revised 2006, 4 pages.

Lewis, J.W. et al. (May 1970). "Novel analgetics and molecular rearrangements in the morphine-thebaine group. 18. 3-deoxy-6,14-endo-etheno-6,7,8,14-tetrahydrooripavines," *J Med Chem* 13(3):525-527.

Shore, P.A.. et al. (1957). "The Gastric Secretion of Drugs: A pH Partition Hypothesis," pp. 361-369.

Swarbrick, J. et al. (2002). "Drug Delivery-Buccal Route," in *Encyclopedia of Pharmaceutical Technology*, Second Edition, vol. 1, pp. 800-809.

U.S. FDA Guidance for Industry Bioavailability and Bioequivalence Studies for Orally Administered Drug Products—General Considerations (Mar. 2003), 26 pages.

Dawson, R.M.C. et al. (1986). *Data for Biochemical Research*, Third Edition, Oxford Science Publications, 12 pages.

Voet, M.A. ed. (2008). Hierarchy of Patents, Pharmaceutical, Biological and Medical Device Patents, *The Generic Challenge*. Brown Walker Press, 7 pages.

Campbell, N.D. et al. (Feb. 2012, e-published Jan. 18, 2012). "The history of the development of buprenorphine as an addiction therapeutic," *Ann NY Acad Sci* 1248:124-139.

Ciraulo, D.A. et al. (2006). "Pharmacokinetics and Pharmacodynamics of Multiple Sublingual Buprenorphine Tablets in Dose-Escalation Trials," *J Clin Pharmacol* 46:179-192.

*Dr. Reddy's Laboratories, Inc.* vs. *Indivior UK Limited USPTO*, IPR2016-01113, U.S. Pat. No. 8,475,832.

*Teva Pharmaceuticals Usa, Inc.* vs. *Indivior UK Limited, USPTO*, IPR2016-00280, U.S. Pat. No. 8,475,832.

*Biodelivery Sciences International, Inc.* V. *Reckitt Benckiser Pharmaceuticals, Inc.* IPR2014-00325, U.S. Pat. No. 8,475,832.

# US 9,687,454 B2

Page 5

(56)             **References Cited**

OTHER PUBLICATIONS

*Biodelivery Sciences International, Inc.* V. *Reckitt Benckiser Pharmaceuticals, Inc.*, IPR2014-00998, U.S. Pat. No. 8,475,832.
*Indivior Inc. Et Al* V. *Teva Pharmaceuticals Usa, Inc.*, US District Court of Delaware, Case 1:16cv178.
*Fuisz* V. *Teva Pharmaceuticals Usa, Inc. et al.*, US District Court of Florida Southern District, Case 1:16mc21017.
*Indivior Inc. Et Al* V. *Sandoz Inc.*, US-DIS- DED, 1:15cv1051.
*Indivior Inc. Et Al* V. *Mylan Technologies Inc. Et Al.*, US-DIS-WVND, 1:15cv209.
*Indivior Inc. Et Al* V. *Mylan Technologies Inc. Et Al*, US-DIS- DED, 1:15cv1016.
*Reckitt Benckiser Pharmaceuticals Inc. Et Al* V. *Alvogen Pine Brook Inc.*, US-DIS- DED, 1:15cv477.
*Reckitt Benckiser Pharmaceuticals Inc. Et Al* V. *Par Pharmaceutical Inc. Et Al*, US-DIS- DED, 1:14cv1573.
*Reckitt Benckiser Pharmaceuticals Inc. Et Al* V. *Watson Laboratories Inc. Et Al*, US-DIS- DED, 1:14cv1574.
*Reckitt Benckiser Pharmaceuticals Inc. Et Al* V. *Teva Pharmaceuticals USA Inc.*, US-DIS- DED, 1:14cv1451.
*Biodelivery Sciences International, Inc.* V. *Reckitt Benckiser Pharmaceuticals, Inc. Et Al.*, US-DIS- NCED, 5:14cv529.
*BioDelivery Sciences International, Inc.* Vs. *RB Pharmaceuticals Limited*, US PTO ALE, IPR2014-00998.
*Reckitt Benckiser Pharmaceuticals Inc. Et Al* V. *Par Pharmaceutical Inc. Et Al*, US-DIS- DED, 1:14cv422.
*BioDelivery Sciences International, Inc.* Vs. *RB Pharmaceuticals Limited*, US PTO ALE, IPR2014-00325.
*Reckitt Benckiser Pharmaceuticals Inc. Et Al* V. *Alvogen Pine Brook Inc.*, US-DIS- DED, 1:13cv2003.
*Reckitt Benckiser Pharmaceuticals, Inc. Et Al* V. *Biodelivery Sciences International, Inc.*, US-DIS- NCED, 5:13cv760.
*Reckitt Benckiser Pharmaceuticals Inc. Et Al* V. *Watson Laboratories Inc., Et Al.*, US-DIS- DED, 1:13cv1674.
*Reckitt Benckiser Pharmaceuticals Inc. Et Al* V. *Par Pharmaceutical Inc. Et Al*, US-DIS- DED, 1:13cv1461.
Borsadia, S.B. et al. (May 2003). "Oral Film Technology," *Drug Delivery Technology* 3(3): 63-66.
Guo, J-H et al. (1997). "Water Soluble Film for Oral Administration," presented at the 24th International Symposium on Controlled Release of Bioactive Materials, Stockholm, Sweden, Jun. 15-19, 1997, 3 pages.
Consent Decree and Final Judgement Regarding U.S. Pat. No. 8,475,832, dated Dec. 16, 2016, *Indivior Inc. v. Mylan Technologies Inc.*, C.A. No. 15-Cv-01016 RGA, 3 pages.
Avdeef, A. (2003). "Absorption and Drug Development: Solubility, Permeability, and Charge State," Wiley-Interscience, 8 pages.
Bettini, R. et al. (Feb. 23, 2001). "Translocation of drug particles in HPMC matrix gel layer: effect of drug solubility and influence on release rate," *J Control Release* 70(3):383-391.
Hogben, C.A.M. et al. (1958). "On the Mechanism of Intestinal Absorption of Drugs," *Journal of Pharmacology and Experimental Therapeutics* 125(4):275-282.
Gandhi, R.B. et al. (1994). "Oral cavity as a site for bioadhesive drug delivery," *Advanced Drug Delivery Reviews* 13:43-74.
Opposition to European Patent No. 2 461 795, 36 pages. (with English Translation).
Sarkar, N. (1995). "Kinetics of thermal gelation of methylcellulose and hydroxypropylmethylcellulose in aqueous solutions," *Carbohydrate Polymers* 26(3):195-203.
Decision Denying Institution of Inter Partes Review dated Dec. 2, 2016, Case IPR2016-01113, U.S. Pat. No. 8,475,832B2, 20 pages.
Reply to Notice of Opposition to European Patent No. 2461795 filed Apr. 5, 2017, 71 pages.

* cited by examiner

US 9,687,454 B2

**1**

# SUBLINGUAL AND BUCCAL FILM COMPOSITIONS

## CROSS-REFERENCE TO RELATED APPLICATIONS

This application is a continuation of U.S. application Ser. No. 14/715,462 filed May 18, 2015, which is a continuation of U.S. application Ser. No. 14/478,786 filed Sep. 5, 2014, abandoned, which is a continuation of U.S. application Ser. No. 13/964,975, filed Aug. 12, 2013, abandoned, which is a continuation of U.S. application Ser. No. 13/923,749 filed Jun. 21, 2013, abandoned, which is a continuation of U.S. application Ser. No. 12/537,571 filed Aug. 7, 2009, issued as U.S. Pat. No. 8,475,832.

## FIELD OF THE INVENTION

The present invention relates to compositions, methods of manufacture, products and methods of use relating to films containing therapeutic actives. The invention more particularly relates to self-supporting film dosage forms which provide a therapeutically effective dosage, essentially matching that of currently-marketed tablets containing the same active. Such compositions are particularly useful for treating narcotic dependence while providing sufficient buccal adhesion of the dosage form.

## BACKGROUND OF THE RELATED TECHNOLOGY

Oral administration of two therapeutic actives in a single dosage form can be complex if the intention is to have one active absorbed into the body and the other active remain substantially unabsorbed. For example, one active may be relatively soluble in the mouth at one pH, and the other active may be relatively insoluble at the same pH. Moreover, the absorption kinetics of each therapeutic agent may be substantially different due to differing absorption of the charged and uncharged species. These factors represent some of the challenges in appropriately co-administering therapeutic agents.

Co-administration of therapeutic agents has many applications. Among such areas of treatment include treating individuals who suffer from narcotic dependence. Such individuals have a tendency to suffer from serious physical dependence on the narcotic, resulting in potentially dangerous withdrawal effects when the narcotic is not administered to the individual. In order to help individuals addicted to narcotics, it is known to provide a reduced level of a drug, which provides an effect of satisfying the body's urge for the narcotic, but does not provide the "high" that is provided by the misuse of the narcotic. The drug provided may be an agonist or a partial agonist, which provides a reduced sensation and may help lower dependence on the drug. However, even though these drugs provide only a low level of euphoric effect, they are capable of being abused by the individuals parenterally. In such cases, it is desirable to provide a combination of the drug with a second drug, which may decrease the likelihood of diversion and abuse of the first drug. For example, it is known to provide a dosage of an antagonist in combination with the agonist or partial agonist. The narcotic antagonist binds to a receptor in the brain to block the receptor, thus reducing the effect of the agonist.

One such combination of drugs has been marketed under the trade name Suboxone® as an orally ingestible tablet.

**2**

However, such combinations in tablet form have the potential for abuse. In some instances, the patient who has been provided the drug may store the tablet in his mouth without swallowing the tablet, then later extract the agonist from the tablet and inject the drug into an individual's body. Although certain antagonists (such as highly water-soluble antagonists) may be used to help reduce the ability to separate the agonist, the potential for abuse still exists. It is desired to provide a dosage that cannot be easily removed from the mouth once it has been administered.

There is currently a need for an orally dissolvable film dosage form that provides the desired absorption levels of the agonist and antagonist, while providing an adhesive effect in the mouth, rendering it difficult to remove once placed in the mouth, thereby making abuse of the agonist difficult.

## SUMMARY OF THE INVENTION

In one embodiment of the present invention, there is provided a film dosage composition including: a polymeric carrier matrix; a therapeutically effective amount of buprenorphine or a pharmaceutically acceptable salt thereof; a therapeutically effective amount of naloxone or a pharmaceutically acceptable salt thereof; and a buffer in an amount to provide a pH of the composition of a value sufficient to optimize absorption of the buprenorphine.

In another embodiment of the present invention, there is provided a film dosage composition including: a polymeric carrier matrix; a therapeutically effective amount of buprenorphine or a pharmaceutically acceptable salt thereof; a therapeutically effective amount of naloxone or a pharmaceutically acceptable salt thereof; and a buffer in an amount sufficient to inhibit the absorption of the naloxone when administered orally.

In still other embodiments, there may be provided a film dosage composition including: a polymeric carrier matrix; a therapeutically effective amount of buprenorphine or a pharmaceutically acceptable salt thereof; a therapeutically effective amount of naloxone or a pharmaceutically acceptable salt thereof; and a buffering system; where the buffering system includes a buffer capacity sufficient to maintain the ionization of naloxone during the time which the composition is in the oral cavity of a user.

In another embodiment of the invention, there is provided a method of treating narcotic dependence of a user, including the steps of: providing a composition including: a polymeric carrier matrix; a therapeutically effective amount of buprenorphine or a pharmaceutically acceptable salt thereof; a therapeutically effective amount of naloxone or a pharmaceutically acceptable salt thereof; and a buffer in an amount to provide a pH of the composition of a value sufficient to optimize absorption of the buprenorphine; and administering the composition to the oral cavity of a user.

In still another embodiment of the invention, there is provided a process of forming a film dosage composition including the steps of: casting a film-forming composition, the film-forming composition including: a polymeric carrier matrix; a therapeutically effective amount of buprenorphine or a pharmaceutically acceptable salt thereof; a therapeutically effective amount of naloxone or a pharmaceutically acceptable salt thereof; and a buffer in an amount to provide a pH of the composition of a value sufficient to optimize absorption of the buprenorphine and drying the film-forming composition to form a self-supporting film dosage composition.

US 9,687,454 B2

3

In another embodiment, there is provided a film dosage composition including a therapeutically sufficient amount of buprenorphine or a pharmaceutically acceptable salt thereof and a therapeutically sufficient amount of naloxone or a pharmaceutically acceptable salt thereof, the film dosage composition having a bioequivalent release profile as compared to a Suboxone® tablet containing about 2 times the amount of buprenorphine or a pharmaceutically acceptable salt thereof.

Still other embodiments of the present invention provide an orally dissolving film formulation including buprenorphine and naloxone, where the formulation provides an in-vivo plasma profile having a Cmax of between about 0.624 ng/ml and about 5.638 ng/ml for buprenorphine and an in-vivo plasma profile having a Cmax of between about 41.04 pg/ml to about 323.75 pg/ml for naloxone.

DETAILED DESCRIPTION OF THE
PREFERRED EMBODIMENTS

Definitions

As used herein, the term Cmax refers to the mean maximum plasma concentration after administration of the composition to a human subject. As also used herein, the term AUC refers to the mean area under the plasma concentration-time curve value after administration of the compositions formed herein. As will be set forth in more detail below, the term "optimizing the absorption" does not refer to reaching the maximum absorption of the composition, and rather refers to reaching the optimum level of absorption at a pH of about 2 to about 4. The "optimum" absorption may be, for example, a level that provides a bioequivalent absorption as administration of the currently available Suboxone® tablet. An "optimum" Cmax of buprenorphine is about 0.67 to about 5.36 ng/ml at dosages of from 2-16 mg buprenorphine at a given pH. Similarly, an "optimum" AUC of buprenorphine may be about 7.43 to about 59.46 hr*ng/ml at dosages of from 2-16 mg buprenorphine at a given pH. As will be described in more detail below, it has been surprisingly discovered that the absorption of one particular agonist, buprenorphine, can provide an optimum absorption at a pH of about 2-4 as well as about 5.5-6.5. Thus, one may "optimize" the absorption of buprenorphine by providing a pH of about 2-4 or about 5.5-6.5.

"Maximizing the absorption" refers to the maximum in vivo absorption values achieved at a pH of about 4 to about 9.

The term "local pH" refers to the pH of the region of the carrier matrix immediately surrounding the active agent as the matrix hydrates and/or dissolves, for example, in the mouth of the user.

By "inhibiting" the absorption of an active, it is meant achieving as complete an ionization state of the active as possible, such that little to none of the active is measurably absorbable. For example, at a pH of 3-3.5, the Cmax of an active such as naloxone for dosage of 0.5 mg to 4.0 mg ranges from 32.5 to 260 pg/ml, and an AUC of naloxone for dosage of 0.5 mg to 4.0 mg ranges from 90.55 to 724.4 hr*pg/ml. It is understood that at a pH lower than 3.0, further ionization would be expected and thus result in lower absorption.

The term "bioequivalent" means obtaining 80% to 125% of the Cmax and AUC values for a given active in a different product. For example, assuming Cmax and AUC values of buprenorphine for a commercially-available Suboxone® tablet (containing 2 mg buprenorphine and 0.5 mg naloxone)

4

are 0.780 ng/ml and 6.789 hr*ng/ml, respectively, a bioequivalent product would have a Cmax of buprenorphine in the range of 0.624-0.975 ng/ml, and an AUC value of buprenorphine of 5.431-8.486 hr*ng/ml.

It will be understood that the term "film" includes thin films and sheets, in any shape, including rectangular, square, or other desired shape. The films described herein may be any desired thickness and size such that it may be placed into the oral cavity of the user. For example, the films may have a relatively thin thickness of from about 0.1 to about 10 mils, or they may have a somewhat thicker thickness of from about 10 to about 30 mils. For some films, the thickness may be even larger, i.e., greater than about 30 mils. Films may be in a single layer or they may be multi-layered, including laminated films.

Oral dissolving films generally fall into three main classes: fast dissolving, moderate dissolving and slow dissolving. Fast dissolving films generally dissolve in about 1 second to about 30 seconds in the mouth. Moderate dissolving films generally dissolve in about 1 to about 30 minutes in the mouth, and slow dissolving films generally dissolve in more than 30 minutes in the mouth. Fast dissolving films may consist of low molecular weight hydrophilic polymers (i.e., polymers having a molecular weight between about 1,000 to 9,000, or polymers having a molecular weight up to 200,000). In contrast, slow dissolving films generally have high molecular weight polymers (i.e., having a molecular weight in the millions).

Moderate dissolving films tend to fall in between the fast and slow dissolving films. Moderate dissolving films dissolve rather quickly, but also have a good level of mucoadhesion. Moderate dissolving films are also flexible, quickly wettable, and are typically non-irritating to the user. For the instant invention, it is preferable to use films that fall between the categories of fast dissolving and moderate dissolving. Such moderate dissolving films provide a quick enough dissolution rate, most desirably between about 1 minute and about 20 minutes, while providing an acceptable mucoadhesion level such that the film is not easily removable once it is placed in the oral cavity of the user.

Inventive films described herein may include one or more agonists or partial agonists used for the treatment of drug addiction. As used herein, the term "agonist" refers to a chemical substance that is capable of providing a physiological response or activity in the body of the user. The films described herein may further include one or more antagonists. As used herein, the term "antagonist" refers to any chemical substance that acts within the body of the user to reduce the physiological activity of another chemical substance. In some embodiments, an antagonist used herein may act to reduce and/or block the physiological activity of the agonist. The actives may be water-soluble, or they may be water-insoluble. As used herein, the term "water-soluble" refers to substances that are at least partially dissolvable in a solvent, including but not limited to water. The term "water-soluble" does not necessarily mean that the substance is 100% dissolvable in the solvent. The term "water-insoluble" refers to substances that are not dissolvable in a solvent, including but not limited to water. Solvents may include water, or alternatively may include other polar solvents by themselves or in combination with water.

Inventive Films

The present invention relates to methods of treating narcotic dependence in an individual. More desirably, the invention relates to the treatment of opioid dependence in an individual, while using a formulation and delivery that hinders misuse of the narcotic. Currently, treatment of

US 9,687,454 B2

5

opioid dependence is aided by administration of Subox-
one®, which is an orally dissolvable tablet. This tablet
which provides a combination of buprenorphine (an opioid
agonist) and naloxone (an opioid antagonist). Therefore, the
present invention provides a method of treating narcotic
dependence by providing an orally dissolvable film dosage,
which provides a bioequivalent effect to Suboxone®. The
film dosage preferably provides buccal adhesion while it is
in the user's mouth, rendering it difficult to remove after
placement.

The film dosage composition preferably includes a poly-
meric carrier matrix. Any desired polymeric carrier matrix
may be used, provided that it is orally dissolvable. Desirably,
the dosage should have enough bioadhesion to not be easily
removed and it should form a gel like structure when
administered. The orally consumable films are preferably
moderate-dissolving in the oral cavity and particularly suit-
able for delivery of actives, although both fast and sustained
release compositions are also among the various embodi-
ments contemplated.

The films used in the pharmaceutical products may be
produced by a combination of at least one polymer and a
solvent, optionally including other fillers known in the art.
The solvent may be water, a polar organic solvent including,
but not limited to, ethanol, isopropanol, acetone, or any
combination thereof. In some embodiments, the solvent may
be a non-polar organic solvent, such as methylene chloride.
The film may be prepared by utilizing a selected casting or
deposition method and a controlled drying process. For
example, the film may be prepared through controlled dry-
ing processes, which include application of heat and/or
radiation energy to the wet film matrix to form a visco-
elastic structure, thereby controlling the uniformity of con-
tent of the film. Such processes are described in more detail
in commonly assigned U.S. application Ser. No. 10/074,272,
filed on Feb. 14, 2002, and published as U.S. Patent Publi-
cation No. 2003/0107149 A1, the contents of which are
incorporated herein by reference in their entirety. Alterna-
tively, the films may be extruded as described in commonly
assigned U.S. application Ser. No. 10/856,176, filed on May
28, 2004, and published as U.S. Patent Publication No.
2005/0037055 A1, the contents of which are incorporated
herein by reference in their entirety.

The polymer included in the films may be water-soluble,
water-swellable, water-insoluble, or a combination of one or
more either water-soluble, water-swellable or water-in-
soluble polymers. The polymer may include cellulose or a
cellulose derivative. Specific examples of useful water-
soluble polymers include, but are not limited to, polyethyl-
ene oxide, pullulan, hydroxypropylmethyl cellulose,
hydroxyethyl cellulose, hydroxypropyl cellulose, polyvinyl
pyrrolidone, carboxymethyl cellulose, polyvinyl alcohol,
sodium alginate, polyethylene glycol, xanthan gum, tragan-
canth gum, guar gum, acacia gum, arabic gum, polyacrylic
acid, methylmethacrylate copolymer, carboxyvinyl copoly-
mers, starch, gelatin, and combinations thereof. Specific
examples of useful water-insoluble polymers include, but
are not limited to, ethyl cellulose, hydroxypropyl ethyl
cellulose, cellulose acetate phthalate, hydroxypropyl methyl
cellulose phthalate and combinations thereof. For higher
dosages, it may be desirable to incorporate a polymer that
provides a high level of viscosity as compared to lower
dosages.

As used herein the phrase "water-soluble polymer" and
variants thereof refer to a polymer that is at least partially
soluble in water, and desirably fully or predominantly
soluble in water, or absorbs water. Polymers that absorb

6

water are often referred to as being water-swellable poly-
mers. The materials useful with the present invention may be
water-soluble or water-swellable at room temperature and
other temperatures, such as temperatures exceeding room
temperature. Moreover, the materials may be water-soluble
or water-swellable at pressures less than atmospheric pres-
sure. Desirably, the water-soluble polymers are water-
soluble or water-swellable having at least 20 percent by
weight water uptake. Water-swellable polymers having a 25
or greater percent by weight water uptake are also useful. In
some embodiments, films formed from such water-soluble
polymers may be sufficiently water-soluble to be dissolvable
upon contact with bodily fluids.

Other polymers useful for incorporation into the films
include biodegradable polymers, copolymers, block poly-
mers and combinations thereof. It is understood that the term
"biodegradable" is intended to include materials that chemi-
cally degrade, as opposed to materials that physically break
apart (i.e., bioerodable materials). Among the known useful
polymers or polymer classes which meet the above criteria
are: poly(glycolic acid) (PGA), poly(lactic acid) (PLA),
polydioxanes, polyoxalates, poly(α-esters), polyanhydrides,
polyacetates, polycaprolactones, poly(orthoesters),
polyamino acids, polyaminocarbonates, polyurethanes,
polycarbonates, polyamides, poly(alkyl cyanoacrylates),
and mixtures and copolymers thereof. Additional useful
polymers include, stereopolymers of L- and D-lactic acid,
copolymers of bis(p-carboxyphenoxy) propane acid and
sebacic acid, sebacic acid copolymers, copolymers of capro-
lactone, poly(lactic acid)/poly(glycolic acid)/polyethyl-
eneglycol copolymers, copolymers of polyurethane and
(poly(lactic acid), copolymers of polyurethane and poly
(lactic acid), copolymers of α-amino acids, copolymers of
α-amino acids and caproic acid, copolymers of α-benzyl
glutamate and polyethylene glycol, copolymers of succinate
and poly(glycols), polyphosphazene, polyhydroxy-alkano-
ates and mixtures thereof. Binary and ternary systems are
contemplated.

Other specific polymers useful include those marketed
under the Medisorb and Biodel trademarks. The Medisorb
materials are marketed by the Dupont Company of Wilm-
ington, Del. and are generically identified as a "lactide/
glycolide co-polymer" containing "propanoic acid, 2-hy-
droxy-polymer with hydroxy-polymer with hydroxyacetic
acid." Four such polymers include lactide/glycolide 100 L,
believed to be 100% lactide having a melting point within
the range of 338°-347° F. (170°-175° C.); lactide/glycolide
100 L, believed to be 100% glycolide having a melting point
within the range of 437°-455° F. (225°-235° C.); lactide/
glycolide 85/15, believed to be 85% lactide and 15% gly-
colide with a melting point within the range of 338°-347° F.
(170°-175° C.); and lactide/glycolide 50/50, believed to be
a copolymer of 50% lactide and 50% glycolide with a
melting point within the range of 338°-347° F. (170°-175°
C.).

The Biodel materials represent a family of various poly-
anhydrides which differ chemically.

Although a variety of different polymers may be used, it
is desired to select polymers that provide mucoadhesive
properties to the film, as well as a desired dissolution and/or
disintegration rate. In particular, the time period for which it
is desired to maintain the film in contact with the mucosal
tissue depends on the type of active contained in the com-
position. Some actives may only require a few minutes for
delivery through the mucosal tissue, whereas other actives
may require up to several hours or even longer. Accordingly,
in some embodiments, one or more water-soluble polymers,

7

as described above, may be used to form the film. In other embodiments, however, it may be desirable to use combinations of water-soluble polymers and polymers that are water-swellable, water-insoluble and/or biodegradable, as provided above. The inclusion of one or more polymers that are water-swellable, water-insoluble and/or biodegradable may provide films with slower dissolution or disintegration rates than films formed from water-soluble polymers alone. As such, the film may adhere to the mucosal tissue for longer periods or time, such as up to several hours, which may be desirable for delivery of certain active components.

Desirably, the individual film dosage has a small size, which is between about 0.5-1 inch by about 0.5-1 inch. Most preferably, the film dosage is about 0.75 inches×0.5 inches. The film dosage should have good adhesion when placed in the buccal cavity or in the sublingual region of the user. Further, the film dosage should disperse and dissolve at a moderate rate, most desirably dispersing within about 1 minute and dissolving within about 3 minutes. In some embodiments the film dosage may be capable of dispersing and dissolving at a rate of between about 1 to about 1.5 minutes.

For instance, in some embodiments, the films may include polyethylene oxide alone or in combination with a second polymer component. The second polymer may be another water-soluble polymer, a water-swellable polymer, a water-insoluble polymer, a biodegradable polymer or any combination thereof. Suitable water-soluble polymers include, without limitation, any of those provided above. In some embodiments, the water-soluble polymer may include hydrophilic cellulosic polymers, such as hydroxypropyl cellulose and/or hydroxypropylmethyl cellulose. In accordance with some embodiments, polyethylene oxide may range from about 20% to 100% by weight in the polymer component, more specifically about 30% to about 70% by weight, and even more specifically about 40% to about 60% by weight. In some embodiments, one or more water-swellable, water-insoluble and/or biodegradable polymers also may be included in the polyethylene oxide-based film. Any of the water-swellable, water-insoluble or biodegradable polymers provided above may be employed. The second polymer component may be employed in amounts of about 0% to about 80% by weight in the polymer component, more specifically about 30% to about 70% by weight, and even more specifically about 40% to about 60% by weight.

The molecular weight of the polyethylene oxide also may be varied. In some embodiments, high molecular weight polyethylene oxide, such as about 4 million, may be desired to increase mucoadhesivity of the film. In some other embodiments, the molecular weight may range from about 100,000 to 900,000, more specifically from about 100,000 to 600,000, and even more specifically from about 100,000 to 300,000. In some embodiments, it may be desirable to combine high molecular weight (600,000 to 900,000) with low molecular weight (100,000 to 300,000) polyethylene oxide in the polymer component.

A variety of optional components and fillers also may be added to the films. These may include, without limitation: surfactants; plasticizers; polyalcohols; anti-foaming agents, such as silicone-containing compounds, which promote a smoother film surface by releasing oxygen from the film; thermo-setting gels such as pectin, carageenan, and gelatin, which help in maintaining the dispersion of components; inclusion compounds, such as cyclodextrins and caged mol-

8

ecules; coloring agents; and flavors. In some embodiments, more than one active components may be included in the film.

Additives may be included in the films. Examples of classes of additives include excipients, lubricants, buffering agents, stabilizers, blowing agents, pigments, coloring agents, fillers, bulking agents, sweetening agents, flavoring agents, fragrances, release modifiers, adjuvants, plasticizers, flow accelerators, mold release agents, polyols, granulating agents, diluents, binders, buffers, absorbents, glidants, adhesives, anti-adherents, acidulants, softeners, resins, demulcents, solvents, surfactants, emulsifiers, elastomers and mixtures thereof. These additives may be added with the active ingredient(s).

Useful additives include, for example, gelatin, vegetable proteins such as sunflower protein, soybean proteins, cotton seed proteins, peanut proteins, grape seed proteins, whey proteins, whey protein isolates, blood proteins, egg proteins, acrylated proteins, water-soluble polysaccharides such as alginates, carrageenans, guar gum, agar-agar, xanthan gum, gellan gum, gum arabic and related gums (gum ghatti, gum karaya, gum tragancanth), pectin, water-soluble derivatives of cellulose: alkylcelluloses hydroxyalkylcelluloses and hydroxyalkylalkylcelluloses, such as methylcelluose, hydroxymethylcellulose, hydroxyethyl cellulose, hydroxy-propylcellulose, hydroxyethylmethylcellulose, hydroxypro-pylmethylcellulose, hydroxybutylmethylcellulose, cellulose esters and hydroxyalkylcellulose esters such as cellulose acetate phthalate (CAP), hydroxypropylmethylcellulose (HPMC); carboxyalkylcelluloses, carboxyalkylalkylcellulo-ses, carboxyalkylcellulose esters such as carboxymethylcel-lulose and their alkali metal salts; water-soluble synthetic polymers such as polyacrylic acids and polyacrylic acid esters, polymethacrylic acids and polymethacrylic acid esters, polyvinylacetates, polyvinylalcohols, polyvinylac-etatephthalates (PVAP), polyvinylpyrrolidone (PVP), PVY/vinyl acetate copolymer, and polycrotonic acids; also suitable are phthalated gelatin, gelatin succinate, crosslinked gelatin, shellac, water-soluble chemical derivatives of starch, cationically modified acrylates and methacrylates possessing, for example, a tertiary or quaternary amino group, such as the diethylaminoethyl group, which may be quaternized if desired; and other similar polymers.

Such extenders may optionally be added in any desired amount desirably within the range of up to about 80%, desirably about 3% to 50% and more desirably within the range of 3% to 20% based on the weight of all film components.

Further additives may flow agents and opacifiers, such as the oxides of magnesium aluminum, silicon, titanium, etc. desirably in a concentration range of about 0.02% to about 3% by weight and desirably about 0.02% to about 1% based on the weight of all film components.

Further examples of additives are plasticizers which include polyalkylene oxides, such as polyethylene glycols, polypropylene glycols, polyethylene-propylene glycols, organic plasticizers with low molecular weights, such as glycerol, glycerol monoacetate, diacetate or triacetate, tri-acetin, polysorbate, cetyl alcohol, propylene glycol, sorbitol, sodium diethylsulfosuccinate, triethyl citrate, tributyl citrate, and the like, added in concentrations ranging from about 0.5% to about 30%, and desirably ranging from about 0.5% to about 20% based on the weight of the polymer.

There may further be added compounds to improve the texture properties of the starch material such as animal or vegetable fats, desirably in their hydrogenated form, especially those which are solid at room temperature. These fats

US 9,687,454 B2

9

desirably have a melting point of 50° C. or higher. Preferred are tri-glycerides with $C_{12}$-, $C_{14}$-, $C_{16}$-, $C_{18}$-, $C_{20}$- and $C_{22}$-fatty acids. These fats can be added alone without adding extenders or plasticizers and can be advantageously added alone or together with mono- and/or di-glycerides or phosphatides, especially lecithin. The mono- and di-glycerides are desirably derived from the types of fats described above, i.e. with $C_{14}$-, $C_{16}$-, $C_{18}$-, $C_{20}$- and $C_{22}$-fatty acids.

The total amounts used of the fats, mono-, di-glycerides and/or lecithins are up to about 5% and preferably within the range of about 0.5% to about 2% by weight of the total film composition.

It further may be useful to add silicon dioxide, calcium silicate, or titanium dioxide in a concentration of about 0.02% to about 1% by weight of the total composition. These compounds act as flow agents and opacifiers.

Lecithin is one surface active agent for use in the films described herein. Lecithin may be included in the feedstock in an amount of from about 0.25% to about 2.00% by weight. Other surface active agents, i.e. surfactants, include, but are not limited to, cetyl alcohol, sodium lauryl sulfate, the Spans™ and Tweens™ which are commercially available from ICI Americas, Inc. Ethoxylated oils, including ethoxylated castor oils, such as Cremophor® EL which is commercially available from BASF, are also useful. Carbowax™ is yet another modifier which is very useful in the present invention. Tweens™ or combinations of surface active agents may be used to achieve the desired hydrophilic-lipophilic balance ("HLB"). The present invention, however, does not require the use of a surfactant and films or film-forming compositions of the present invention may be essentially free of a surfactant while still providing the desirable uniformity features of the present invention.

Other ingredients include binders which contribute to the ease of formation and general quality of the films. Non-limiting examples of binders include starches, pregelatinize starches, gelatin, polyvinylpyrrolidone, methylcellulose, sodium carboxymethylcellulose, ethylcellulose, polyacrylamides, polyvinyloxoazolidone, and polyvinylalcohols.

Further potential additives include solubility enhancing agents, such as substances that form inclusion compounds with active components. Such agents may be useful in improving the properties of very insoluble and/or unstable actives. In general, these substances are doughnut-shaped molecules with hydrophobic internal cavities and hydrophilic exteriors. Insoluble and/or instable actives may fit within the hydrophobic cavity, thereby producing an inclusion complex, which is soluble in water. Accordingly, the formation of the inclusion complex permits very insoluble and/or instable actives to be dissolved in water. A particularly desirable example of such agents are cyclodextrins, which are cyclic carbohydrates derived from starch. Other similar substances, however, are considered well within the scope of the present invention.

Suitable coloring agents include food, drug and cosmetic colors (FD&C), drug and cosmetic colors (D&C), or external drug and cosmetic colors (Ext. D&C). These colors are dyes, their corresponding lakes, and certain natural and derived colorants. Lakes are dyes absorbed on aluminum hydroxide.

Other examples of coloring agents include known azo dyes, organic or inorganic pigments, or coloring agents of natural origin. Inorganic pigments are preferred, such as the oxides or iron or titanium, these oxides, being added in

10

concentrations ranging from about 0.001 to about 10%, and preferably about 0.5 to about 3%, based on the weight of all the components.

Flavors may be chosen from natural and synthetic flavoring liquids. An illustrative list of such agents includes volatile oils, synthetic flavor oils, flavoring aromatics, oils, liquids, oleoresins or extracts derived from plants, leaves, flowers, fruits, stems and combinations thereof. A nonlimiting representative list of examples includes mint oils, cocoa, and citrus oils such as lemon, orange, grape, lime and grapefruit and fruit essences including apple, pear, peach, grape, strawberry, raspberry, cherry, plum, pineapple, apricot or other fruit flavors.

Other useful flavorings include aldehydes and esters such as benzaldehyde (cherry, almond), citral i.e., alphacitral (lemon, lime), neral, i.e., beta-citral (lemon, lime), decanal (orange, lemon), aldehyde C-8 (citrus fruits), aldehyde C-9 (citrus fruits), aldehyde C-12 (citrus fruits), tolyl aldehyde (cherry, almond), 2,6-dimethyloctanol (green fruit), and 2-dodecenal (citrus, mandarin), combinations thereof and the like.

The sweeteners may be chosen from the following nonlimiting list: glucose (corn syrup), dextrose, invert sugar, fructose, and combinations thereof; saccharin and its various salts such as the sodium salt; dipeptide sweeteners such as aspartame; dihydrochalcone compounds, glycyrrhizin; Stevia Rebaudiana (Stevioside); chloro derivatives of sucrose such as sucralose; sugar alcohols such as sorbitol, mannitol, xylitol, and the like. Also contemplated are hydrogenated starch hydrolysates and the synthetic sweetener 3,6-dihydro-6-methyl-1-1-1,2,3-oxathiazin-4-one-2,2-dioxide, particularly the potassium salt (acesulfame-K), and sodium and calcium salts thereof, and natural intensive sweeteners, such as Lo Han Kuo. Other sweeteners may also be used.

Anti-foaming and/or de-foaming components may also be used with the films. These components aid in the removal of air, such as entrapped air, from the film-forming compositions. Such entrapped air may lead to non-uniform films. Simethicone is one particularly useful anti-foaming and/or de-foaming agent. The present invention, however, is not so limited and other anti-foam and/or de-foaming agents may suitable be used.

As a related matter, simethicone and related agents may be employed for densification purposes. More specifically, such agents may facilitate the removal of voids, air, moisture, and similar undesired components, thereby providing denser, and thus more uniform films. Agents or components which perform this function can be referred to as densification or densifying agents. As described above, entrapped air or undesired components may lead to non-uniform films.

Simethicone is generally used in the medical field as a treatment for gas or colic in babies. Simethicone is a mixture of fully methylated linear siloxane polymers containing repeating units of polydimethylsiloxane which is stabilized with trimethylsiloxy end-blocking unites, and silicon dioxide. It usually contains 90.5-99% polymethylsiloxane and 4-7% silicon dioxide. The mixture is a gray, translucent, viscous fluid which is insoluble in water.

When dispersed in water, simethicone will spread across the surface, forming a thin film of low surface tension. In this way, simethicone reduces the surface tension of bubbles air located in the solution, such as foam bubbles, causing their collapse. The function of simethicone mimics the dual action of oil and alcohol in water. For example, in an oily solution any trapped air bubbles will ascend to the surface and dissipate more quickly and easily, because an oily liquid has a lighter density compared to a water solution. On the

US 9,687,454 B2

11

other hand, an alcohol/water mixture is known to lower water density as well as lower the water's surface tension. So, any air bubbles trapped inside this mixture solution will also be easily dissipated. Simethicone solution provides both of these advantages. It lowers the surface energy of any air bubbles that trapped inside the aqueous solution, as well as lowering the surface tension of the aqueous solution. As the result of this unique functionality, simethicone has an excellent anti-foaming property that can be used for physiological processes (anti-gas in stomach) as well as any for external processes that require the removal of air bubbles from a product.

In order to prevent the formation of air bubbles in the films, the mixing step can be performed under vacuum. However, as soon as the mixing step is completed, and the film solution is returned to the normal atmosphere condition, air will be re-introduced into or contacted with the mixture. In many cases, tiny air bubbles will be again trapped inside this polymeric viscous solution. The incorporation of simethicone into the film-forming composition either substantially reduces or eliminates the formation of air bubbles.

Simethicone may be added to the film-forming mixture as an anti-foaming agent in an amount from about 0.01 weight percent to about 5.0 weight percent, more desirably from about 0. 05 weight percent to about 2.5 weight percent, and most desirably from about 0. 1 weight percent to about 1.0 weight percent.

Any other optional components described in commonly assigned U.S. Pat. No. 7,425,292 and U.S. application Ser. No. 10/856,176, referred to above, also may be included in the films described herein.

When the dosage form includes at least one antagonist, it may be desired to control the release of the antagonist, so as to delay or wholly prevent the release of the antagonist from the dosage when taken orally. Desirably, the dosage form is a self-supporting film composition, which is placed into the oral cavity of the user. In a dosage form that is to be placed in the oral cavity, it is desired to absorb the agonist buccally, so as to provide rapid integration of the agonist into the body of the user. At the same time, it may be desired to prevent or reduce absorption of any antagonist buccally, thereby allowing the antagonist to be swallowed and destroyed in the stomach. Reducing the absorption of an antagonist may be achieved via physical means, such as by encapsulating the antagonist in a material that blocks absorption. It is desired, however, to reduce the absorption of the antagonist by chemical means, such as by controlling the local pH of the dosage.

It has been found that by controlling the local pH of the dosage form, the release and/or absorption of the actives therein may be controlled. For example, in a dosage that includes an amount of an agonist, the local pH may be controlled to a level that maximizes its release and/or absorption into the oral cavity of the user. In dosages incorporating an amount of an agonist and an amount of an antagonist, the local pH may be controlled to a level that maximizes the release and/or absorption of the agonist while simultaneously minimizing the release and/or absorption of the antagonist.

The dosage form preferably includes a combination of a partial agonist and an antagonist, while the dosage has a controlled pH. In one embodiment, the partial agonist may include buprenorphine or a pharmaceutically acceptable salt thereof, while the antagonist includes naloxone or a therapeutically acceptable salt thereof. It should be understood that the present invention is not limited to the use of buprenorphine and naloxone, and any agonist (or partial

12

agonist) and any antagonist may be incorporated into the present invention for use in treatment of drug addiction. The agonist and optional antagonist should be selected from those agonists and antagonists that are useful in treating the particular narcotic dependence being treated.

As discussed above, the local pH of the dosage is preferably controlled to provide the desired release and/or absorption of the agonist and antagonist. Buprenorphine is known to have a pKa of about 8.42, while naloxone has a pKa of about 7.94. According to pH partition theory, one would expect that saliva (which has a pH of about 6.5) would maximize the absorption of both actives. However, it has been surprisingly discovered by the Applicants that by buffering the dosage to a particular pH level, the optimum levels of absorption of the agonist and antagonist may be achieved. Desirably, the local pH of a composition including an agonist and an antagonist is between about 2 to about 4, and most desirably is from 3 to 4. At this local pH level, the optimum absorption of the agonist and the antagonist is achieved. As will be described in more detail in the Examples below, controlling the local pH of the film compositions of the present invention provides a system in which the desired release and/or absorption of the components is bioequivalent to that of a similar Suboxone® tablet.

In one embodiment, the dosage form is a self-supporting film. In this embodiment, the film dosage includes a polymer carrier matrix, a therapeutically effective amount of buprenorphine, an agonist. The buffer is preferably capable of providing a local pH of the composition within a range that provides the desired level of absorption of the buprenorphine. The resulting dosage is a film composition that allows for a rapid and effective release of buprenorphine into the oral cavity of the user. At the same time, the film composition preferably has a sufficient adhesion profile, such that the film cannot easily be removed from the oral cavity of the user once it has been placed into the cavity. Full release of the buprenorphine preferably takes place within less than about thirty minutes, and preferably remains in the oral cavity for at least 1 minute.

As explained above, while providing a pharmaceutically acceptable level of an agonist is helpful in treating those with narcotic addiction, it may be desirable to provide the buprenorphine in combination with naloxone (an antagonist) so as to reduce the effect of the agonist and therefore aid in reducing dependency of the narcotic. Therefore, it may be desirable to combine the opioid agonist (or partial agonist) in the film composition with an opioid antagonist or a pharmaceutically acceptable salt thereof. The actives may be dispersed throughout the dosage separately or they may be combined together and dispersed into the dosage. Most desirably the antagonist includes naloxone, but any suitable basic antagonist may be selected as desired. The antagonist may optionally be water-soluble, so as to render separation of the antagonist and agonist difficult, thereby lessening the potential for abuse of the agonist.

As with a film including an agonist, the film including an agonist and an antagonist is desirably pH-controlled through the inclusion of a buffer. In such combination films, it has been discovered that the local pH of the film composition should preferably be in the range of about 2 to about 4, and more preferably about 3 to about 4 so as to provide a bioequivalent product as the commercially-available Suboxone® tablet. Most preferably the local pH of the film composition is about 3.5. At this local pH level, absorption of the buprenorphine is optimized while the absorption of the naloxone is inhibited.

US 9,687,454 B2

13

The film may contain any desired level of self-supporting film forming polymer, such that a self-supporting film composition is provided. In one embodiment, the film composition contains a film forming polymer in an amount of at least 25% by weight of the composition. The film forming polymer may alternatively be present in an amount of at least 50% by weight of the composition. As explained above, any film forming polymers that impart the desired mucoadhesion and rate of film dissolution may be used as desired.

Any desired level of agonist and optional antagonist may be included in the dosage, so as to provide the desired effect. In one particular embodiment, the film composition includes about 2 mg to about 16 mg of agonist per dosage. More desirably, the film composition includes about 4 mg to about 12 mg of agonist per dosage. If desired, the film composition may include about 0.5 mg to about 5 mg of antagonist per dosage. More desirably, the film composition includes about 1 mg to about 3 mg of antagonist per dosage. If an antagonist is incorporated into the film, the film composition may include the antagonist in a ratio of about 6:1-2:1 agonist to antagonist. Most desirably, the film composition contains about 4:1 agonist to antagonist per dosage. For example, in one embodiment, the dosage includes an agonist in an amount of about 12 mg, and includes an antagonist in an amount of about 3 mg.

The film compositions further desirably contains a buffer so as to control the local pH of the film composition. Any desired level of buffer may be incorporated into the film composition so as to provide the desired local pH level. The buffer is preferably provided in an amount sufficient to control the release from the film and/or the absorption into the body of the agonist and the optional antagonist. In a desired embodiment, the film composition includes buffer in a ratio of buffer to agonist in an amount of from about 2:1 to about 1:5 (buffer:agonist). The buffer may alternatively be provided in a 1:1 ratio of buffer to agonist. As stated above, the film composition preferably has a local pH of about 2 to about 4, and most preferably has a local pH of about 3.5. Any buffer system may be used as desired. In some embodiments, the buffer may include sodium citrate, citric acid, and combinations thereof.

In this embodiment, the resulting film composition includes a polymer matrix, an agonist, and an optional antagonist, while the film composition has a controlled local pH to the level desired. The buffer is preferably present in an amount to provide a therapeutically adequate absorption of the agonist, while simultaneously limiting the absorption of the antagonist. Controlling of the local pH allows for the desired release and/or absorption of the components, and thus provides a more useful and effective dosage.

The film dosage composition may include a polymer carrier matrix, a therapeutically effective amount of agonist, a therapeutically effective amount of antagonist, and a buffering system. The buffering system may include a buffer in addition to a solvent. The buffering system desirably includes a sufficient level of buffer so as to provide a desired local pH level of the film dosage composition.

In addition to a desired local pH level, the buffer preferably has a buffer capacity sufficient to maintain the ionization of the optional antagonist during the time that the composition is in the oral cavity of a user. Maintaining the ionization of the antagonist serves to limit the absorption of the antagonist, and thus provide the desired control of the antagonist. While the ionization of the antagonist is limited, the ionization of the agonist may not be so limited. As such, the resulting dosage form provides absorption of the agonist to the user, while sufficiently reducing and/or preventing

14

absorption of the antagonist. By keeping the antagonist ionized and the local pH at the optimum pH, the antagonist has limited if any absorption, but is still present should the product be abused or taken via a different route of administration. However, when taken as administered, the antagonist has little to no effect in blocking the agonist.

The film dosage composition including an agonist may be configured to provide an in vivo plasma profile having a mean maximum plasma concentration (Cmax) in a desired range. It has been discovered by the Applicants that controlling the Cmax of the film composition allows one to control the absorption of the active (such as an agonist) into the user. The resulting film composition is more effective and suitable for delivery to a user.

As explained, the film dosage composition provides a bioequivalent result to a commercially available Suboxone® product. As will be explained more in the Examples below, commercially available Suboxone® provides different absorption levels depending on the amount of buprenorphine and naloxone administered. The present invention desirably provides a film product providing bioequivalent release as that of the Suboxone® product. As with the Suboxone® product, the buprenorphine may be present in an amount of from about 2 mg to about 16 mg per dosage, or, if desired about 4 mg to about 12 mg per dosage. Additionally, the naloxone may be present in any desired amount, preferably at about 25% the level of buprenorphine. For example, an inventive film product may have 2 mg buprenorphine and 0.5 mg naloxone, 4 mg buprenorphine and 1 mg naloxone, 8 mg buprenorphine and 2 mg naloxone, 12 mg buprenorphine and 3 mg naloxone, 16 mg buprenorphine and 4 mg naloxone, or any similar amounts.

It has further been discovered that, by controlling the mean area under the curve (AUC) value of the film composition, a more effective dosage form may be provided. As is described in more detail in the Examples below, the inventive film composition preferably provides an AUC value so as to provide a bioequivalent result as that provided by the commercially available Suboxone® tablet. In one embodiment, the film composition may include a mean AUCinf value of about 6.8 hr·ng/ml or greater. Alternatively, the film composition may include a mean AUCinf value of from about 6.8 hr·ng/ml to about 66 hr·ng/ml.

As explained above, the film compositions may include naloxone, an antagonist. When the film composition includes a combination of agonist and antagonist, the film composition may be configured to provide a particular Cmax and/or AUCinf for the antagonist. For example, when a buprenorphine agonist and a naloxone antagonist are incorporated into the film composition, the naloxone may be configured to provide a Cmax of less than about 400 pg/ml, less than about 318 pg/ml, less than about 235 pg/ml, less than about 92 pg/ml or less than about 64 pg/ml. In such films, the naloxone may provide a mean AUCinf value of less than about 1030 hr·ng/ml.

In formulations which include an agonist in combination with an antagonist, the film composition may be prepared to provide a desired Cmax and/or AUCinf value for each of the agonist and antagonist. In one embodiment, the film composition provides an in vivo plasma profile having a Cmax of less than about 6.4 ng/ml for the agonist and an in vivo plasma profile having a Cmax of less than about 400 pg/ml for the antagonist. In such embodiments, the formulation may provide an AUCinf value of more than about 6.8 hr·ng/ml for the agonist. If desired, the formulation may provide an AUCinf value of less than about 1030 hr·ng/ml for the antagonist. Such compositions may include the

US 9,687,454 B2

15 | 16

agonist and the antagonist in any desired amount, and in a preferred embodiment, the composition includes about 2 mg to about 16 mg of the agonist per dosage and about 0.5 mg to about 4 mg of the antagonist per dosage.

The present invention provides a method of treating narcotic dependence in a patient. In one embodiment, the patient is dependent on opioid narcotics, but the patient may have a dependence on non-opioid narcotics. Desirably, the patient is treated by providing a dosage to the patient, which provides an effective release of actives but simultaneously provides a suitable adhesion so that the dosage cannot be easily removed. In one method of treatment, an orally dissolvable film composition is provided to a patient.

Depending on the particular narcotic that the patient experiences dependence upon, the film composition may include one or more particular active components. In one embodiment, the film composition includes a polymer carrier matrix and a therapeutically effective amount of an agonist. Desirably the agonist is a partial agonist. For opioid dependency, the agonist may be an opioid agonist, such as buprenorphine or a pharmaceutically acceptable salt thereof. The film composition preferably includes a buffer in an amount sufficient to control the local pH of the film composition. Any buffer system may be used, including sodium citrate, citric acid, and combinations thereof. In compositions solely including an agonist, the local pH of the film composition is desirably about 5 to about 6.5, and most desirably the local pH is about 5.5. At this level, the absorption of the agonist is most effective. To treat the dependency, the film composition is administered to the patient, most desirably into the oral cavity of the patient.

If desired, the composition may include a therapeutically effective amount of an antagonist, to prevent abuse of the agonist. A "therapeutically effective amount" of an antagonist is intended to refer to an amount of the antagonist that may be useful in diverting abuse of the agonist by a user. The antagonist may be any desired antagonist, and in one embodiment includes naloxone or a pharmaceutically acceptable salt thereof. The film composition is preferably administered to a patient through the oral cavity of the patient, but may be administered in any desired means. The orally dissolvable film composition is then allowed to dissolve in the oral cavity of the patient for a sufficient time so as to release the active(s) therein. In some embodiments, the film composition may remain in the oral cavity for at least 30 seconds, and in some embodiments may remain in the oral cavity for at least 1 minute. After the film composition is placed into the oral cavity of the patient, the film preferably becomes sufficiently adhered so as to render its removal difficult. After the film composition has been administered to the patient, the active(s) are sufficiently released from the composition and allowed to take effect on the patient.

The film compositions of the present invention may be formed via any desired process. Suitable processes are set forth in U.S. Pat. Nos. 7,425,292 and 7,357,891, the entire contents of which are incorporated by reference herein. In one embodiment, the film dosage composition is formed by first preparing a wet composition, the wet composition including a polymeric carrier matrix, a therapeutically effective amount of an agonist, and a buffer in an amount sufficient to control the local pH of the composition to a desired level. The wet composition is cast into a film and then sufficiently dried to form a self-supporting film composition. The wet composition may be cast into individual dosages, or it may be cast into a sheet, where the sheet is then cut into individual dosages. The agonist may be a

partial agonist. If desired, the wet composition may include a therapeutically effective amount of an antagonist.

The agonist and the optional antagonist are preferably selected to treat a particular narcotic dependency. For opioid dependency, for example, the agonist may include buprenorphine or a pharmaceutically acceptable salt thereof, while the antagonist may include naloxone or a pharmaceutically acceptable salt thereof. The local pH of the film composition is desirably maintained at about 2 to about 4.

EXAMPLES

Example 1

Composition of Buprenorphine/Naloxone Films at Various Strengths

Film strips including a combination of buprenorphine and naloxone were prepared. Four different strength film compositions were prepared, which include a ratio of buprenorphine to naloxone of 16/4, 12/3, 8/2, and 2/0.5. The compositions are summarized in Table 1 below.

TABLE 1

| Various Compositions of Film Dosages | | | | |
|---|---|---|---|---|
| Components | Buprenorphine/Naloxone Films Unit Formula (mg per film strip) | | | |
| Buprenorphine/Naloxone Ratios | 16/4 | 12/3 | 8/2 | 2/0.5 |
| Active Components | | | | |
| Buprenorphine HCl | 17.28 | 12.96 | 8.64 | 2.16 |
| Naloxone HCl Dihydrate | 4.88 | 3.66 | 2.44 | 0.61 |
| Inactive Components | | | | |
| Polyethylene Oxide, NF (MW 200,000) | 27.09 | 20.32 | 13.55 | — |
| Polyethylene Oxide, NF (MW 100,000) | 12.04 | 9.03 | 6.02 | 19.06 |
| Polyethylene Oxide, NF (MW 900,000) | 4.82 | 3.62 | 2.41 | 2.05 |
| Maltitol, NF | 12.04 | 9.03 | 6.02 | 5.87 |
| Flavor | 6.0 | 4.5 | 3.0 | 2.4 |
| Citric Acid, USP | 5.92 | 4.44 | 2.96 | 2.96 |
| HPMC | 4.22 | 3.16 | 2.11 | 2.34 |
| Ace-K | 3.0 | 2.25 | 1.5 | 1.2 |
| Sodium Citrate, anhydrous | 2.68 | 2.01 | 1.34 | 1.34 |
| Colorant | 0.03 | 0.02 | 0.01 | 0.01 |
| Total (mg) | 100 | 75 | 50 | 40 |

Example 2

Absorption Studies for Suboxone® Products

Various film and tablet products were prepared and tested for absorption data, including Cmax and AUC absorption levels. The products tested included Suboxone® tablets made with either 2 mg or 16 mg buprenorphine as well as either 0.5 mg or 4.0 mg naloxone. For 16 mg buprenorphine tablets, two 8 mg buprenorphine tablets were combined together to provide the level of components of a 16 mg buprenorphine tablet. In instances where a 12 mg buprenorphine tablet was evaluated, this dosage was obtained by combining one 8 mg buprenorphine tablet and two 2 mg buprenorphine tablets. These products were tested for absorption levels, with the amounts listed in Table 2 below.

US 9,687,454 B2

<table>
<tr><td>17</td><td>18</td></tr>
</table>

**17**

TABLE 2

| Absorption Data for Suboxone ® products | | |
|---|---|---|
| Sample | C max | AUC |
| Buprenorphine (2 mg) Suboxone ® Tablet | 0.780 ng/ml | 6.789 hr * ng/ml |
| Naloxone (0.5 mg) Suboxone ® Tablet | 51.30 pg/ml | 128.60 hr * pg/ml |
| Buprenorphine (16 mg) Suboxone ® Tablet | 4.51 ng/ml | 44.99 hr * ng/ml |
| Naloxone (4 mg) Suboxone ® Tablet | 259.00 pg/ml | 649.60 hr * pg/ml |

Using the data from Table 2, absorption data for the Suboxone® tablets for other levels of buprenorphine and naloxone are set forth in Table 2A below.

TABLE 2A

| Extrapolated Absorption Data for Suboxone ® products | | |
|---|---|---|
| Sample | C max | AUC |
| Buprenorphine (4 mg) Suboxone ® Tablet | 1.35 ng/ml | 12.25 hr * ng/ml |
| Naloxone (1 mg) Suboxone ® Tablet | 80.97 pg/ml | 203 hr * pg/ml |
| Buprenorphine (8 mg) Suboxone ® Tablet | 2.29 ng/ml | 23.17 hr * ng/ml |
| Naloxone (2 mg) Suboxone ® Tablet | 140.31 pg/ml | 351.8 hr * pg/ml |
| Buprenorphine (12 mg) Suboxone ® Tablet | 3.23 ng/ml | 34.08 hr * ng/ml |
| Naloxone (3 mg) Suboxone ® Tablet | 199.7 pg/ml | 500.6 hr * pg/ml |

Example 3

Evaluation of Bioequivalence of Suboxone® Tablets

Using the data generated for Suboxone® tablets in Table 2 above, acceptable bioequivalence ranges are generated to provide an equivalent treatment level as the Suboxone® tablet. As currently understood, a product provides a bio-equivalent effect if it provides absorption levels between about 80% to about 125% of the Suboxone® tablet. Absorption in this range is considered to be bioequivalent.

TABLE 3

| Acceptable Bioequivalence Ranges for Suboxone ® Tablets (80 to 125%) | | |
|---|---|---|
| Description of Sample | C max | AUC |
| Buprenorphine 2 mg | 0.624 to 0.975 ng/ml | 5.431 to 8.486 hr * ng/ml |
| Naloxone 0.5 mg | 41.04 to 64.13 pg/ml | 102.88 to 160.75 hr * pg/ml |
| Buprenorphine 16 mg | 3.608 to 5.638 ng/ml | 35.992 to 56.238 hr * ng/ml |
| Naloxone 4 mg | 207.20 to 323.75 pg/ml | 519.68 to 812.00 hr * pg/ml |

Thus, to be considered bioequivalent to the Suboxone® tablet, the Cmax of buprenorphine is between about 0.624 and 5.638, and the AUC of buprenorphine is between about 5.431 to about 56.238. Similarly, to be considered bio-equivalent to the Suboxone® tablet, the Cmax of naloxone is between about 41.04 to about 323.75, and the AUC of naloxone is between about 102.88 to about 812.00.

**18**

Example 4

Absorption Studies for Film Products at pH 3.5

Various film products were prepared and tested for absorption data, including Cmax and AUC absorption lev-els. The products tested included inventive film strips, the film strips having either 2 mg or 16 mg buprenorphine as well as either 0.5 mg or 4.0 mg naloxone. These products were tested for absorption levels, with the amounts listed in Table 4 below.

TABLE 4

| Absorption Data for inventive film products at pH 3.5 | | |
|---|---|---|
| Sample | C max | AUC |
| Buprenorphine (2 mg) Sublingual Film | 0.947 ng/ml | 7.82 hr * ng/ml |
| Naloxone (0.5 mg) Sublingual Film | 51.10 pg/ml | 128.60 hr * pg/ml |
| Buprenorphine (16 mg) Sublingual Film | 5.47 ng/ml | 55.30 hr * ng/ml |
| Naloxone (4 mg) Sublingual Film | 324.00 pg/ml | 873.60 hr * pg/ml |

As can be seen, in this experiment, the values for buprenorphine absorbance were squarely in the bioequiva-lence range evaluated above. The inventive films were therefore determined to have provided a bioequivalent absorption of buprenorphine at a local pH of 3.5 as the commercially available Suboxone® tablet. The values for absorption of naloxone were very close to the bioequivalent range of Suboxone®. The slightly higher absorption of Naloxone was not due to the local pH but rather to the amount of buffer (buffer capacity as discussed in the appli-cation). This is confirmed by the fact that the lower 2/0.5 mg dose is in range for the Naloxone and this is due to the higher buffer capacity for the 2/0.5 dose as pointed out in the buffer capacity chart.

Example 5

Preparation of Films for In Vivo Study

Film dosages were prepared for use in an in vivo study to determine the bioavailability of buprenorphine/naloxone tablets and film formulations. Specifically, the films were tested to determine whether the film provides a bioequiva-lent effect to that of a tablet formulation.

Three film formulations including 8 mg buprenorphine and 2 mg naloxone were prepared, each being buffered to a different pH. The first film did not include any buffer, providing a local pH of about 6.5. The second was buffered to a local pH level of about 3-3.5. The third was buffered to a local pH value of about 5-5.5. The formulations are set forth in Table 5 below.

TABLE 5

| Formulations of Test Films at Various pH Levels | | | | | |
|---|---|---|---|---|---|
| | Test formulation 1 8 mg/2 mg pH = 6.5 | | Test formulation 2 8 mg/2 mg pH = 3-3.5 | | Test formulation 3 8 mg/2 mg pH = 5-5.5 |
| Component | % w/w | Mg/film | % w/w | Mg/film | % w/w | Mg/film |
| Buprenorphine HCl | 21.61 | 8.64 | 17.28 | 8.64 | 17.28 | 8.64 |
| Naloxone HCl Dihydrate | 6.10 | 2.44 | 4.88 | 2.44 | 4.88 | 2.44 |

US 9,687,454 B2

19

TABLE 5-continued

Formulations of Test Films at Various pH Levels

| Component | Test formulation 1 8 mg/2 mg pH = 6.5 | | Test formulation 2 8 mg/2 mg pH = 3-3.5 | | Test formulation 3 8 mg/2 mg pH = 5-5.5 | |
|---|---|---|---|---|---|---|
| | % w/w | Mg/film | % w/w | Mg/film | % w/w | Mg/film |
| Polymer | 5.05 | 2.02 | 4.82 | 2.41 | 4.82 | 2.41 |
| Polymer | 28.48 | 11.39 | 27.09 | 13.55 | 27.09 | 13.55 |
| Polymer | 12.65 | 5.06 | 12.04 | 6.02 | 12.04 | 6.02 |
| Polymer | 4.43 | 1.77 | 4.22 | 2.11 | 4.22 | 2.11 |
| Sweetener | 12.65 | 5.06 | 12.04 | 6.02 | 12.04 | 6.02 |
| Sweetener | 3 | 1.2 | 3 | 1.5 | 3 | 1.5 |
| Flavor | 6 | 2.4 | 6 | 3 | 6 | 3 |
| Citric acid | 0 | 0 | 5.92 | 2.96 | 2.51 | 1.26 |

20

TABLE 6

Buprenorphine In Vivo Absorption Data for Test Formulation 1

| Parameter | Suboxone ® sublingual | | | | Test Formulation 1 (pH = 6.5) | | | |
|---|---|---|---|---|---|---|---|---|
| | n | Mean | SD | CV % | n | Mean | SD | CV % |
| $T_{max}$ (hr) | 15 | 1.60 | 0.47 | 29.41 | 15 | 1.50 | 0.62 | 41.23 |
| $C_{max}$ (ng/mL) | 15 | 2.27 | 0.562 | 24.77 | 15 | 2.60 | 0.872 | 33.53 |
| $AUC_{last}$ (hr * ng/mL) | 15 | 27.08 | 10.40 | 38.41 | 15 | 31.00 | 12.93 | 41.72 |
| $AUC_{inf}$ (hr * ng/mL) | 15 | 29.58 | 11.15 | 37.68 | 15 | 33.37 | 13.88 | 41.61 |
| $T_{1/2}$ (hr) | 15 | 44.76 | 20.86 | 46.60 | 15 | 40.73 | 14.93 | 36.66 |

TABLE 7

Naloxone In Vivo Absorption Data for Test Formulation 1

| Parameter | Suboxone ® sublingual | | | | Test Formulation 1 (pH = 6.5) | | | |
|---|---|---|---|---|---|---|---|---|
| | n | Mean | SD | CV % | n | Mean | SD | CV % |
| $T_{max}$ (hr) | 15 | 0.90 | 0.23 | 25.32 | 15 | 0.68 | 0.18 | 25.75 |
| $C_{max}$ (pg/mL) | 15 | 94.6 | 39.1 | 41.33 | 15 | 410 | 122 | 29.75 |
| $AUC_{last}$ (hr * pg/mL) | 15 | 297.1 | 120.7 | 40.62 | 15 | 914.8 | 158.1 | 17.29 |
| $AUC_{inf}$ (hr * pg/mL) | 15 | 306.1 | 122.6 | 40.06 | 15 | 924.2 | 158.8 | 17.18 |
| $T_{1/2}$ (hr) | 15 | 6.62 | 2.60 | 39.26 | 15 | 6.86 | 2.08 | 30.27 |

TABLE 5-continued

Formulations of Test Films at Various pH Levels

| Component | Test formulation 1 8 mg/2 mg pH = 6.5 | | Test formulation 2 8 mg/2 mg pH = 3-3.5 | | Test formulation 3 8 mg/2 mg pH = 5-5.5 | |
|---|---|---|---|---|---|---|
| | % w/w | Mg/film | % w/w | Mg/film | % w/w | Mg/film |
| Sodium citrate | 0 | 0 | 2.68 | 1.34 | 6.08 | 3.04 |
| FD&C yellow #6 | 0.025 | 0.01 | 0.03 | 0.02 | 0.03 | 0.02 |
| Total | 100 | 40 | 100 | 50 | 100 | 50 |

Example 6

Analysis of In Vivo Absorption of Film Having a pH of 6.5

The film dosage composition of film having a local pH of 6.5 was analyzed. Specifically, Test Formulation 1, as prepared in Example 5 was analyzed in vivo to determine the absorption of buprenorphine and of naloxone. The comparative film was compared to the absorption of buprenorphine and of naloxone provided by a one dose tablet (Suboxone®). The test film was compared to determine whether it provided a bioequivalent effect as the tablet product.

The results for Test Formulation 1, which had a local pH of about 6.5, as compared to the one dose tablet, are set forth in Tables 6 and 7 below.

As can be seen, the in vivo data indicates that buprenorphine is absorbed very well from the film formulation at a local pH of 6.5, and matched closely the absorption seen in the Suboxone® one dose tablet. However, the absorption was also maximized for the naloxone, which was undesirable. It was determined that a film having a combination of buprenorphine and naloxone and a local pH of 6.5 did not provide a bioequivalent effect as the Suboxone® tablet for both buprenorphine and naloxone.

Example 7

Analysis of In Vivo Absorption of Film Having a pH of 5-5.5

Having determined the absorption of buprenorphine and naloxone in film having a local pH of 6.5, a film dosage composition of film having a local pH of 5-5.5 was analyzed. Specifically, Test Formulation 3, as prepared in Example 5 was analyzed in vivo to determine the absorption of buprenorphine and of naloxone. The comparative films were compared to the absorption of buprenorphine and of naloxone provided by the Suboxone® one dose tablet. The test film was compared to determine whether it provided a bioequivalent effect as the Suboxone® tablet.

The results for Test Formulation 3, which had a local pH of about 5-5.5, as compared to the Suboxone® tablet, are set forth in Tables 8 and 9 below.

US 9,687,454 B2

| 21 | 22 |

## TABLE 8

Buprenorphine In Vivo Absorption Data for Test Formulation 3

| Parameter | n | Suboxone ® sublingual Mean | SD | CV % | n | Test Formulation 3 (pH = 5-5.5) Mean | SD | CV % |
|---|---|---|---|---|---|---|---|---|
| $T_{max}$ (hr) | 15 | 1.60 | 0.47 | 29.41 | 14 | 1.50 | 0.43 | 28.50 |
| $C_{max}$ (ng/mL) | 15 | 2.27 | 0.562 | 24.77 | 14 | 3.47 | 1.57 | 45.40 |
| $AUC_{last}$ (hr * ng/mL) | 15 | 27.08 | 10.40 | 38.41 | 14 | 33.25 | 16.01 | 48.16 |
| $AUC_{inf}$ (hr * ng/mL) | 15 | 29.58 | 11.15 | 37.68 | 13 | 38.34 | 15.38 | 40.13 |
| $T_{1/2}$ (hr) | 15 | 44.76 | 20.86 | 46.60 | 13 | 41.71 | 17.70 | 42.42 |

## TABLE 9

Naloxone In Vivo Absorption Data for Test Formulation 3

| Parameter | n | Suboxone ® sublingual Mean | SD | CV % | n | Test Formulation 3 (pH = 5-5.5) Mean | SD | CV % |
|---|---|---|---|---|---|---|---|---|
| $T_{max}$ (hr) | 15 | 0.90 | 0.23 | 25.32 | 14 | 0.98 | 0.62 | 63.51 |
| $C_{max}$ (pg/mL) | 15 | 94.6 | 39.1 | 41.33 | 14 | 173 | 84.5 | 48.79 |
| $AUC_{last}$ (hr * pg/mL) | 15 | 297.1 | 120.7 | 40.62 | 14 | 455.2 | 195.5 | 42.94 |
| $AUC_{inf}$ (hr * pg/mL) | 15 | 306.1 | 122.6 | 40.06 | 13 | 474.4 | 203.1 | 42.81 |
| $T_{1/2}$ (hr) | 15 | 6.62 | 2.60 | 39.26 | 13 | 9.45 | 6.90 | 73.00 |

As can be seen, the in vivo data indicated that the absorption of buprenorphine increased as the local pH level decreased. It appeared that by decreasing the local pH from 6.5 to 5.5, the absorption of buprenorphine was being moved to a level further away from that of the one dose tablet. In addition, the naloxone values did not provide a bioequivalent result as the one dose tablet. Thus, it was determined that the film having a local pH of 5.5 did not provide a bioequivalent result as that of the Suboxone® tablet for both buprenorphine and naloxone.

It was noted that by reducing the local pH of the film to a level of 5.5, there would be provided an increased level of absorption of buprenorphine. Thus, it may be desirable to buffer a film composition incorporating buprenorphine itself to a level of about 5.5 to provide an increased absorption.

### Example 8

Analysis of In Vivo Absorption of Film Having a pH of 3-3.5

Having determined the absorption of buprenorphine and naloxone in films having a local pH of 6.5 and 5.5, a film dosage composition of film having a local pH of about 3-3.5

was analyzed. It was assumed that the absorption of buprenorphine would continue to be increased as it had demonstrated at a local pH of 5.5. Thus, it was assumed that at a local pH of 3.5, the film would not be bioequivalent to that of the tablet.

Specifically, Test Formulation 2, as prepared in Example 5, was analyzed in vivo to determine the absorption of buprenorphine and of naloxone. The comparative films were compared to the absorption of buprenorphine and of naloxone provided by the Suboxone® one dose tablet. The test film was compared to determine whether it provided a bioequivalent effect as the tablet product.

The results for Test Formulation 2, which had a local pH of about 3-3.5, as compared to the Suboxone® tablet, are set forth in Tables 10 and 11 below.

## TABLE 10

Buprenorphine In Vivo Absorption Data for Test Formulation 2

| Parameter | n | Suboxone ® sublingual Mean | SD | CV % | n | Test Formulation 2 (pH = 3-3.5) Mean | SD | CV % |
|---|---|---|---|---|---|---|---|---|
| $T_{max}$ (hr) | 15 | 1.60 | 0.47 | 29.41 | 14 | 1.68 | 0.58 | 34.68 |
| $C_{max}$ (ng/mL) | 15 | 2.27 | 0.562 | 24.77 | 14 | 2.68 | 0.910 | 33.99 |
| $AUC_{last}$ (hr * ng/mL) | 15 | 27.08 | 10.40 | 38.41 | 14 | 29.73 | 12.05 | 40.54 |
| $AUC_{inf}$ (hr * ng/mL) | 15 | 29.58 | 11.15 | 37.68 | 14 | 31.45 | 12.98 | 41.26 |
| $T_{1/2}$ (hr) | 15 | 44.76 | 20.86 | 46.60 | 14 | 30.03 | 13.95 | 46.46 |

US 9,687,454 B2

23      24

TABLE 11

| | Naloxone In Vivo Absorption Data for Test Formulation 2 | | | | | | | |
| | Suboxone® sublingual | | | | Test Formulation 2 (pH = 3-3.5) | | | |
| Parameter | n | Mean | SD | CV % | n | Mean | SD | CV % |
|---|---|---|---|---|---|---|---|---|
| $T_{max}$ (hr) | 15 | 0.90 | 0.23 | 25.32 | 14 | 0.84 | 0.19 | 22.19 |
| $C_{max}$ (pg/mL) | 15 | 94.6 | 39.1 | 41.33 | 14 | 130 | 72.9 | 56.04 |
| $AUC_{last}$ (hr * pg/mL) | 15 | 297.1 | 120.7 | 40.62 | 14 | 362.2 | 155.9 | 43.03 |
| $AUC_{inf}$ (hr * pg/mL) | 15 | 306.1 | 122.6 | 40.06 | 12 | 350.4 | 142.3 | 40.61 |
| $T_{1/2}$ (hr) | 15 | 6.62 | 2.60 | 39.26 | 12 | 8.07 | 4.75 | 58.84 |

As can be seen, the in vivo data indicated that the absorption of buprenorphine was substantially bioequivalent to that of the one dose tablet when the film composition local pH was lowered to about 3-3.5. This result was surprising as it did not appear to follow the pH partition theory. Further, at a local pH of about 3-3.5, it was seen that the absorption of naloxone was substantially bioequivalent to that of the one dose tablet.

Thus, it was determined that the film product including buprenorphine and naloxone at a local pH of 3-3.5 was substantially bioequivalent to that of the Suboxone® one dose tablet.

Example 9

Normalized Values for Naloxone in Films and Tablets

Various film compositions including buprenorphine and naloxone in 8/2 mg and 2/0.5 mg dosages, and having different local pH values from 6.5 to 3.5, were prepared and analyzed. The data was normalized and compared to the one dose tablet. The results are set forth in Table 12 below.

TABLE 12

| | Normalized Values for Naloxone Film Compared to Tablet | | | | |
| pH | Dose (mg) Buprenorphine/ Naloxone | AUC (Normalized) | Cmax | Mg Citric Acid | Ratio Citric Acid (mg)/Naloxone (mg) |
|---|---|---|---|---|---|
| 6.5 | 8/2 | 3.02 | 4.33 | 1.34 | 0.67 |
| 5.5 | 8/2 | 1.55 | 1.83 | 1.34 | 0.67 |
| 3.5 | 8/2 | 1.14 | 1.37 | 1.34 | 0.67 |
| 3.5 | 2/0.5 | 0.98 | 0.90 | 1.34 | 2.68 |
| 5.5 | 2/0.5 | 1.41 | 1.41 | 1.34 | 2.68 |

The data indicates that not only is the local pH of significant importance, but the amount of buffer present in the formula is also important. The improvement from the 8/2 dose to the 2/0.5 dose (at a local pH of 3.5) demonstrates this importance. The 8/2 dose has a ratio of buffer/naloxone of 0.67, and this dose provided borderline acceptable bioequivalent results. In contrast, the 2/0.5 dose has a ratio of buffer/naloxone of 2.68, and provides a more bioequivalent absorption value than the 8/2 dose.

In fact, the data shows that the 2/0.5 dose at a local pH of 3.5 had an even lower buccal absorption than the one dose tablet, as seen from the normalized values for the AUC and Cmax. This demonstrates that even less absorption of the naloxone occurs for the film formulation at a local pH of 3.5

than the tablet formulation. Given the goal of reducing the absorption of naloxone, it appears that the film product buffered at a local pH of 3.5 with a buffer ratio of buffer/ Naloxone of 2.68 provides even better results than the Suboxone® tablet formulation.

What is claimed is:

1. An oral, self-supporting, A mucoadhesive film comprising:
   (a) about 40 wt % to about 60 wt % of a water-soluble polymeric matrix;
   (b) about 2 mg to about 16 mg of buprenorphine or a pharmaceutically acceptable salt thereof;
   (c) about 0.5 mg to about 4 mg of naloxone or a pharmaceutically acceptable salt thereof; and
   (d) an acidic buffer;
   wherein the film is mucoadhesive to the sublingual mucosa or the buccal mucosa;
   wherein the weight ratio of (b):(c) is about 4:1;
   wherein the weight ratio of (d):(b) is from 2:1 to 1:5; and
   wherein application of the film on the sublingual mucosa or the buccal mucosa results in differing absorption between buprenorphine and naloxone, with a buprenorphine $C_{max}$ from about 0.624 ng/ml to about 5.638 ng/ml and a buprenorphine AUC from about 5.431 hr*ng/ml to about 56.238 hr*ng/ml; and a naloxone $C_{max}$ from about 41.04 pg/ml to about 323.75 pg/ml and a naloxone AUC from about 102.88 hr*pg/ml to about 812.00 hr*pg/ml.

2. The film of claim 1, wherein the weight ratio of (d):(b) is from about 1:1 to 1:5.

3. The film of claim 1, wherein the weight ratio of (d):(b) is from about 1.4:1 to about 1:3.

4. The film of claim 3, wherein the acidic buffer is citric acid.

5. The film of claim 1, wherein the weight ratio of (b):(a) is from about 1:3 to about 1:11.5.

6. The film of claim 5, wherein the weight ratio of (b):(a) is about 1:3.

7. The film of claim 1, wherein the film comprises about 48.2 wt % to about 58.6 wt % of the water soluble polymeric matrix.

8. The film of claim 7, wherein the film comprises about 48.2 wt % of the water soluble polymeric matrix.

9. The film of claim 1, wherein the water-soluble polymeric matrix comprises a polyethylene oxide polymer alone or in combination with a hydrophilic cellulosic polymer.

10. The film of claim 9, wherein the hydrophilic cellulosic polymer is hydroxypropyl cellulose, hydroxypropylmethyl cellulose, or a combination thereof.

US 9,687,454 B2

25                                                                              26

**11**. The film of claim **10**, wherein the hydrophilic cellulosic polymer is hydroxypropylmethyl cellulose.

**12**. The film of claim **1**, wherein the weight ratio of (d):(b) is from about 1:1 to 1:5; wherein the weight ratio of (b):(a) is from about 1:3 to about 1:11.5; and wherein the film comprises about 48.2 wt % to about 58.6 wt % of the water soluble polymeric matrix.

**13**. A method for treating opioid dependence in a patient in need thereof comprising sublingually or buccally administering the mucoadhesive film of claim **1** to a sublingual or buccal mucosal tissue of the patient to treat the opioid dependence.

**14**. The film of claim **1**, wherein the weight ratio of (d):(b) is from 2:1 to 1:1.

          *    *    *    *    *

# EXHIBIT B

US009855221B2

(12) **United States Patent** (10) Patent No.: **US 9,855,221 B2**
Myers et al. (45) **Date of Patent:** *****Jan. 2, 2018**

(54) **UNIFORM FILMS FOR RAPID-DISSOLVE DOSAGE FORM INCORPORATING ANTI-TACKING COMPOSITIONS**

(71) Applicant: **MonoSol Rx, LLC**, Warren, NJ (US)

(72) Inventors: **Garry L. Myers**, Kingsport, TN (US); **Pradeep Sanghvi**, North Brunswick, NJ (US); **Andrew Philip Verrall**, Indianapolis, IN (US); **Vimala Francis**, Fremont, CA (US); **Laura Brooks**, Sheboygan, WI (US)

(73) Assignee: **MonoSol Rx, LLC**, Warren, NJ (US)

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 0 days.

This patent is subject to a terminal disclaimer.

(21) Appl. No.: **15/438,406**

(22) Filed: **Feb. 21, 2017**

(65) **Prior Publication Data**

US 2017/0189346 A1 Jul. 6, 2017

**Related U.S. Application Data**

(63) Continuation of application No. 15/398,398, filed on Jan. 4, 2017, now abandoned, which is a continuation
(Continued)

(51) **Int. Cl.**
*A61F 13/00* (2006.01)
*A61K 9/70* (2006.01)
(Continued)

(52) **U.S. Cl.**
CPC ............ *A61K 9/7007* (2013.01); *A23L 33/10* (2016.08); *A23L 33/105* (2016.08); *A23L 33/15* (2016.08);
(Continued)

(58) **Field of Classification Search**
CPC ...................................................... A61K 9/006
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

26,401 A 12/1859 Brashear et al.
307,537 A 11/1884 Foulks
(Continued)

FOREIGN PATENT DOCUMENTS

AU 741362 B2 11/2001
CA 2274910 C 7/2005
(Continued)

OTHER PUBLICATIONS

"Adsorption at Solid Surfaces," Encyclopedia of Pharmaceutical Technology (Swarbrick (ed.)), pp. 73 (1988).
(Continued)

*Primary Examiner* — Benjamin Packard
(74) *Attorney, Agent, or Firm* — Hoffmann & Baron, LLP

(57) **ABSTRACT**

The present invention relates to water-soluble films incorporating anti-tacking agents and methods of their preparation. Anti-tacking agents may improve the flow characteristics of the compositions and thereby reduce the problem of film adhering to a user's mouth or to other units of film. In particular, the present invention relates to edible water-soluble delivery systems in the form of a film composition including a water-soluble polymer, an active component selected from cosmetic agents, pharmaceutical agents, vitamins, bioactive agents and combinations thereof and at least one anti-tacking agent.

**30 Claims, 3 Drawing Sheets**



US 9,855,221 B2

Page 2

## Related U.S. Application Data

of application No. 15/144,191, filed on May 2, 2016, now abandoned, which is a continuation of application No. 14/844,810, filed on Sep. 3, 2015, now abandoned, which is a continuation of application No. 14/284,019, filed on May 21, 2014, now abandoned, which is a continuation of application No. 11/517, 982, filed on Sep. 8, 2006, now Pat. No. 8,765,167, which is a continuation-in-part of application No. 10/074,272, filed on Feb. 14, 2002, now Pat. No. 7,425,292.

(60) Provisional application No. 60/715,528, filed on Sep. 9, 2005, provisional application No. 60/328,868, filed on Oct. 12, 2001.

(51) Int. Cl.

| A61K 9/00 | (2006.01) |
|---|---|
| A61K 47/12 | (2006.01) |
| A61K 47/02 | (2006.01) |
| A61K 47/22 | (2006.01) |
| A61K 47/34 | (2017.01) |
| A61K 47/38 | (2006.01) |
| A61K 47/36 | (2006.01) |
| A61K 31/485 | (2006.01) |
| A23L 33/16 | (2016.01) |
| A23L 33/15 | (2016.01) |
| A23L 33/105 | (2016.01) |
| A23L 33/10 | (2016.01) |
| A23P 20/20 | (2016.01) |

(52) U.S. Cl.

CPC .............. *A23L 33/16* (2016.08); *A23P 20/20* (2016.08); *A61K 9/0056* (2013.01); *A61K 31/485* (2013.01); *A61K 47/02* (2013.01); *A61K 47/12* (2013.01); *A61K 47/22* (2013.01); *A61K 47/34* (2013.01); *A61K 47/36* (2013.01); *A61K 47/38* (2013.01); *A23V 2002/00* (2013.01)

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 476,085 | A | 5/1892 | Smith |
| 492,417 | A | 2/1893 | McAlister |
| 503,070 | A | 8/1893 | Broadwell et al. |
| 596,302 | A | 12/1897 | McMahon |
| 688,446 | A | 10/1901 | Stempel, Jr. |
| 1,110,546 | A | 9/1914 | Hewitt |
| 1,827,354 | A | 10/1931 | Cooper |
| 2,142,537 | A | 1/1939 | Tiaxa |
| 2,277,038 | A | 3/1942 | Curtis |
| 2,352,691 | A | 7/1944 | Curtis |
| 2,376,656 | A | 5/1945 | Leonia |
| 2,501,544 | A | 3/1950 | Shrontz |
| 2,612,165 | A | 9/1952 | Szukerski |
| 2,980,554 | A | 4/1961 | Gentile et al. |
| 3,007,848 | A | 11/1961 | Stroop |
| 3,044,338 | A | 7/1962 | Horton et al. |
| 3,131,068 | A | 4/1964 | Grief |
| 3,142,217 | A | 7/1964 | Busse |
| 3,189,174 | A | 6/1965 | Cormack |
| 3,237,596 | A | 3/1966 | Grass, Jr. et al. |
| 3,242,959 | A | 3/1966 | Glass |
| 3,249,109 | A | 5/1966 | Maeth et al. |
| 3,324,754 | A | 6/1967 | Peavy |
| 3,370,497 | A | 2/1968 | Busse |
| 3,419,137 | A | 12/1968 | Walck, III |
| 3,444,858 | A | 5/1969 | Russell |
| 3,451,539 | A | 6/1969 | Wysocki |
| 3,536,809 | A | 10/1970 | Applezwig |

| | | | |
|---|---|---|---|
| 3,539,605 | A | 11/1970 | Oberhofer |
| 3,551,556 | A | 12/1970 | Kliment et al. |
| 3,598,122 | A | 8/1971 | Zaffaroni |
| 3,610,248 | A | 10/1971 | Davidson |
| 3,625,351 | A | 12/1971 | Eisenberg |
| 3,632,740 | A | 1/1972 | Robinson et al. |
| 3,640,741 | A | 2/1972 | Etes |
| 3,641,237 | A | 2/1972 | Gould et al. |
| 3,650,461 | A | 3/1972 | Hutcheson |
| 3,677,866 | A | 7/1972 | Pickett et al. |
| 3,731,683 | A | 5/1973 | Zaffaroni |
| 3,753,732 | A | 8/1973 | Boroshok |
| 3,755,558 | A | 8/1973 | Scribner |
| 3,768,725 | A | 10/1973 | Pilaro |
| 3,795,527 | A | 3/1974 | Stone et al. |
| 3,797,494 | A | 3/1974 | Zaffaroni |
| 3,809,220 | A | 5/1974 | Arcudi |
| 3,814,095 | A | 6/1974 | Lubens |
| 3,825,014 | A | 7/1974 | Wroten |
| 3,835,995 | A | 9/1974 | Haines |
| 3,840,657 | A | 10/1974 | Nortleet |
| 3,892,905 | A | 7/1975 | Albert |
| 3,911,099 | A | 10/1975 | DeFoney et al. |
| 3,933,245 | A | 1/1976 | Mullen |
| 3,972,995 | A | 8/1976 | Tsuk et al. |
| 3,979,839 | A | 9/1976 | Blanie |
| 3,996,934 | A | 12/1976 | Zaffaroni |
| 3,998,215 | A | 12/1976 | Anderson et al. |
| 4,015,023 | A | 3/1977 | Lamberti et al. |
| 4,022,924 | A | 5/1977 | Mitchell et al. |
| 4,029,757 | A | 6/1977 | Mlodozeniec et al. |
| 4,029,758 | A | 6/1977 | Mlodozeniec et al. |
| 4,031,200 | A | 6/1977 | Reif |
| 4,049,848 | A | 9/1977 | Goodale et al. |
| 4,053,046 | A | 10/1977 | Roark |
| 4,067,116 | A | 1/1978 | Bryner et al. |
| 4,105,116 | A | 8/1978 | Jones et al. |
| 4,123,592 | A | 10/1978 | Rainer et al. |
| 4,126,503 | A | 11/1978 | Gardner |
| 4,128,445 | A | 12/1978 | Sturzenegger et al. |
| 4,136,145 | A | 1/1979 | Fuchs et al. |
| 4,136,162 | A | 1/1979 | Fuchs et al. |
| 4,139,627 | A | 2/1979 | Lane et al. |
| 4,202,966 | A | 5/1980 | Misaki et al. |
| 4,226,848 | A | 10/1980 | Nagai et al. |
| 4,249,531 | A | 2/1981 | Heller et al. |
| 4,251,400 | A | 2/1981 | Columbus |
| 4,251,561 | A | 2/1981 | Gajewski |
| 4,284,194 | A | 8/1981 | Flatau |
| 4,284,534 | A | 8/1981 | Ehrlich |
| 4,292,299 | A | 9/1981 | Suzuki et al. |
| 4,294,820 | A | 10/1981 | Keith et al. |
| 4,302,465 | A | 11/1981 | Af Ekenstam et al. |
| 4,307,075 | A | 12/1981 | Martin |
| 4,307,117 | A | 12/1981 | Leshik |
| 4,325,855 | A | 4/1982 | Dickmann et al. |
| 4,341,563 | A | 7/1982 | Kurihara et al. |
| 4,365,423 | A | 12/1982 | Arter et al. |
| 4,373,036 | A | 2/1983 | Chang et al. |
| 4,390,450 | A | 6/1983 | Gibson et al. |
| 4,406,708 | A | 9/1983 | Hesselgren |
| 4,432,975 | A | 2/1984 | Libby |
| 4,438,258 | A | 3/1984 | Graham |
| 4,451,260 | A | 5/1984 | Mitra |
| 4,460,532 | A | 7/1984 | Cornell |
| 4,460,562 | A | 7/1984 | Keith et al. |
| 4,466,973 | A | 8/1984 | Rennie |
| 4,478,658 | A | 10/1984 | Wittwer |
| 4,483,846 | A | 11/1984 | Koide et al. |
| 4,503,070 | A | 3/1985 | Eby, III |
| 4,511,592 | A | 4/1985 | Percel et al. |
| 4,515,162 | A | 5/1985 | Yamamoto et al. |
| 4,517,173 | A | 5/1985 | Kizawa et al. |
| 4,529,301 | A | 7/1985 | Rountree |
| 4,529,601 | A | 7/1985 | Broberg et al. |
| 4,529,748 | A | 7/1985 | Wienecke |
| 4,562,020 | A | 12/1985 | Hijiya et al. |
| 4,568,535 | A | 2/1986 | Loesche |
| 4,569,837 | A | 2/1986 | Suzuki et al. |

**US 9,855,221 B2**

Page 3

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | |
|---|---|---|
| 4,572,832 A | 2/1986 | Kigasawa et al. |
| 4,582,835 A | 4/1986 | Lewis et al. |
| 4,585,452 A | 4/1986 | Sablotsky |
| 4,588,592 A | 5/1986 | Elias |
| 4,593,053 A | 6/1986 | Jevne et al. |
| 4,598,089 A | 7/1986 | Hadvary et al. |
| 4,608,249 A | 8/1986 | Otsuka et al. |
| 4,613,497 A | 9/1986 | Chavkin |
| 4,615,697 A | 10/1986 | Robinson |
| 4,619,701 A | 10/1986 | Angrick et al. |
| 4,621,482 A | 11/1986 | Crevasse et al. |
| 4,623,394 A | 11/1986 | Nakamura et al. |
| 4,631,837 A | 12/1986 | Magoon |
| 4,639,367 A | 1/1987 | Mackles |
| 4,648,509 A | 3/1987 | Alves |
| 4,659,714 A | 4/1987 | Watt-Smith |
| 4,661,359 A | 4/1987 | Seaborne et al. |
| 4,675,009 A | 6/1987 | Hymes et al. |
| 4,695,465 A | 9/1987 | Kigasawa et al. |
| 4,704,119 A | 11/1987 | Shaw et al. |
| 4,705,174 A | 11/1987 | Goglio |
| 4,712,460 A | 12/1987 | Allen et al. |
| 4,713,239 A | 12/1987 | Babaian et al. |
| 4,713,243 A | 12/1987 | Schiraldi et al. |
| 4,713,251 A | 12/1987 | Seiphman |
| 4,716,802 A | 1/1988 | O'Connor et al. |
| 4,722,761 A | 2/1988 | Cartmell et al. |
| 4,727,064 A | 2/1988 | Pitha |
| 4,740,365 A | 4/1988 | Yukimatsu et al. |
| 4,748,022 A | 5/1988 | Busciglio |
| 4,752,465 A | 6/1988 | Mackles |
| 4,762,230 A | 8/1988 | Croce |
| 4,764,378 A | 8/1988 | Keith et al. |
| 4,765,983 A | 8/1988 | Takayanagi et al. |
| 4,772,470 A | 9/1988 | Inoue et al. |
| 4,777,046 A | 10/1988 | Iwakura et al. |
| 4,780,309 A | 10/1988 | Geria et al. |
| 4,781,294 A | 11/1988 | Croce |
| 4,787,517 A | 11/1988 | Martin |
| 4,789,667 A | 12/1988 | Makino et al. |
| 4,802,924 A | 2/1989 | Woznicki et al. |
| 4,828,841 A | 5/1989 | Porter et al. |
| 4,849,246 A | 7/1989 | Schmidt |
| 4,851,394 A | 7/1989 | Kubodera |
| 4,860,754 A | 8/1989 | Sharik et al. |
| 4,861,632 A | 8/1989 | Caggiano |
| RE33,093 E | 10/1989 | Schiraldi et al. |
| 4,872,270 A | 10/1989 | Fronheiser et al. |
| 4,876,092 A | 10/1989 | Mizobuchi et al. |
| 4,876,970 A | 10/1989 | Bolduc |
| 4,880,416 A | 11/1989 | Horiuchi et al. |
| 4,888,354 A | 12/1989 | Chang et al. |
| 4,894,232 A | 1/1990 | Reul et al. |
| 4,900,552 A | 2/1990 | Sanvordeker et al. |
| 4,900,554 A | 2/1990 | Yangibashi et al. |
| 4,900,556 A | 2/1990 | Wheatley et al. |
| 4,910,247 A | 3/1990 | Haldar et al. |
| 4,915,950 A | 4/1990 | Miranda et al. |
| 4,925,670 A | 5/1990 | Schmidt |
| 4,927,634 A | 5/1990 | Sorrentino et al. |
| 4,927,636 A | 5/1990 | Hijiya et al. |
| 4,929,447 A | 5/1990 | Yang |
| 4,937,078 A | 6/1990 | Mezei et al. |
| 4,940,587 A | 7/1990 | Jenkins et al. |
| 4,948,580 A | 8/1990 | Browning |
| 4,958,580 A | 9/1990 | Asaba et al. |
| 4,978,531 A | 12/1990 | Yamazaki et al. |
| 4,980,169 A | 12/1990 | Oppenheimer et al. |
| 4,981,693 A | 1/1991 | Higashi et al. |
| 4,981,875 A | 1/1991 | Leusner et al. |
| 4,993,586 A | 2/1991 | Taulbee et al. |
| 5,023,082 A | 6/1991 | Friedman et al. |
| 5,023,271 A | 6/1991 | Vigne et al. |
| 5,024,701 A | 6/1991 | Desmarais |
| 5,025,692 A | 6/1991 | Reynolds |
| 5,028,632 A | 7/1991 | Fuisz |
| 5,044,241 A | 9/1991 | Labrecque |
| 5,044,761 A | 9/1991 | Yuhki et al. |
| 5,045,445 A | 9/1991 | Schultz |
| 5,047,244 A | 9/1991 | Sanvordeker et al. |
| 5,049,322 A | 9/1991 | Devissaguet et al. |
| 5,056,584 A | 10/1991 | Seaton |
| 5,064,717 A | 11/1991 | Suzuki et al. |
| 5,072,842 A | 12/1991 | White |
| 5,078,734 A | 1/1992 | Noble |
| 5,089,307 A | 2/1992 | Ninomiya et al. |
| 5,100,591 A | 3/1992 | Leclef et al. |
| 5,107,734 A | 4/1992 | Armbruster |
| 5,116,140 A | 5/1992 | Hirashima |
| 5,118,508 A | 6/1992 | Kikuchi et al. |
| 5,126,160 A | 6/1992 | Giddey et al. |
| 5,137,729 A | 8/1992 | Kuroya et al. |
| 5,158,825 A | 10/1992 | Altwirth |
| 5,166,233 A | 11/1992 | Kuroya et al. |
| 5,176,705 A | 1/1993 | Noble |
| 5,184,771 A | 2/1993 | Jud et al. |
| 5,186,938 A | 2/1993 | Sablotsky et al. |
| 5,188,838 A | 2/1993 | Deleuil et al. |
| 5,196,436 A | 3/1993 | Smith |
| 5,229,164 A | 7/1993 | Pins et al. |
| 5,230,441 A | 7/1993 | Kaufman et al. |
| 5,234,957 A | 8/1993 | Mantelle |
| 5,264,024 A | 11/1993 | Bosvot et al. |
| 5,271,940 A | 12/1993 | Cleary et al. |
| 5,272,191 A | 12/1993 | Ibrahim et al. |
| 5,273,758 A | 12/1993 | Royce |
| 5,293,699 A | 3/1994 | Faust et al. |
| 5,316,717 A | 5/1994 | Koepff et al. |
| 5,325,968 A | 7/1994 | Sowden |
| 5,328,942 A | 7/1994 | Akhtar et al. |
| 5,344,676 A | 9/1994 | Kim et al. |
| 5,346,701 A | 9/1994 | Heiber et al. |
| 5,354,551 A | 10/1994 | Schmidt |
| 5,360,629 A | 11/1994 | Milbourn et al. |
| 5,369,131 A | 11/1994 | Poli et al. |
| 5,375,930 A | 12/1994 | Tani |
| 5,380,529 A | 1/1995 | Heusser et al. |
| 5,393,528 A | 2/1995 | Staab |
| 5,405,637 A | 4/1995 | Martinez et al. |
| 5,407,278 A | 4/1995 | Beer |
| 5,411,945 A | 5/1995 | Ozaki et al. |
| 5,413,792 A | 5/1995 | Ninomiya et al. |
| 5,422,127 A | 6/1995 | Dube et al. |
| 5,423,423 A | 6/1995 | Sato et al. |
| 5,433,960 A | 7/1995 | Meyers |
| 5,451,419 A | 9/1995 | Schwab et al. |
| 5,455,043 A | 10/1995 | Fischel-Ghodsian |
| 5,458,884 A | 10/1995 | Britton et al. |
| 5,462,749 A | 10/1995 | Rencher |
| 5,472,704 A | 12/1995 | Santus et al. |
| 5,479,408 A | 12/1995 | Will |
| 5,489,436 A | 2/1996 | Hoy et al. |
| 5,506,046 A | 4/1996 | Andersen et al. |
| 5,506,049 A | 4/1996 | Swei et al. |
| 5,518,902 A | 5/1996 | Ozaki et al. |
| 5,529,782 A | 6/1996 | Staab |
| 5,530,861 A | 6/1996 | Diamant et al. |
| 5,550,178 A | 8/1996 | Desai et al. |
| 5,551,033 A | 8/1996 | Foster et al. |
| 5,552,152 A | 9/1996 | Shen |
| 5,553,835 A | 9/1996 | Dresie et al. |
| 5,560,538 A | 10/1996 | Sato et al. |
| 5,567,237 A | 10/1996 | Kapp-Schwoerer et al. |
| 5,567,431 A | 10/1996 | Vert et al. |
| 5,573,783 A | 11/1996 | Desieno et al. |
| 5,582,342 A | 12/1996 | Jud |
| 5,587,175 A | 12/1996 | Viegas et al. |
| 5,588,009 A | 12/1996 | Will |
| 5,589,357 A | 12/1996 | Martinez et al. |
| 5,593,697 A | 1/1997 | Barr et al. |
| 5,595,980 A | 1/1997 | Brode et al. |
| 5,601,605 A | 2/1997 | Crowe et al. |
| 5,605,696 A | 2/1997 | Eury et al. |
| 5,605,698 A | 2/1997 | Ueno |

**US 9,855,221 B2**

Page 4

(56)          **References Cited**

U.S. PATENT DOCUMENTS

| | | |
|---|---|---|
| 5,613,779 A | 3/1997 | Niwa |
| 5,614,212 A | 3/1997 | D'Angelo et al. |
| 5,620,757 A | 4/1997 | Ninomiya et al. |
| 5,629,003 A | 5/1997 | Horstmann et al. |
| 5,629,021 A | 5/1997 | Wright |
| 5,633,006 A | 5/1997 | Catania et al. |
| 5,641,093 A | 6/1997 | Dolin et al. |
| 5,641,536 A | 6/1997 | Lech et al. |
| D380,836 S | 7/1997 | Fitzpatrick et al. |
| 5,647,431 A | 7/1997 | Takeshita et al. |
| 5,653,993 A | 8/1997 | Ghanta et al. |
| 5,656,296 A | 8/1997 | Khan et al. |
| 5,656,297 A | 8/1997 | Bernstein et al. |
| 5,670,168 A | 9/1997 | Baichwal et al. |
| 5,679,145 A | 10/1997 | Andersen et al. |
| 5,681,873 A | 10/1997 | Norton et al. |
| 5,689,550 A | 11/1997 | Garson et al. |
| 5,698,181 A | 12/1997 | Luo |
| 5,698,217 A | 12/1997 | Wilking |
| 5,700,478 A | 12/1997 | Biegajski et al. |
| 5,700,479 A | 12/1997 | Lundgren |
| 5,725,648 A | 3/1998 | Brown et al. |
| 5,733,575 A | 3/1998 | Mehra et al. |
| 5,738,211 A | 4/1998 | Ichino et al. |
| 5,742,905 A | 4/1998 | Pepe et al. |
| 5,750,145 A | 5/1998 | Patell |
| 5,750,157 A | 5/1998 | Grosswald et al. |
| 5,750,585 A | 5/1998 | Park et al. |
| 5,759,599 A | 6/1998 | Wampler et al. |
| 5,761,525 A | 6/1998 | Williams |
| 5,764,639 A | 6/1998 | Staples et al. |
| 5,764,899 A | 6/1998 | Eggleston et al. |
| 5,765,004 A | 6/1998 | Foster et al. |
| 5,766,332 A | 6/1998 | Graves et al. |
| 5,766,525 A | 6/1998 | Andersen et al. |
| 5,766,620 A | 6/1998 | Heiber et al. |
| 5,766,839 A | 6/1998 | Johnson et al. |
| 5,771,353 A | 6/1998 | Eggleston et al. |
| 5,785,180 A | 7/1998 | Dressel et al. |
| 5,792,494 A | 8/1998 | Kanca et al. |
| 5,800,832 A | 9/1998 | Tapolsky et al. |
| 5,806,284 A | 9/1998 | Gifford |
| 5,815,398 A | 9/1998 | Dighe et al. |
| 5,822,526 A | 10/1998 | Waskiewicz |
| 5,830,437 A | 11/1998 | Ascione et al. |
| 5,830,884 A | 11/1998 | Kasica et al. |
| 5,846,557 A | 12/1998 | Eisenstadt et al. |
| 5,847,023 A | 12/1998 | Viegas et al. |
| 5,862,915 A | 1/1999 | Plezia et al. |
| 5,864,684 A | 1/1999 | Nielsen |
| 5,881,476 A | 3/1999 | Strobush et al. |
| 5,891,461 A | 4/1999 | Jona et al. |
| 5,891,845 A | 4/1999 | Myers |
| 5,894,930 A | 4/1999 | Faughey et al. |
| 5,900,247 A | 5/1999 | Rault et al. |
| 5,906,742 A | 5/1999 | Wang et al. |
| 5,930,914 A | 8/1999 | Johansson et al. |
| 5,937,161 A | 8/1999 | Mulligan et al. |
| 5,941,393 A | 8/1999 | Wilfong, Jr. |
| 5,945,651 A | 8/1999 | Chorosinski et al. |
| 5,948,430 A | 9/1999 | Zerbe et al. |
| 5,955,097 A | 9/1999 | Tapolsky et al. |
| 5,965,154 A | 10/1999 | Haralambopoulos |
| 5,980,554 A | 11/1999 | Lenker et al. |
| 5,992,742 A | 11/1999 | Sullivan et al. |
| 5,995,597 A | 11/1999 | Woltz et al. |
| 6,004,996 A | 12/1999 | Shah et al. |
| 6,024,975 A | 2/2000 | D'Angelo et al. |
| 6,030,616 A | 2/2000 | Waters et al. |
| 6,031,895 A | 2/2000 | Cohn et al. |
| 6,036,016 A | 3/2000 | Arnold |
| 6,047,484 A | 4/2000 | Bolland et al. |
| 6,051,253 A | 4/2000 | Zettler et al. |
| 6,054,119 A | 4/2000 | Hurme et al. |
| 6,064,990 A | 5/2000 | Goldsmith |
| 6,072,100 A | 6/2000 | Mooney et al. |
| 6,074,097 A | 6/2000 | Hayashi et al. |
| 6,077,558 A | 6/2000 | Euber |
| 6,090,401 A | 7/2000 | Gowan, Jr. et al. |
| 6,099,871 A | 8/2000 | Martinez |
| 6,103,266 A | 8/2000 | Tapolsky et al. |
| 6,106,930 A | 8/2000 | Ludwig |
| 6,143,276 A | 11/2000 | Unger |
| 6,148,708 A | 11/2000 | Pfeiffer |
| 6,152,007 A | 11/2000 | Sato |
| 6,153,210 A | 11/2000 | Roberts et al. |
| 6,153,220 A | 11/2000 | Cumming et al. |
| 6,159,498 A | 12/2000 | Tapolsky et al. |
| 6,161,129 A | 12/2000 | Rochkind |
| 6,177,066 B1 | 1/2001 | Pataut et al. |
| 6,177,092 B1 | 1/2001 | Lentini et al. |
| 6,177,096 B1 | 1/2001 | Zerbe et al. |
| 6,183,808 B1 | 2/2001 | Grillo et al. |
| 6,197,329 B1 | 3/2001 | Hermelin et al. |
| 6,203,566 B1 | 3/2001 | Alanen et al. |
| 6,219,694 B1 | 4/2001 | Lazaridis et al. |
| 6,221,402 B1 | 4/2001 | Itoh et al. |
| 6,227,359 B1 | 5/2001 | Truluck |
| 6,230,894 B1 | 5/2001 | Danville |
| 6,231,957 B1 | 5/2001 | Zerbe et al. |
| 6,238,700 B1 | 5/2001 | Dohner et al. |
| 6,264,981 B1 | 7/2001 | Zhang et al. |
| 6,267,808 B1 | 7/2001 | Grillo et al. |
| 6,268,048 B1 | 7/2001 | Topolkaraev et al. |
| 6,284,264 B1 | 9/2001 | Zerbe et al. |
| 6,287,595 B1 | 9/2001 | Loewy et al. |
| 6,294,206 B1 | 9/2001 | Barrett-Reis et al. |
| 6,311,627 B1 | 11/2001 | Draper et al. |
| 6,338,407 B2 | 1/2002 | Danville |
| 6,344,088 B1 | 2/2002 | Kamikihara et al. |
| 6,374,715 B1 | 4/2002 | Takatsuka |
| 6,375,963 B1 | 4/2002 | Repka et al. |
| 6,391,294 B1 | 5/2002 | Dettmar et al. |
| 6,394,306 B1 | 5/2002 | Pawlo et al. |
| 6,395,299 B1 | 5/2002 | Babich et al. |
| 6,413,792 B1 | 7/2002 | Sauer et al. |
| 6,419,903 B1 | 7/2002 | Xu et al. |
| 6,419,906 B1 | 7/2002 | Xu et al. |
| 6,428,825 B2 | 8/2002 | Sharma et al. |
| 6,432,460 B1 | 8/2002 | Zietlow et al. |
| 6,436,464 B1 | 8/2002 | Euber |
| 6,454,788 B1 | 9/2002 | Ashton |
| 6,467,621 B1 | 10/2002 | Ishida |
| 6,468,516 B1 | 10/2002 | Geria et al. |
| 6,472,003 B2 | 10/2002 | Barrett-Reis et al. |
| 6,482,517 B1 | 11/2002 | Anderson |
| 6,488,963 B1 | 12/2002 | McGinity et al. |
| 6,495,599 B2 | 12/2002 | Auestad et al. |
| 6,503,532 B1 | 1/2003 | Murty et al. |
| 6,509,072 B2 | 1/2003 | Bening et al. |
| 6,534,090 B2 | 3/2003 | Puthli et al. |
| 6,534,092 B2 | 3/2003 | Wright |
| 6,552,024 B1 | 4/2003 | Chen et al. |
| 6,562,375 B1 | 5/2003 | Sako et al. |
| 6,575,999 B1 | 6/2003 | Rohrig |
| 6,589,576 B2 | 7/2003 | Borschel et al. |
| 6,592,887 B2 | 7/2003 | Zerbe et al. |
| 6,596,298 B2 | 7/2003 | Leung et al. |
| 6,596,302 B2 | 7/2003 | O'Connor et al. |
| 6,599,542 B1 | 7/2003 | Abdel-Malik et al. |
| 6,610,338 B2 | 8/2003 | Tang |
| 6,620,440 B1 | 9/2003 | Hsia et al. |
| 6,655,112 B1 | 12/2003 | Cremer et al. |
| 6,656,493 B2 | 12/2003 | Dzija et al. |
| 6,660,292 B2 | 12/2003 | Zerbe et al. |
| 6,667,060 B1 | 12/2003 | Vandecruys et al. |
| 6,668,839 B2 | 12/2003 | Williams |
| 6,708,826 B1 | 3/2004 | Ginsberg et al. |
| 6,709,671 B2 | 3/2004 | Zerbe et al. |
| 6,720,006 B2 | 4/2004 | Hanke et al. |
| 6,726,054 B2 | 4/2004 | Fagen et al. |
| 6,730,319 B2 | 5/2004 | Maeder et al. |
| 6,752,824 B2 | 6/2004 | Yancy |
| 6,776,157 B2 | 8/2004 | Williams et al. |

## US 9,855,221 B2

Page 5

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | |
|---|---|---|
| 6,797,283 B1 | 9/2004 | Edgren et al. |
| 6,800,329 B2 | 10/2004 | Horstmann et al. |
| 6,824,829 B2 | 11/2004 | Berry et al. |
| 6,865,860 B2 | 3/2005 | Arakawa et al. |
| 6,905,016 B2 | 6/2005 | Kanios et al. |
| 6,913,766 B1 | 7/2005 | Krumme et al. |
| 6,929,399 B2 | 8/2005 | Nokura |
| 6,929,400 B2 | 8/2005 | Razeti et al. |
| 7,005,142 B2 | 2/2006 | Leon et al. |
| 7,040,503 B2 | 5/2006 | Leichter et al. |
| 7,067,116 B1 | 6/2006 | Bess et al. |
| 7,093,736 B2 | 8/2006 | Maietta et al. |
| 7,115,507 B2 | 10/2006 | Kawase |
| 7,179,788 B2 | 2/2007 | DeFelippis et al. |
| 7,241,411 B2 | 7/2007 | Berry et al. |
| 7,357,891 B2 | 4/2008 | Yang et al. |
| 7,390,503 B1 | 6/2008 | Ahmed et al. |
| 7,425,292 B2 | 9/2008 | Yang et al. |
| 7,428,859 B2 | 9/2008 | Fujita et al. |
| 7,484,640 B2 | 2/2009 | von Falkenhausen et al. |
| 7,531,191 B2 | 5/2009 | Zion et al. |
| 7,579,019 B2 | 8/2009 | Tapolsky et al. |
| 7,591,801 B2 | 9/2009 | Brauker et al. |
| 7,665,896 B1 | 2/2010 | Higgs |
| 7,666,337 B2 | 2/2010 | Yang et al. |
| 7,694,617 B2 | 4/2010 | Habra et al. |
| 7,824,588 B2 | 11/2010 | Yang et al. |
| 7,910,031 B2 | 3/2011 | Yang et al. |
| 8,017,150 B2 | 9/2011 | Yang et al. |
| 8,051,983 B2 | 11/2011 | Simon et al. |
| 8,147,866 B2 | 4/2012 | Finn et al. |
| 2001/0006677 A1 | 7/2001 | McGinity et al. |
| 2001/0022964 A1 | 9/2001 | Leung et al. |
| 2001/0046511 A1 | 11/2001 | Zerbe et al. |
| 2002/0006677 A1 | 1/2002 | Egermeier et al. |
| 2002/0012689 A1 | 1/2002 | Stillman |
| 2002/0045582 A1 | 4/2002 | Margolin et al. |
| 2002/0098198 A1 | 7/2002 | Walls et al. |
| 2002/0104774 A1 | 8/2002 | Hammond |
| 2002/0127254 A1 | 9/2002 | Fotinos et al. |
| 2002/0131990 A1 | 9/2002 | Barkalow et al. |
| 2002/0147201 A1 | 10/2002 | Chen et al. |
| 2002/0170567 A1 | 11/2002 | Rizzotto et al. |
| 2002/0177380 A1 | 11/2002 | Forman et al. |
| 2003/0035841 A1 | 2/2003 | Dzija et al. |
| 2003/0044511 A1 | 3/2003 | Zerbe et al. |
| 2003/0054039 A1 | 3/2003 | Zyck et al. |
| 2003/0068378 A1 | 4/2003 | Chen et al. |
| 2003/0069263 A1 | 4/2003 | Breder et al. |
| 2003/0072865 A1 | 4/2003 | Bindels et al. |
| 2003/0077315 A1 | 4/2003 | Lee et al. |
| 2003/0107149 A1 | 6/2003 | Yang et al. |
| 2003/0118649 A1 | 6/2003 | Gao et al. |
| 2003/0121932 A1 | 7/2003 | Wajda |
| 2003/0124176 A1 | 7/2003 | Hsu et al. |
| 2003/0140760 A1 | 7/2003 | Bory |
| 2003/0147956 A1 | 8/2003 | Shefer et al. |
| 2003/0161926 A1 | 8/2003 | Kemp et al. |
| 2003/0183643 A1 | 10/2003 | Fagen et al. |
| 2003/0224044 A1 | 12/2003 | Weibel |
| 2004/0013731 A1 | 1/2004 | Chen et al. |
| 2004/0024003 A1 | 2/2004 | Asmussen et al. |
| 2004/0044367 A1 | 3/2004 | Yancy |
| 2004/0058457 A1 | 3/2004 | Huang et al. |
| 2004/0091677 A1 | 5/2004 | Topolkaraev |
| 2004/0096569 A1 | 5/2004 | Barkalow et al. |
| 2004/0102867 A1 | 5/2004 | Palanisamy et al. |
| 2004/0111275 A1 | 6/2004 | Kroll et al. |
| 2004/0120991 A1 | 6/2004 | Gardner et al. |
| 2004/0136924 A1 | 7/2004 | Boyd et al. |
| 2004/0137458 A1 | 7/2004 | Archambault et al. |
| 2004/0156901 A1 | 8/2004 | Thakur et al. |
| 2004/0191302 A1 | 9/2004 | Davidson |
| 2004/0209057 A1 | 10/2004 | Enlow et al. |
| 2004/0219109 A1 | 11/2004 | Hatch |
| 2004/0241242 A1 | 12/2004 | Fuisz et al. |
| 2005/0003048 A1 | 1/2005 | Pearce et al. |
| 2005/0011776 A1 | 1/2005 | Nagel |
| 2005/0019588 A1 | 1/2005 | Berry et al. |
| 2005/0035133 A1 | 2/2005 | Gerulski et al. |
| 2005/0037055 A1 | 2/2005 | Yang et al. |
| 2005/0048102 A1 | 3/2005 | Tapolsky et al. |
| 2005/0055123 A1 | 3/2005 | Franz |
| 2005/0089548 A1 | 4/2005 | Virgalitto et al. |
| 2005/0095272 A1 | 5/2005 | Augello |
| 2005/0115862 A1 | 6/2005 | Maietta |
| 2005/0118217 A1 | 6/2005 | Barnhart et al. |
| 2005/0118271 A1 | 6/2005 | Schliecker et al. |
| 2005/0136115 A1 | 6/2005 | Kulkarni et al. |
| 2005/0147658 A1 | 7/2005 | Tapolsky et al. |
| 2005/0163714 A1 | 7/2005 | Sukhishvili et al. |
| 2005/0170138 A1 | 8/2005 | Berry |
| 2005/0191349 A1 | 9/2005 | Boehm et al. |
| 2005/0192309 A1 | 9/2005 | Palermo et al. |
| 2005/0214251 A1 | 9/2005 | Pohl et al. |
| 2005/0222781 A1 | 10/2005 | Yue et al. |
| 2005/0232977 A1 | 10/2005 | Khan et al. |
| 2005/0239845 A1 | 10/2005 | Proehl et al. |
| 2006/0023976 A1 | 2/2006 | Alvater et al. |
| 2006/0039958 A1 | 2/2006 | Fuisz et al. |
| 2006/0071057 A1 | 4/2006 | Aschenbrenner et al. |
| 2006/0073190 A1 | 4/2006 | Carroll et al. |
| 2006/0083786 A1 | 4/2006 | Chaudhari et al. |
| 2006/0093679 A1 | 5/2006 | Mayer et al. |
| 2006/0104910 A1 | 5/2006 | Lerner |
| 2006/0147493 A1 | 7/2006 | Yang et al. |
| 2006/0163269 A1 | 7/2006 | Anderson et al. |
| 2006/0180604 A1 | 8/2006 | Ginsberg et al. |
| 2006/0182796 A1 | 8/2006 | Wu et al. |
| 2006/0189772 A1 | 8/2006 | Scheibel et al. |
| 2006/0198790 A1 | 9/2006 | Dugger, III et al. |
| 2006/0198885 A1 | 9/2006 | Dharmadhikari et al. |
| 2006/0210610 A1 | 9/2006 | Davidson et al. |
| 2006/0213348 A1 | 9/2006 | Loibl |
| 2006/0215941 A1 | 9/2006 | Golbert |
| 2006/0246141 A1 | 11/2006 | Liversidge et al. |
| 2006/0264448 A1 | 11/2006 | Pryde |
| 2006/0281775 A1 | 12/2006 | Kelly, II et al. |
| 2006/0286108 A1 | 12/2006 | Bell |
| 2007/0027213 A1 | 2/2007 | Oberegger et al. |
| 2007/0045148 A1 | 3/2007 | Saclier et al. |
| 2007/0069416 A1 | 3/2007 | Yang et al. |
| 2007/0087036 A1 | 4/2007 | Durschlag et al. |
| 2007/0098746 A1 | 5/2007 | Nichols et al. |
| 2007/0122455 A1 | 5/2007 | Myers et al. |
| 2007/0138049 A1 | 6/2007 | Bitner |
| 2007/0148097 A1 | 6/2007 | Finn et al. |
| 2007/0170196 A1 | 7/2007 | Libohova et al. |
| 2007/0205127 A1 | 9/2007 | Barndt et al. |
| 2007/0231368 A1 | 10/2007 | Wang et al. |
| 2007/0267433 A1 | 11/2007 | Fuisz et al. |
| 2007/0281003 A1 | 12/2007 | Fuisz et al. |
| 2008/0044454 A1 | 2/2008 | Yang et al. |
| 2008/0073235 A1 | 3/2008 | Harada et al. |
| 2008/0075825 A1 | 3/2008 | Fuisz et al. |
| 2008/0081071 A1 | 4/2008 | Sanghvi et al. |
| 2008/0105582 A1 | 5/2008 | Ludwig et al. |
| 2008/0233174 A1 | 9/2008 | Myers et al. |
| 2008/0242558 A1 | 10/2008 | Belcher et al. |
| 2008/0242736 A1 | 10/2008 | Fuisz |
| 2008/0254105 A1 | 10/2008 | Tapolsky et al. |
| 2008/0260805 A1 | 10/2008 | Yang et al. |
| 2008/0260809 A1 | 10/2008 | Yang et al. |
| 2008/0268116 A1 | 10/2008 | Kring |
| 2008/0290106 A1 | 11/2008 | van der Klaauw et al. |
| 2008/0299197 A1 | 12/2008 | Toneguzzo et al. |
| 2008/0300173 A1 | 12/2008 | DeFrees |
| 2008/0308449 A1 | 12/2008 | Intini |
| 2009/0004254 A1 | 1/2009 | Maibach |
| 2009/0009332 A1 | 1/2009 | Nunez et al. |
| 2009/0014491 A1 | 1/2009 | Fuisz et al. |
| 2009/0029074 A1 | 1/2009 | Sasine et al. |
| 2009/0074333 A1 | 3/2009 | Griebel et al. |
| 2009/0104270 A1 | 4/2009 | Myers et al. |

**US 9,855,221 B2**

Page 6

(56) **References Cited**

## U.S. PATENT DOCUMENTS

| | | |
|---|---|---|
| 2009/0146336 A1 | 6/2009 | Masi |
| 2009/0181075 A1 | 7/2009 | Gordon et al. |
| 2009/0192075 A1 | 7/2009 | Steiner |
| 2009/0196907 A1 | 8/2009 | Bunick et al. |
| 2009/0297614 A1 | 12/2009 | Rademacher et al. |
| 2010/0015128 A1 | 1/2010 | Lee et al. |
| 2010/0087470 A1 | 4/2010 | Oksche et al. |
| 2010/0092545 A1 | 4/2010 | Yang et al. |
| 2010/0178264 A1 | 7/2010 | Hariharan et al. |
| 2010/0221309 A1 | 9/2010 | Myers et al. |
| 2010/0297232 A1 | 11/2010 | Myers et al. |
| 2011/0189259 A1 | 8/2011 | Vasisht et al. |
| 2011/0262522 A1 | 10/2011 | Finn et al. |

## FOREIGN PATENT DOCUMENTS

| | | |
|---|---|---|
| CA | 2317491 C | 6/2008 |
| CH | 639619 A5 | 11/1983 |
| CN | 1118254 A | 3/1996 |
| DE | 2746414 A1 | 4/1979 |
| DE | 2449865 B2 | 6/1981 |
| DE | 2432925 C3 | 11/1985 |
| DE | 3630603 C2 | 6/1989 |
| DE | 19646392 A1 | 5/1998 |
| DE | 202004003781 U1 | 5/2004 |
| EP | 0014253 A2 | 8/1980 |
| EP | 0021178 B1 | 1/1981 |
| EP | 0090560 A2 | 10/1983 |
| EP | 0095892 A1 | 12/1983 |
| EP | 0065370 B1 | 1/1985 |
| EP | 0248548 B1 | 5/1987 |
| EP | 0232877 A2 | 8/1987 |
| EP | 0241178 | 10/1987 |
| EP | 0285568 A2 | 3/1988 |
| EP | 0274431 A2 | 7/1988 |
| EP | 0219762 B1 | 12/1990 |
| EP | 0259749 B1 | 8/1991 |
| EP | 0200508 B1 | 10/1991 |
| EP | 0241178 B1 | 1/1992 |
| EP | 0514691 A2 | 4/1992 |
| EP | 0273069 B1 | 10/1992 |
| EP | 0250187 B1 | 9/1993 |
| EP | 0452446 B1 | 12/1993 |
| EP | 0598606 A1 | 5/1994 |
| EP | 0381194 B1 | 8/1994 |
| EP | 0440462 B1 | 12/1994 |
| EP | 0636364 A1 | 1/1995 |
| EP | 0450141 B1 | 5/1995 |
| EP | 0460588 B1 | 8/1995 |
| EP | 0514691 B1 | 1/1996 |
| EP | 0598606 B1 | 6/1999 |
| EP | 1143940 | 7/2000 |
| EP | 1110546 A1 | 6/2001 |
| EP | 1177788 A2 | 2/2002 |
| EP | 1219291 A1 | 3/2002 |
| EP | 1243523 A1 | 9/2002 |
| EP | 0949925 B1 | 1/2004 |
| EP | 1504765 A1 | 2/2005 |
| EP | 1267829 B1 | 5/2006 |
| EP | 1674078 A2 | 6/2006 |
| EP | 1852061 A2 | 11/2007 |
| EP | 1897543 A1 | 3/2008 |
| EP | 1591106 B1 | 7/2009 |
| EP | 2105389 A1 | 9/2009 |
| EP | 2253224 A1 | 11/2010 |
| EP | 2305310 A1 | 4/2011 |
| FR | 2716098 A1 | 8/1995 |
| GB | 1061557 | 3/1967 |
| GB | 1154317 | 6/1969 |
| GB | 1510999 | 5/1978 |
| GB | 2166651 A | 5/1986 |
| GB | 2447016 A | 9/2009 |
| JP | 56100714 A | 8/1981 |
| JP | 62126950 A | 6/1987 |
| JP | 2265444 A | 10/1990 |
| JP | 473268 A | 3/1992 |
| JP | 5147140 A | 6/1993 |
| JP | 7322812 A | 12/1995 |
| JP | 11255247 A | 9/1999 |
| JP | 2000159658 A | 6/2000 |
| JP | 2001048196 A | 2/2001 |
| JP | 2001225851 A | 8/2001 |
| JP | 2001279100 A | 10/2001 |
| JP | 2003312688 A | 11/2003 |
| JP | 2004222663 A | 8/2004 |
| JP | 2006143335 A | 6/2006 |
| JP | 2008011194 A | 1/2008 |
| WO | 1988007103 | 9/1988 |
| WO | 9105540 A1 | 5/1991 |
| WO | 1992012704 | 8/1992 |
| WO | 9215280 A1 | 9/1992 |
| WO | 9505416 A2 | 2/1995 |
| WO | 9518046 A1 | 7/1995 |
| WO | 1995023596 | 9/1995 |
| WO | 9530601 A1 | 11/1995 |
| WO | 9615903 A1 | 5/1996 |
| WO | 9625150 A1 | 8/1996 |
| WO | 1996025638 | 8/1996 |
| WO | 9731621 A1 | 9/1997 |
| WO | 9732573 A1 | 9/1997 |
| WO | 1997044016 | 11/1997 |
| WO | 9810993 A1 | 3/1998 |
| WO | 9817251 A1 | 4/1998 |
| WO | 1998014179 | 4/1998 |
| WO | 9935051 A1 | 7/1999 |
| WO | 955312 A2 | 11/1999 |
| WO | 200002536 | 1/2000 |
| WO | 2000002955 | 1/2000 |
| WO | 0018365 A1 | 4/2000 |
| WO | 2000/027618 A1 | 5/2000 |
| WO | 0024647 A1 | 5/2000 |
| WO | 0042992 A2 | 7/2000 |
| WO | 2000057858 | 10/2000 |
| WO | 2001003917 A1 | 1/2001 |
| WO | 0130288 A1 | 5/2001 |
| WO | 2001034121 | 5/2001 |
| WO | 0143728 A1 | 6/2001 |
| WO | 0156904 A1 | 8/2001 |
| WO | 0168452 A1 | 9/2001 |
| WO | 0170194 A1 | 9/2001 |
| WO | 0170197 A2 | 9/2001 |
| WO | 0191721 A2 | 12/2001 |
| WO | 0205789 A2 | 1/2002 |
| WO | 0207711 A1 | 1/2002 |
| WO | 2002005820 A1 | 1/2002 |
| WO | 2006017462 A2 | 2/2002 |
| WO | 0243657 A2 | 6/2002 |
| WO | 2002/064148 A2 | 8/2002 |
| WO | 02062315 A1 | 8/2002 |
| WO | 02074238 A2 | 9/2002 |
| WO | 02091965 A1 | 11/2002 |
| WO | 03011259 A1 | 2/2003 |
| WO | 03015749 A1 | 2/2003 |
| WO | 03030881 A1 | 4/2003 |
| WO | 03030882 A1 | 4/2003 |
| WO | 03030883 A1 | 4/2003 |
| WO | 03043659 A1 | 5/2003 |
| WO | 2003/101357 A1 | 12/2003 |
| WO | 2004009445 A2 | 1/2004 |
| WO | 2004035407 A1 | 4/2004 |
| WO | 2004043165 A1 | 5/2004 |
| WO | 2004045305 A1 | 6/2004 |
| WO | 2004045537 A2 | 6/2004 |
| WO | 2004052335 A1 | 6/2004 |
| WO | 2004060298 A2 | 7/2004 |
| WO | 2004087084 A1 | 10/2004 |
| WO | 2004113193 A1 | 12/2004 |
| WO | 2005020933 A2 | 3/2005 |
| WO | 2005035776 A2 | 4/2005 |
| WO | 2005039499 A2 | 5/2005 |
| WO | 2005074867 A1 | 8/2005 |
| WO | 2005102287 A2 | 11/2005 |
| WO | 2005102863 A1 | 11/2005 |
| WO | 2005123074 A1 | 12/2005 |

**US 9,855,221 B2**

Page 7

(56)　　　　　**References Cited**

FOREIGN PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| WO | 2006004480 | A1 | 1/2006 |
| WO | 2006031209 | A1 | 3/2006 |
| WO | 2006037979 | A2 | 4/2006 |
| WO | 2006039264 | A1 | 4/2006 |
| WO | 2006037425 | A1 | 8/2006 |
| WO | 2006085210 | A1 | 8/2006 |
| WO | 2006133948 | A2 | 12/2006 |
| WO | 2007015105 | A2 | 2/2007 |
| WO | 2007067494 | A1 | 6/2007 |
| WO | 2007070632 | A2 | 6/2007 |
| WO | 2008011194 | A2 | 1/2008 |
| WO | 2008025791 | A1 | 3/2008 |
| WO | 2008036299 | A2 | 3/2008 |
| WO | 2008040534 | A2 | 4/2008 |
| WO | 2009044118 | A2 | 4/2009 |
| WO | 2009052421 | A1 | 4/2009 |
| WO | 2009027625 | A2 | 5/2009 |
| WO | 2009105540 | A1 | 8/2009 |

OTHER PUBLICATIONS

Photograph of Tetracycline HCL (https://en.wikipedia.org/wiki/Tetracycline#/media/File:Tetracycline-HCL_substance_photo.jpg).
Textbook of Polymer Science (2nd Ed.) pp. 1-22 (Wiley 1971).
Thimmashetty, J. et al, "Preparation and Evaluation of Buccal Dosage Forms of Insulin.".
Thimmashetty, J. et al, "Design and In Vivo Evaluation of Carvedilol Buccal Mucoadhesive Patches," Pak. J. Pharm. Sci. 21(3):241-248 (2008).
Elemente des Apparatebause, (Titz, H. (ed.)), pp. 546-669 (Springer-Verlag 1992). (includes partial English translation.).
The United States Pharmacopeia (20th Rev.), pp. 3-4, 12, 16, 955-957, 1023, 1030-1031, 1412, 1451 (USP 1980).
Varanda, F. et al., "Solubility of Antibiotics in Different Solvents. 1. Hydrochloride Forms of Tetracycline, Moxifloxacin, and Ciprofloxacin," Ind. Eng. Chem. Res. 45:6368-6374 (2006).
Phramazeutische Technologie fur Studium and Beruf (Voigt, R. (ed.)), p. 65 (Ullstein Mosby 1995).
Polymer Molecular Weights (Slade, P.E. (ed.), p. 1-8 (Marcel Dekker, Inc. 1975).
Metallic Pigments in Polymers, p. 132 (Rapra Technology Limited 1999).
White, J.G., "In Situ Determination of Delavirdine Mesylate Particle Size in Solid Oral Dosage Forms," Pharmaceutical Research 16(4):545-548 (1999).
Yamamura, K. et al., "Oral Mucosal Adhesive Film Containing Local Anesthetics: In Vitro and Clinical Evaluation," J. Biomed. Mater. Res. (Appl. Biomater) 43:313-317 (1998).
Pharmazeutische Technologie: Insustrielle Herstellung und Entwicklung von Arzneimitteln (Zimmermann, I. (ed.)), p. 246 (Springer-Verlag 1998).
Modern coating technology systems for paper, film and foil (Shepherd, R (ed.)), p. 5 (Emap Maclaren Ltd. 1995).
Blank, Z. et al., "Structural studies of organic gels by SEM", J. Material Science 9:1815-1822 (1974).
CAS Presents, "Common Chemistry", http://www.commonchemistry.org.ChemicalDetail.aspx?ref=25322-68-3 &terms=polyeth . . . Oct. 28, 2009.
Huus et al., "Thermal Dissociation and Unfolding of Insulin", Biochemistry, 44: 11171-11177 (2005).
Steiner et al., "Organic Derivatives of Alginic Acid", Industrial and Engineering Chemistry; 43(9): 2073-2077 (1951).
"Cellulose" Kirk-Othmer Concise Encyclopeida of Chemical Technology; Abridged version of the 24 Volume, NY, Wiley; 227-228 (1978-1984).
"Excipients, Croscarmellose Sodium", Pformulate Excipients, http://www.pformulate.com/croscarmellose.htm (Sep. 29, 2002).
Atridox(R) (Doxycycline Hyclate) Product Label.
Barton, S. et al "Citric Buffer Calculation", Version 1.1, Nov. 19, 2000.

Birkhauser, "Cell Encapsulation Technology and Therapeutics" (Jan. 5, 2009).
Bodmeier, Roland, "Evaluation of Drug-Containing Polymer Films Prepared from Aqueous Latexes", Pharmaceutical Research, vol. 6, No. 8 (1989).
Cholewinski et al., Pharmaceutica Acta Helvetiae, 71:405-419, 1996.
Croscarmellose sodium http://ww.nbent.com/crosscarmellose.htm (Mar. 29, 2005).
Delsym Product Label (Feb. 13, 2007).
Di Donato et al., J. Biol. Chem, 268(7): 4745-4751, 1993.
Eiamtrakarn et al., "Gastrointestinal Mucoadhesive Path System (GI-MAPS) for oral administration of G-CSF, a model protein", Bipmaterials 23: 145-152 (2002).
Endo and Ueda, Fabad J. Pharm. Sci., 29:27-38, 2004.
Engel, June V PhD, "The Benefits of Eating Fibre" http://www.diabetes.ca/common/PrintVersion.asp?ID=45493 May 11, 2005.
Flick, E., Water-Soluble Resins—An Industrial Guide, 1991 (2nd Ed.) William Andrew Publishing/Noyes, pp. 389-392.
Goldberg et al., "Biotechnology and Food Ingredients", Springer: 352 (1991).
Hadvary et al., "Inhibition of pancreatic lipase in vitro by the covalent inhibitor tetrahydrolistatin", Biochem J.; 256: 357-361 (1988).
Ko et al., "Behavior of etrahydrolipstatin in biological model membranes and emulsions", J. of Lipid Research; 38:1544-1552 (1997).
Kuhtreiber. In Cell Encapsulation and Therapeutics . Copyright 1999.
Lazaridou et al.; Thermophysical properties of chitosan, chitosanstarch and chitosan-pullulan films near the glass transition; Elsevier Science Ltd.; 2002; pp. 179-190.
Leathers, Appl. Microbiol. Biotechnol., 62: 468-473, 2003.
Le Person, S. Le et al., "Near infrared drying of pharmaceutical thin films: experimental analysis of internal mass transport," Chemical Engineering and Processing; (1998) pp. 257-263, 37.
Mahmood et al., "A limited sampling method for the estimation of AUC and Cmax of carbamazepine and carbamazepine epoxide folowing a single and multiple dose of a sustained-release product", BR J Clin Pharmacol; 45:241-246 (1998).
Mix. http://www.askoxford.com/concise_oed/mixx?view=uk. Accessed Dec. 23, 2004.
Nicorete Packaging (Aug. 29, 2006).
Oriski, S.C., "Johnson debuts cutter for new Saran film" Packaging World Oct. 1, 2004, http://www.packworld.com/view-18051.
Peh Kok Khiang et al., "Polymeric Films as Vehicle for Buccal Delivery: Swelling, Mechanical, and Bioadhesive Properties," J Pharm Pharmaceut Sci (1999) pp. 53-61, 2:2.
Polyethylenglykoke, Fachgebit Chemie, Unterthema Makromolekulare Chemie, XP-002298105 (Sep. 20, 2004).
Repka et al., "Bioadhesive properties of hydroxypropylcellulose topical films produced by hot-melt extrusion," Journal of Controlled Release, 70: 341-351 (2001).
Repka et al., "Influence of Vitamin E TPGS on the properties of hydrophilic films produced by hot-melt extrusion," Int. J. Pharmaceutics, 202: 63-70 (2000).
Senel, S., et al., "Chitosan films and hydrogels of chlorhexidine gluconate for oral mucosal delivery", Int. J. Pharmaceutics, 193: pp. 197-203 (2000).
Stella, V., et al., "Gliadin Films. I: Preparation and in vitro evaluation as a carrier for controlled drug release", Int., J. Pharmaceutics, 121: pp. 117-121 (1995).
Sudafed & Sudafed PE, http://www.sudafed.com/products/pe_quickstrips.html (Aug. 17, 2007).
Well—Definition of from The American Heritage College Dictionary, 3rd Ed., p. 1531 (1993).
Bauer, K.H. et al., "Pharmazeutische Technologie", pp. 208-209 (1997).
Pinnamanemi, S. et al., "Formulation approaches for orally administered poorly soluble drugs", Pharmazie 57(5): 291-300 (2002).
Chaumeil, J.C., "Micronization: A Method of Improving the Bioavailability of Poorly Soluble Drugs", Methods and Findings in Experimental and Clinical Pharmacology 20(3): 211-215 (1998).

**US 9,855,221 B2**

Page 8

(56)          **References Cited**

OTHER PUBLICATIONS

Voigt, R. et al., "Pharmaseutische Technology fur Studium und Berf", pp. 179-180 (1995).

Nanda, A. et al., "An update on taste masking technologies for oral pharmaceuticals," Indian J Pharma Sci 64(1): 10-17 (2002).

Bornschein, M. et al., "Micro- und Nanopartikeln als Arzneliestofftragersysteme unter besonderer Berucksichtigung der Herstellungsmethoden", Die Pharmazie 44(9): 585-593 (1989).

Cohen E. et al., "Modern Coating and Drying Technology", pp. 268-277 (1992).

Pharmazeutische Technologie (4th Ed.), (Bauer, K.H. et al. (eds.)), pp. 94-94, 286-287 (Georg Thieme Verlag Stuttgart1993).

Brittian, H.G., "What Is the 'Correct' Method to Use for Particle-Size Determination?," Pharmaceutical Technology 96-98 (Jul. 2001).

"More Solutions to Sticky Problems: A Guide to Getting More From Your Brookfield Viscometer," Brookfield Engineering Laboratories, Inc. (1985).

DeGrande, G., et al., "Specialized Oral Mucosal Drug Delivery Systems: Patches," Drugs and the Pharmaceutical Sciences (Swarbrick, J. (ed.)), Ch. 12, pp. 285-317 (1995).

Polymer Science and Technology (Obewele, R.O. (ed.)), pp. 1-23 (2000).

Etzler, F.M. and Sanderson, "Partilce Size Analysis: a Comparative Study of Various Methods," Part. Part. Syst. Charact. 12: 127-224 (1995).

Roddy, R.E., "A Controlled Trial of Nonoxynol 9 Film to Reduce Male-to-Female Transmission of Sexually Transmitted Diseases," New England J. Med. 339(8):504-510 (1998).

Remington's Pharmaceutical Sciences (18th Ed.) (Gennaro, A.R. (ed.)), Ch. 19, pp. 296-298 (1990).

Etzler, F.M., "Particle Size Analysis: a Comparison of Methods," Polymeric Materials: Science & Engineering 87:335-336 (2002).

Patel, V.F. et al., "Advances in oral transmucosal drug delivery," J. Controlled Release 153:106-116 (2011).

"Adsorption," Kirk-Othmer Encyclopedia of Chemical Technology (4th Ed.) pp. 493-494 (Wiley 1991).

"Matrix," Webster's Third New International Dictionary of the English Language Unabridged (Gove, P.B. (ed.)) (G. & C. Merriam Company 1968).

Plastic Films (Osborn, K.R. and Jankins, W.A. (eds.), p. 89 (1992).

Martinez, M.N. and Amidon, G.L., "A Mechanistic Approach to Understanding the Factors Affecting Drug Absorption: A Review of Fundamentals," J. Clin. Pharmacol. 42:620-643 (2002).

Amidon, G.L. et al., "A Theoretical Basis for a Biopharmaceutical Drug Classification: The Correlation of in Vitro Drug Product Dissolution and in Vivo Bioavailability," Pharm. Res. 12(3):413-420 (1995).

Anders, R. and Merkle, H.P., "Evaluation of laminated mucoadhesive patches for buccal drug delivery," Int. J. Pharmaceutics 49: 231-240 (1989).

Pharmaceutical Dosage Forms and Drug Delivery Systems (7th Ed) (Ansel, H.C. et al. (eds.)), p. 66 (1999).

Apicella, A. et al., "poly(ethylene oxide) (PEO) and different molecular weight PEO blends monolithic devices for drug release," Biomaterials 14(2):83-90 (1993).

Pharmazeutische Technologie (5th Ed.) (Bauer, K.H. et al. (eds.)), pp. 208-209 (Stuttgart Jena Lubeck Ulm 1997).

Bowser T.J. and Wilhelm, L.R., "Modeling Simultaneous Shrinkage and Heat and Mass Transfer of a Thin. Nonporous Film During Drying," J. Food Sci. 60(4):753-757 (1995).

Theory of pharmaceutical systems: vol. II (Carstensen, J.T. (ed.)), pp. 4-9 (1973).

Cassidy, J. P. et al., "Controlled buccal delivery of buprenorphine," J. Controlled Release 25:21-29 (1993).

Eudragit E 100, Eudragit E PO, and Eudragit E 12,5, Technical Information, Evonik Inductries AG, (2012).

Eudragit L 100 and Eudragit S 100, Technical Information, Evonik Inductries AG, (2012).

Europaisches Arzneibuch (3rd Ed.), pp. 142-143 (Deutscher Apotheker Verlag 1997).

European Pharmacopeia (3rd Ed.), p. 134 (1997).

Frankman, O. et al., "clinical Evaluation of C-Film, a Vaginal Contraceptive," J. Int. Med. Res. 3:292-296 (1975).

Friend, D.R., "Polyacrylate resin microcapsules for taste masking of antibiotics," J. Microencapsulation 9(4):469-480 (1992).

Fuller, C.S. et al., "Interactions in poly(ethylene oxide)-hydroxylpropyl methylcellulose blends," Polymer 42:9583-9592 (2001).

Save, T. et al., "Comparative Study of Buccoadhesive Formulations and Sublingual Capsules of Nifedipine," J. Pharm. Pharmacol. 46:192-195 (1994).

Save, T. and Vankitachalam, P., "Studies on Solid Dispersions of Nifedipine," Drug Development and Industrial Pharmacy 18(15):1663-1679 (1992).

Roy, G.M., "Taste Macking in Oral Pharmaceuticals," Pharmaceutical Technology, pp. 84-99 (Apr. 1994).

Guo, J.H. and Cookock, K.M., "Bioadhesive Polymer Buccal Patches for Buprenorphine Controlled Delivery: Solubility Consideration," Drug Development and Industrial Pharmacy 21(7): 2013-2019 (1995).

Mixing in the Process Industries (2nd Ed.) Harnby, N. et al. (eds.)), pp. 3, 115 (Butterworth Heinemann 1997).

Himics, R, and Pineiro, R., "The Importance of Particle Size in Liquid Coatings," Products Finishing 63(2):00329940 (1998).

Handbook of Pharmaceutical Excipients (Rowe, R. et al. (eds.)), pp. 326, 513, 522 (2009).

Ilango, R. et al., "In-Vitro Studies on Buccal strips of Glibenclamide using Chitosan," Indian J. Pharm. Sci. 59 (5):232-235 (1997).

Ishikawa, T. et al., "Preparation and Evaluation of Tablets Rapidly Disintegrating in Saliva Containing Bitter-Taste-Masked Granules by the Compression Method," Chem. Pharm. Bull. 47(10):1451-1454 (1999).

Kaya, S. and Kaya, A., "Microwave drying effects on properties of whey protein isolate edible films," J. Food Engineering, 43: 91-96 (2000).

Index and Transaction History for Ex Parte Reexamination Control No. 90/012,098, current as of.

Index of Documents for Inter Partes Review Case No. IPR2013-00316, current as of Aug. 29, 2017.

Index and Transaction History for Ex Parte Reexamination Control No. 90/012,097, current as of Aug. 29, 2017.

Index of Documents for Inter Partes Review Case No. IPR2013-00315, current as of Aug. 29, 2017.

Index and Transaction History for Inter Partes Reexamination Control No. 95/002,171, current as of Aug. 29, 2017.

Index and Transaction History for Inter Partes Reexamination Control No. 95/001,753, current as of Aug. 29, 2017.

Index and Transaction History for Inter Partes Reexamination Control No. 95/002,170, current as of Aug. 29, 2017.

Index of Documents for Inter Partes Review Case No. IPR2014-00794, current as of Aug. 29, 2017.

Index of Documents for Inter Partes Review Case No. IPR2015-00165, current as of Aug. 29, 2017.

Index of Documents for Inter Partes Review Case No. IPR2015-00167, current as of Aug. 29, 2017.

Index of Documents for Inter Partes Review Case No. IPR2015-00168, current as of Aug. 29, 2017.

Index of Documents for Inter Partes Review Case No. IPR2015-00169, current as of Aug. 29, 2017.

Index of Documents for Inter Partes Review Case No. IPR2016-00281, current as of Aug. 29, 2017.

Index of Documents for Inter Partes Review Case No. IPR2016-00282, current as of Aug. 29, 2017.

Index of Documents for Inter Partes Review Case No. IPR2016-01111, current as of Aug. 29, 2017.

Index of Documents for Inter Partes Review Case No. IPR2016-01112, current as of Aug. 29, 2017.

Index of Documents for Inter Partes Review Case No. IPR2017-00200, current as of Aug. 29, 2017.

Index of Documents for Inter Partes Review Case No. IPR2017-01557, current as of Aug. 29, 2017.

US 9,855,221 B2

Page 9

(56)　　　　　　**References Cited**

OTHER PUBLICATIONS

Index of Documents for Inter Partes Review Case No. IPR2017-01582, current as of Aug. 29, 2017.
Verdampfung, Kristallisation, Trocknung (Gnielinski, V. et al., (Eds.)), pp. 161-181 (Vieweg & Sohn Verlagsgsellschaft mbH 1993). (partial English translation included.).
Giunchedi, P. and Conte, U., "Spray-drying as a preparation method of microparticulate drug delivery systems : an overview," S.T.P. Pharma. Sciences 6(4):276-290 (1995).
Guo, J.H. and Zerbe, H., "Water Soluble Film for Oral Administration," The 24th International Symposium on Controlled Release of Bioactive Materials, pp. 227-229 (Paper No. 5001-5003) (1997).
The Theory and Practice of Industrial Pharmacy (3rd Ed.) (Lachman, L et al. (eds.)), pp. 47-48, 51, 57, 64, 123-127, 346-369, 453-454, 461, 470, 479, 484, 491-492, 654-655 (1986).
Physical Pharmacy (4th Ed.) (Martin, A. et al. (eds.)), pp. 423, 430-434, 453, 461, 484, 557-558, 560, 565-567 (1993).
Bioadhesive Drug Delivery Systems (Lenaerts, V. and Gurny, R. (eds.)), Ch. 6, pp. 106-136 (1990).
Introductory Polymer Chemistry (Misra, G.S. (ed.)), Ch. 6, pp. 98-118 (1993).
Nishaoka, Y. et al., "Laser Diffraction Estimation of Particle Size Distribution of Slightly Water-Soluble Drugs Coexisting with Additives: Application to Solid Dosage Forms," Chem. Pharm. Bull. 40(6):1563-1568 (1992).
Perumal, V.A. and Govender, T., "Investigating a New Approach to Film Casting for Enhanced Drug Content Uniformity in Polymeric Films," Drug Development and Industrial Pharmacy, 34:1034-1047 (2008).
Remington's Pharmaceutical Sciences (17th Ed.) (Gennaro, A.R. (ed.)), Ch. 37, pp. 713-740 (1985).

Shu, X.Z., et al., "Novel pH-sensitive citrate cross-linked chitosan film drug controlled release," Int. J. Pharmaceutics 212:19-28 (2001).
Al-Ghananeem et al., "Effect of pH on Sublingual Absorption of Oxycodone Hydrochloride", AAPS PharmSciTech; Article 23, 7(1) (2006) (http://www.aapspharmscitec.org).
Bhumkar et al., "Chitosan Reduced Gold Nanoparticles as Novel Carriers for Transmucosal Delivery of Insulin", Pharmaceutical Research; 24(8): 1415-1426 (2007).
Bowen P., "Particle Size Distribution Measurement from Millimeters to Nanometers and from Rods to Platelets", Journal of Dispersion Science and Technology; 23(5): 631-662 (2002).
Trademark Reg. No. 2,944,841—registered Apr. 26, 2005 to Reynolds Metal Co for "EZ SLIDE".
Hariharan et al., "Thin Film Technology, Orally Dissolving Film Strips (ODFS): The Final Evolution of Orally Dissolving Dosage Forms," Drug Delivery Technology; 9(2): 24-29 (2009).
Joshi et al., "Gold Nanoparticles as Carrier for Efficient Transmucosal Insulin Delivery", Langmuir; 22: 300-305 (2006).
Ojeda et al., "Preparation of multifunctional glyconanoparticles as a platform for potential carbohydrate-based anticancer vaccines", Carbohydrate Research; 342: 448-459 (2007).
U.S. Department of Health and Human Services Food and Drug Administration Center for Drug Evaluation and Research (CDER) "Guidance for Industry—Incorporation of Physical-Chemical Identifiers into Solid Oral Dosage Form Drug Products for Anticounterfeiting" Silver Spring, MD; 1-8 (Jul. 9, 2009).
Boo, Woong Jae, "Characterization of Thin Film Properties of Melamine Based Dendrimer Nanoparticles", Thesis for Texas A&M University, Dec. 2003.
"Suboxone Subligualtabletten" in: Verlag Rote Liste Service GmbH: "Rote Liste 2008" 2008, Verlag Rote Liste Service GmbH, Frankfurt/Main, XP00264986, p. 39018, the whole document.



**FIG 1**

**FIG 2**

**FIG 3**

**FIG 4**

**FIG 5**



FIG. 6



**FIG. 7**

US 9,855,221 B2

1

# UNIFORM FILMS FOR RAPID-DISSOLVE DOSAGE FORM INCORPORATING ANTI-TACKING COMPOSITIONS

## CROSS-REFERENCE TO RELATED APPLICATIONS

The present application is a continuation of U.S. application Ser. No. 15/398,398, filed Jan. 4, 2017, which is a continuation of U.S. application Ser. No. 15/144,191, filed May 2, 2016, which is a continuation of U.S. application Ser. No. 14/844,810, filed Sep. 3, 2015, which is a continuation of U.S. application Ser. No. 14/284,019, filed May 21, 2014, which is a continuation of U.S. application Ser. No. 11/517,982, filed Sep. 8, 2006, now U.S. Pat. No. 8,765,167, which claims the benefit of U.S. Provisional Application No. 60/715,528, filed Sep. 9, 2005, and is a continuation-in-part of U.S. application Ser. No. 10/074,272, filed Feb. 14, 2002, now U.S. Pat. No. 7,425,292, which claims the benefit of U.S. Provisional Application No. 60/328,868, filed Oct. 12, 2001, the contents of all of which are incorporated herein by reference.

## FIELD OF THE INVENTION

The present invention relates to rapidly dissolving films incorporating anti-tacking agents and methods of their preparation. The films also may contain an active ingredient that is evenly distributed throughout the film.

## BACKGROUND OF THE RELATED TECHNOLOGY

Active ingredients, such as drugs or pharmaceuticals, may be prepared in a tablet form to allow for accurate and consistent dosing. However, this form of preparing and dispensing medications has many disadvantages including that a large proportion of adjuvants that must be added to obtain a size able to be handled, that a larger medication form requires additional storage space, and that dispensing includes counting the tablets which has a tendency for inaccuracy. In addition, many persons, estimated to be as much as 28% of the population, have difficulty swallowing tablets. While tablets may be broken into smaller pieces or even crushed as a means of overcoming swallowing difficulties, this is not a suitable solution for many tablet or pill forms. For example, crushing or destroying the tablet or pill form to facilitate ingestion, alone or in admixture with food, may also destroy the controlled release properties.

As an alternative to tablets and pills, films may be used to carry active ingredients such as drugs, pharmaceuticals, and the like. However, historically films and the process of making drug delivery systems therefrom have suffered from a number of unfavorable characteristics that have not allowed them to be used in practice.

Films that incorporate a pharmaceutically active ingredient are disclosed in expired U.S. Pat. No. 4,136,145 to Fuchs, et al. ("Fuchs"). These films may be formed into a sheet, dried and then cut into individual doses. The Fuchs disclosure alleges the fabrication of a uniform film, which includes the combination of water-soluble polymers, surfactants, flavors, sweeteners, plasticizers and drugs. These allegedly flexible films are disclosed as being useful for oral, topical or enteral use. Examples of specific uses disclosed by Fuchs include application of the films to mucosal membrane areas of the body, including the mouth, rectal, vaginal, nasal and ear areas.

2

Examination of films made in accordance with the process disclosed in Fuchs, however, reveals that such films suffer from the aggregation or conglomeration of particles, i.e., self-aggregation, making them inherently non-uniform. This result can be attributed to Fuchs' process parameters, which although not disclosed likely include the use of relatively long drying times, thereby facilitating intermolecular attractive forces, convection forces, air flow and the like to form such agglomeration.

The formation of agglomerates randomly distributes the film components and any active present as well. When large dosages are involved, a small change in the dimensions of the film would lead to a large difference in the amount of active per film. If such films were to include low dosages of active, it is possible that portions of the film may be substantially devoid of any active. Since sheets of film are usually cut into unit doses, certain doses may therefore be devoid of or contain an insufficient amount of active for the recommended treatment Failure to achieve a high degree of accuracy with respect to the amount of active ingredient in the cut film can be harmful to the patient. For this reason, dosage forms formed by processes such as Fuchs, would not likely meet the stringent standards of governmental or regulatory agencies, such as the U.S. Federal Drug Administration ("FDA"), relating to the variation of active in dosage forms. Currently, as required by various world regulatory authorities, dosage forms may not vary more than 10% in the amount of active present. When applied to dosage units based on films, this virtually mandates that uniformity in the film be present.

The problems of self-aggregation leading to non-uniformity of a film were addressed in U.S. Pat. No. 4,849,246 to Schmidt ("Schmidt"). Schmidt specifically pointed out that the methods disclosed by Fuchs did not provide a uniform film and recognized that that the creation of a non-uniform film necessarily prevents accurate dosing, which as discussed above is especially important in the pharmaceutical area. Schmidt abandoned the idea that a mono-layer film, such as described by Fuchs, may provide an accurate dosage form and instead attempted to solve this problem by forming a multi-layered film. Moreover, his process is a multi-step process that adds expense and complexity and is not practical for commercial use.

Other U.S. patents directly addressed the problems of particle self-aggregation and non-uniformity inherent in conventional film forming techniques. In one attempt to overcome non-uniformity, U.S. Pat. No. 5,629,003 to Horstmann et al. and U.S. Pat. No. 5,948,430 to Zerbe et al, incorporated additional ingredients, i.e. gel formers and polyhydric alcohols respectively, to increase the viscosity of the film prior to drying in an effort to reduce aggregation of the components in the film. These methods have the disadvantage of requiring additional components, which translates to additional cost and manufacturing steps. Furthermore, both methods employ the use the conventional time-consuming drying methods such as a high-temperature airbath using a drying oven, drying tunnel, vacuum drier, or other such drying equipment. The long length of drying time aids in promoting the aggregation of the active and other adjuvant, notwithstanding the use of viscosity modifiers. Such processes also run the risk of exposing the active, i.e., a drug, or vitamin C, or other components to prolonged exposure to moisture and elevated temperatures, which may render it ineffective or even harmful.

In addition to the concerns associated with degradation of an active during extended exposure to moisture, the conventional drying methods themselves are unable to provide

3

uniform films. The length of heat exposure during conventional processing, often referred to as the "heat history", and the manner in which such heat is applied, have a direct effect on the formation and morphology of the resultant film product. Uniformity is particularly difficult to achieve via conventional drying methods where a relatively thicker film, which is well-suited for the incorporation of a drug active, is desired. Thicker uniform films are more difficult to achieve because the surfaces of the film and the inner portions of the film do not experience the same external conditions simultaneously during drying. Thus, observation of relatively thick films made from such conventional processing shows a non-uniform structure caused by convection and intermolecular forces and requires greater than 10% moisture to remain flexible. The amount of free moisture can often interfere over time with the drug leading to potency issues and therefore inconsistency in the final product.

Conventional drying methods generally include the use of forced hot air using a drying oven, drying tunnel, and the like. The difficulty in achieving a uniform film is directly related to the theological properties and the process of water evaporation in the film-forming composition. When the surface of an aqueous polymer solution is contacted with a high temperature air current, such as a film-forming composition passing through a hot air oven, the surface water is immediately evaporated forming a polymer film or skin on the surface. This seals the remainder of the aqueous filmforming composition beneath the surface, forming a barrier through which the remaining water must force itself as it is evaporated in order to achieve a dried film. As the temperature outside the film continues to increase, water vapor pressure builds up under the surface of the film, stretching the surface of the film, and ultimately ripping the film surface open allowing the water vapor to escape. As soon as the water vapor has escaped, the polymer film surface reforms, and this process is repeated, until the film is completely dried. The result of the repeated destruction and reformation of the film surface is observed as a "ripple effect" which produces an uneven, and therefore non-uniform film. Frequently, depending on the polymer, a surface will seal so tightly that the remaining water is difficult to remove, leading to very long drying times, higher temperatures, and higher energy costs.

Other factors, such as mixing techniques, also play a role in the manufacture of a pharmaceutical film suitable for commercialization and regulatory approval. Air can be trapped in the composition during the mixing process or later during the film making process, which can leave voids in the film product as the moisture evaporates during the drying stage. The film frequently collapse around the voids resulting in an uneven film surface and therefore, nonuniformity of the final film product. Uniformity is still affected even if the voids in the film caused by air bubbles do not collapse. This situation also provides a non-uniform film in that the spaces, which are not uniformly distributed, are occupying area that would otherwise be occupied by the film composition. None of the above-mentioned patents either addresses or proposes a solution to the problems caused by air that has been introduced to the film.

Moreover, films go through numerous processing steps prior to primary packaging, e.g., in canisters, and secondary packaging, e.g., in pouches or blister packs. The processing steps present significant challenges for the development of quality films that possess optimal film surface properties such as low coefficient of friction or high slip. Throughout this process, it is important to maintain the integrity of the film from initial manufacture to final packaging. It is desirable, therefore, to prevent or alleviate problems that diminish the integrity of the film, such as films that soften, get tacky, adhere, dry up, or become brittle over time.

4

More specifically, over-the-counter film products, such as candy and breath films, typically are packaged in canisters containing 16 film units, also referred to as strips, or higher (up to 24 or even 32 film strips per canister). The number of film strips per canister varies based on product type, active dose and packaging configuration among other considerations. When packaging multiple film strips in a canister, however, problems such as strips sticking to one another often arise.

Adherence between film strips is a common problem encountered in edible film products and may arise due to a variety of reasons. For instance, in some cases, adherence between film strips may be caused by the components used in film manufacture. Components such as flavors, plasticizers, and actives in the film can sometimes soften the film and have a detrimental effect on film quality. For example, in films having high acidulent content, the acids may exert an excessive plasticizing effect on the film. Such effect may be intensified by the hygroscopicity of some acids or other components in the film.

In some cases, adherence between film strips may be caused by changes in film properties due to temperature and/or humidity changes. Some films may become tacky over time when exposed to non-optimal temperature and/or humidity conditions. This problem may be amplified for products that have a very narrow optimal temperature and/or humidity range for storage.

Overall, films that exhibit tackiness or become tacky over time may present numerous problems. First, conversion of master rolls to daughter rolls, and further conversion to film strips becomes substantially more difficult when film is tacky. In addition, tacky film strips tend to adhere to one another when stacked in packaging, e.g., a canister. Accordingly, it becomes difficult for a user to remove a single film strip at a time from the film packaging, Overall, such adherence within the packaging decreases the aesthetics of the film strips as well as an individual consumer's ease of use.

Therefore, there is a need for compositions that enable films to slide against one another, thereby providing ease of conversion, maximum storage stability and ease of consumer use, among other benefits. Further, there is a need for methods of preparing such films, which maintain the uniform distribution of components therein, thereby preventing undesired aggregations and promoting uniformity in the final film product.

SUMMARY OF THE INVENTION

In one aspect of the present invention, there is provided an edible film for delivery of an active including: an edible, water-soluble polymer; at least one anti-tacking agent selected from the group consisting of lubricants, antiadherants, glidants and combinations thereof; and an active component selected from the group consisting of cosmetic agents, pharmaceutical agents, vitamins, bioactive agents and combinations thereof, wherein the film is self-supporting.

In another aspect of the present invention, there is provided an edible film for delivery of an active including: an edible, water-soluble polymer component which includes at least one polymer selected from hydroxypropyl cellulose, hydroxypropylmethyl cellulose, polyethylene oxide and combinations thereof; an active component selected from

US 9,855,221 B2

**5**

cosmetic agents, pharmaceutical agents, vitamins, bioactive agents and combinations thereof; and an anti-tacking agent containing Vitamin E TPGS present in amounts of about 0.01% to about 20% by weight of the film.

In another aspect of the present invention, there is provided an edible film for delivery of an active including: an edible, water-soluble polymer component which includes polyethylene oxide in combination with a polymer selected from hydroxypropyl cellulose, hydroxypropylmethyl cellulose and combinations thereof; and Vitamin E TPGS present in amounts sufficient to provide anti-tacking and therapeutic properties, wherein the film is self-supporting.

In some embodiments, there is provided an edible film for delivery of an active which includes: an edible, water-soluble polymer including polyethylene oxide and hydroxypropyl cellulose; polydextrose, wherein the polyethylene oxide, hydroxypropyl cellulose and polydextrose are present in a ratio of about 45:45:10; an active component selected from cosmetic agents, pharmaceutical agents, vitamins, bioactive agents and combinations thereof; and at least one anti-tacking agent.

In another aspect, there is provided an edible film for delivery of an active including: (a) a self-supporting film having at least one surface, the film including: (i) an edible, water-soluble polymer; and (ii) an active component selected from cosmetic agents, pharmaceutical agents, vitamins, bioactive agents and combinations thereof; and (b) a coating on the at least one surface of the self-supporting film, the coating including at least one anti-tacking agent.

Some embodiments provide a multi-layer film for delivery of an active including: (a) at least one first film layer containing; (i) an edible, water-soluble polymer, and (ii) an anti-tacking agent; and (b) a second film layer including: (i) an edible, water-soluble polymer; and (ii) an active component selected from cosmetic agents, pharmaceutical agents, vitamins, bioactive agents and combinations thereof. The first film layer is substantially in contact with the second film layer.

The present invention also provides a process for making a self-supporting film having a substantially uniform distribution of components including the steps of: combining an edible, water-soluble polymer, a solvent, an active component selected from cosmetic agents, pharmaceutical agents, vitamins, bioactive agents and combinations thereof and at least one anti-tacking agent to form a matrix with a uniform distribution of the components; forming a self-supporting film from the matrix; providing a surface having top and bottom sides; feeding the film onto the top side of the surface; and drying the film by applying heat to the bottom side of the surface.

## BRIEF DESCRIPTION OF THE DRAWINGS

FIG. **1** shows a side view of a package containing a unit dosage film of the present invention.

FIG. **2** shows a top view of two adjacently coupled packages containing individual unit dosage forms of the present invention, separated by a tearable perforation.

FIG. **3** shows a side view of the adjacently coupled packages of FIG. **2** arranged in a stacked configuration.

FIG. **4** shows a perspective view of a dispenser for dispensing the packaged unit dosage forms, dispenser containing the packaged unit dosage forms in a stacked configuration.

FIG. **5** is a schematic view of a roll of coupled unit dose packages of the present invention.

**6**

FIG. **6** is a schematic view of an apparatus suitable for preparation of a pre-mix, addition of an active, and subsequent formation of the film.

FIG. **7** is a schematic view of an apparatus suitable for drying the films of the present invention.

## DETAILED DESCRIPTION OF THE INVENTION

For the purposes of the present invention the term non-self-aggregating uniform heterogeneity refers to the ability of the films of the present invention, which are formed from one or more components in addition to a polar solvent, to provide a substantially reduced occurrence of, i.e. little or no, aggregation or conglomeration of components within the film as is normally experienced when films are formed by conventional drying methods such as a high-temperature air-bath using a drying oven, drying tunnel, vacuum drier, or other such drying equipment. The term heterogeneity, as used in the present invention, includes films that will incorporate a single component, such as a polymer, as well as combinations of components, such as a polymer and an active. Uniform heterogeneity includes the substantial absence of aggregates or conglomerates as is common in conventional mixing and heat drying methods used to form films.

Furthermore, the films of the present invention have a substantially uniform thickness, which is also not provided by the use of conventional drying methods used for drying water-based polymer systems. The absence of a uniform thickness detrimentally affects uniformity of component distribution throughout the area of a given film.

The film products of the present invention are produced by a combination of a properly selected polymer and a polar solvent, optionally including an active ingredient as well as other fillers known in the art. These films provide a non-self-aggregating uniform heterogeneity of the components within them by utilizing a selected casting or deposition method and a controlled drying process. Examples of controlled drying processes include, but are not limited to, the use of the apparatus disclosed in U.S. Pat. No. 4,631,837 to Magoon ("Magoon"), herein incorporated by reference, as well as hot air impingement across the bottom substrate and bottom heating plates. Another drying technique for obtaining the films of the present invention is controlled radiation drying, in the absence of uncontrolled air currents, such as infrared and radio frequency radiation (i.e. microwaves).

The objective of the drying process is to provide a method of drying the films that avoids complications, such as the noted "rippling" effect, that are associated with conventional drying methods and which initially dry the upper surface of the film, trapping moisture inside. In conventional oven drying methods, as the moisture trapped inside subsequently evaporates, the top surface is altered by being ripped open and then reformed. These complications are avoided by the present invention, and a uniform film is provided by drying the bottom surface of the film first or otherwise preventing the formation of polymer film formation (skin) on the top surface of the film prior to drying the depth of the film. This may be achieved by applying heat to the bottom surface of the film with substantially no top air flow, or alternatively by the introduction of controlled microwaves to evaporate the water or other polar solvent within the film, again with substantially no top air flow. Yet alternatively, drying may be achieved by using balanced fluid flow, such as balanced air flow, where the bottom and top air flows are controlled to provide a uniform film. In such a case, the air flow directed

7

at the top of the film should not create a condition which would cause movement of particles present in the wet film, due to forces generated by the air currents. Additionally, air currents directed at the bottom of the film should desirably be controlled such that the film does not lift up due to forces from the air. Uncontrolled air currents, either above or below the film, can create non-uniformity in the final film products. The humidity level of the area surrounding the top surface may also be appropriately adjusted to prevent premature closure or skinning of the polymer surface.

This manner of drying the films provides several advantages. Among these are the faster drying times and a more uniform surface of the film, as well as uniform distribution of components for any given area in the film. In addition, the faster drying time allows viscosity to quickly build within the film, further encouraging a uniform distribution of components and decrease in aggregation of components in the final film product. Desirably, the drying of the film will occur within about ten minutes or fewer, or more desirably within about five minutes or fewer.

The present invention yields exceptionally uniform film products when attention is paid to reducing the aggregation of the compositional components. By avoiding the introduction of and eliminating excessive air in the mixing process, selecting polymers and solvents to provide a controllable viscosity and by drying the film in a rapid manner from the bottom up, such films result.

The products and processes of the present invention rely on the interaction among various steps of the production of the films in order to provide films that substantially reduce the self-aggregation of the components within the films. Specifically, these steps include the particular method used to form the film, making the composition mixture to prevent air bubble inclusions, controlling the viscosity of the film forming composition and the method of drying the film. More particularly, a greater viscosity of components in the mixture is particularly useful when the active is not soluble in the selected polar solvent in order to prevent the active from settling out. However, the viscosity must not be too great as to hinder or prevent the chosen method of casting, which desirably includes reverse roll coating due to its ability to provide a film of substantially consistent thickness.

In addition to the viscosity of the film or film-forming components or matrix, there are other considerations taken into account by the present invention for achieving desirable film uniformity. For example, stable suspensions are achieved which prevent solid (such as drug particles) sedimentation in non-colloidal applications. One approach provided by the present invention is to balance the density of the particulate ($\rho_p$) and the liquid phase ($\rho_l$) and increase the viscosity of the liquid phase ($\mu$). For an isolated particle, Stokes law relates the terminal settling velocity (Vo) of a rigid spherical body of radius (r) in a viscous fluid, as follows:

$$V_o = (2gr^2)(\rho_p - \rho_l)/9\mu.$$

At high particle concentrations, however, the local particle concentration will affect the local viscosity and density. The viscosity of the suspension is a strong function of solids volume fraction, and particle-particle and particle-liquid interactions will further hinder settling velocity.

Stokian analyses has shown that the incorporation of a third phase, dispersed air or nitrogen, for example, promotes suspension stability. Further, increasing the number of particles leads to a hindered settling effect based on the solids volume fraction. In dilute particle suspensions, the rate of sedimentation, v, can be expressed as:

$$v/V_o = 1/(1 + \kappa\varphi)$$

8

where $\kappa$=a constant, and $\varphi$ is the volume fraction of the dispersed phase. More particles suspended in the liquid phase results in decreased velocity. Particle geometry is also an important factor since the particle dimensions will affect particle-particle flow interactions.

Similarly, the viscosity of the suspension is dependent on the volume fraction of dispersed solids. For dilute suspensions of non-interaction spherical particles, an expression for the suspension viscosity can be expressed as:

$$\mu/\mu_o = 1 + 2.5\varphi$$

where $\mu_o$ is the viscosity of the continuous phase and $\varphi$ is the solids volume fraction. At higher volume fractions, the viscosity of the dispersion can be expressed as

$$\mu/\mu_o = 1 + 2.5\varphi + C_1\varphi^2 + C_2\varphi^3 + \ldots$$

where C is a constant.

The viscosity of the liquid phase is critical and is desirably modified by customizing the liquid composition to a viscoelastic non-Newtonian fluid with low yield stress values. This is the equivalent of producing a high viscosity continuous phase at rest. Formation of a viscoelastic or a highly structured fluid phase provides additional resistive forces to particle sedimentation. Further, flocculation or aggregation can be controlled minimizing particle-particle interactions. The net effect would be the preservation of a homogeneous dispersed phase.

The addition of hydrocolloids to the aqueous phase of the suspension increases viscosity, may produce viscoelasticity and can impart stability depending on the type of hydrocolloid, its concentration and the particle composition, geometry, size, and volume fraction. The particle size distribution of the dispersed phase needs to be controlled by selecting the smallest realistic particle size in the high viscosity medium, i.e., <500 μm. The presence of a slight yield stress or elastic body at low shear rates may also induce permanent stability regardless of the apparent viscosity. The critical particle diameter can be calculated from the yield stress values. In the case of isolated spherical particles, the maximum shear stress developed in settling through a medium of given viscosity can be given as

$$\tau_{max} = 3V\mu/2r.$$

For pseudoplastic fluids, the viscosity in this shear stress regime may well be the zero shear rate viscosity at the Newtonian plateau.

A stable suspension is an important characteristic for the manufacture of a pre-mix composition which is to be fed into the film casting machinery film, as well as the maintenance of this stability in the wet film stage until sufficient drying has occurred to lock-in the particles and matrix into a sufficiently solid form such that uniformity is maintained. For viscoelastic fluid systems, a rheology that yields stable suspensions for extended time period, such as 24 hours, must be balanced with the requirements of high-speed film casting operations. A desirable property for the films is shear thinning or pseudoplasticity, whereby the viscosity decreases with increasing shear rate. Time dependent shear effects such as thixotropy are also advantageous. Structural recovery and shear thinning behavior are important properties, as is the ability for the film to self-level as it is formed.

The rheology requirements for the inventive compositions and films are quite severe. This is due to the need to produce a stable suspension of particles, for example 30-60 wt %, in a viscoelastic fluid matrix with acceptable viscosity values throughout a broad shear rate range. During mixing, pumping, and film casting, shear rates in the range of $10\text{-}10^5$ sec.$^{-1}$ may be experienced and pseudoplasticity is the preferred embodiment.

US 9,855,221 B2

9

In film casting or coating, rheology is also a defining factor with respect to the ability to form films with the desired uniformity. Shear viscosity, extensional viscosity, viscoelasticity, structural recovery will influence the quality of the film. As an illustrative example, the leveling of shear-thinning pseudoplastic fluids has been derived as

$$\alpha^{(n-1/n)} = \alpha_o^{(n-1/n)} - ((n-1)/(2n-1))(\pi/K)^{1/n}(2\pi/\lambda)^{(3+n)/n} \over h^{(2n+1)/n}} t$$

where $\alpha$ is the surface wave amplitude, a, is the initial amplitude, $\lambda$ is the wavelength of the surface roughness, and both "n" and "K" are viscosity power law indices. In this example, leveling behavior is related to viscosity, increasing as n decreases, and decreasing with increasing K.

Desirably, the films or film-forming compositions of the present invention have a very rapid structural recovery, i.e. as the film is formed during processing, it doesn't fall apart or become discontinuous in its structure and compositional uniformity. Such very rapid structural recovery retards particle settling and sedimentation. Moreover, the films or film-forming compositions of the present invention are desirably shear-thinning pseudoplastic fluids. Such fluids with consideration of properties, such as viscosity and elasticity, promote thin film formation and uniformity.

Thus, uniformity in the mixture of components depends upon numerous variables. As described herein, achieving uniformity of the components, the mixing techniques and the rheological properties of the resultant mixed composition and wet casted film are important aspects of the present invention. Additionally, control of particle size and particle shape are further considerations. Desirably, the size of the particulate a particle size of 150 microns or less, for example 100 microns or less. Moreover, such particles may be spherical, substantially spherical, or non-spherical, such as irregularly shaped particles or ellipsoidally shaped particles. Ellipsoidally shaped particles or ellipsoids are desirable because of their ability to maintain uniformity in the film forming matrix as they tend to settle to a lesser degree as compared to spherical particles.

A number of techniques may be employed in the mixing stage to prevent bubble inclusions in the final film. To provide a composition mixture with substantially no air bubble formation in the final product, anti-foaming or surface-tension reducing agents are employed. Additionally, the speed of the mixture is desirably controlled to prevent cavitation of the mixture in a manner which pulls air into the mix. Finally, air bubble reduction can further be achieved by allowing the mix to stand for a sufficient time for bubbles to escape prior to casting the film. Desirably, the inventive process first forms a masterbatch of film-forming components without active ingredients such as drug particles or volatile materials such as flavor oils. The actives are added to smaller mixes of the masterbatch just prior to casting. Thus, the masterbatch pre-mix can be allowed to stand for a longer time without concern for instability in drug or other ingredients.

When the matrix is formed including the film-forming polymer and polar solvent in addition to any additives and the active ingredient, this may be done in a number of steps. For example, the ingredients may all be added together or a pre-mix may be prepared. The advantage of a pre-mix is that all ingredients except for the active may be combined in advance, with the active added just prior to formation of the film. This is especially important for actives that may degrade with prolonged exposure to water, air or another polar solvent.

10

FIG. 6 shows an apparatus 20 suitable for the preparation of a pre-mix, addition of an active and subsequent formation of a film. The pre-mix or master batch 22, which includes the film-forming polymer, polar solvent, and any other additives except a drug active is added to the master batch feed tank 24. The components for pre-mix or master batch 22 are desirably formed in a mixer (not shown) prior to their addition into the master batch feed tank 24. Then a predetermined amount of the master batch is controllably fed via a first metering pump 26 and control valve 28 to either or both of the first and second mixers, 30, 30'. The present invention, however, is not limited to the use of two mixers, 30, 30', and any number of mixers may suitably be used. Moreover, the present invention is not limited to any particular sequencing of the mixers 30, 30', such as parallel sequencing as depicted in FIG. 6, and other sequencing or arrangements of mixers, such as series or combination of parallel and series, may suitably be used. The required amount of the drug or other ingredient, such as a flavor, is added to the desired mixer through an opening, 32, 32', in each of the mixers, 30, 30'. Desirably, the residence time of the pre-mix or master batch 22 is minimized in the mixers 30, 30'. While complete dispersion of the drug into the pre-mix or master batch 22 is desirable, excessive residence times may result in leaching or dissolving of the drug, especially in the case for a soluble drug. Thus, the mixers 30, 30' are often smaller, i.e. lower residence times, as compared to the primary mixers (not shown) used in forming the pre-mix or master batch 22. After the drug has been blended with the master batch pre-mix for a sufficient time to provide a uniform matrix, a specific amount of the uniform matrix is then fed to the pan 36 through the second metering pumps, 34, 34'. The metering roller 38 determines the thickness of the film 42 and applies it to the application roller. The film 42 is finally formed on the substrate 44 and carried away via the support roller 46.

While the proper viscosity uniformity in mixture and stable suspension of particles, and casting method are important in the initial steps of forming the composition and film to promote uniformity, the method of drying the wet film is also important. Although these parameters and properties assist uniformity initially, a controlled rapid drying process ensures that the uniformity will be maintained until the film is dry.

The wet film is then dried using controlled bottom drying or controlled microwave drying, desirably in the absence of external air currents or heat on the top (exposed) surface of the film 48 as described herein. Controlled bottom drying or controlled microwave drying advantageously allows for vapor release from the film without the disadvantages of the prior art. Conventional convection air drying from the top is not employed because it initiates drying at the top uppermost portion of the film, thereby forming a barrier against fluid flow, such as the evaporative vapors, and thermal flow, such as the thermal energy for drying. Such dried upper portions serve as a barrier to further vapor release as the portions beneath are dried, which results in non-uniform films. As previously mentioned some top air flow can be used to aid the drying of the films of the present invention, but it must not create a condition that would cause particle movement or a rippling effect in the film, both of which would result in non-uniformity. If top air is employed, it is balanced with the bottom air drying to avoid non-uniformity and prevent film lift-up on the carrier belt. A balance top and bottom air flow may be suitable where the bottom air flow functions as the major SOURSce of drying and the top air flow is the minor SOURSce of drying. The advantage of some top air flow is

11

to move the exiting vapors away from the film thereby aiding in the overall drying process. The use of any top air flow or top drying, however, must be balanced by a number of factors including, but not limited, to rheological properties of the composition and mechanical aspects of the processing. Any top fluid flow, such as air, also must not overcome the inherent viscosity of the film-forming composition. In other words, the top air flow cannot break, distort or otherwise physically disturb the surface of the composition. Moreover, air velocities are desirably below the yield values of the film, i.e., below any force level that can move the liquids in the film-forming compositions. For thin or low viscosity compositions, low air velocity must be used. For thick or high viscosity compositions, higher air velocities may be used. Furthermore, air velocities are desirable low so as to avoid any lifting or other movement of the film formed from the compositions.

Moreover, the films of the present invention may contain particles that are sensitive to temperature, such as flavors, which may be volatile, or drugs, which may have a low degradation temperature. In such cases, the drying temperature may be decreased while increasing the drying time to adequately dry the uniform films of the present invention. Furthermore, bottom drying also tends to result in a lower internal film temperature as compared to top drying. In bottom drying, the evaporating vapors more readily carry heat away from the film as compared to top drying which lowers the internal film temperature. Such lower internal film temperatures often result in decreased drug degradation and decreased loss of certain volatiles, such as flavors.

Furthermore, particles or particulates may be added to the film-forming composition or matrix after the composition or matrix is cast into a film. For example, particles may be added to the film 42 prior to the drying of the film 42. Particles may be controllably metered to the film and disposed onto the film through a suitable technique, such as through the use of a doctor blade (not shown) which is a device which marginally or softly touches the surface of the film and controllably disposes the particles onto the film surface. Other suitable, but non-limiting, techniques include the use of an additional roller to place the particles on the film surface, spraying the particles onto the film surface, and the like. The particles may be placed on either or both of the opposed film surfaces, i.e., the top and/or bottom film surfaces. Desirably, the particles are securably disposed onto the film, such as being embedded into the film. Moreover, such particles are desirably not fully encased or fully embedded into the film, but remain exposed to the surface of the film, such as in the case where the particles are partially embedded or partially encased.

The particles may be any useful organoleptic agent, cosmetic agent, pharmaceutical agent, or combinations thereof. Desirably, the pharmaceutical agent is a taste-masked or a controlled-release pharmaceutical agent Useful organoleptic agents include flavors and sweeteners. Useful cosmetic agents include breath freshening or decongestant agents, such as menthol, including menthol crystals.

Although the inventive process is not limited to any particular apparatus for the above-described desirable drying, one particular useful drying apparatus 50 is depicted in FIG. 7. Drying apparatus 50 is a nozzle arrangement for directing hot fluid, such as but not limited to hot air, towards the bottom of the film 42 which is disposed on substrate 44. Hot air enters the entrance end 52 of the drying apparatus and travels vertically upward, as depicted by vectors 54, towards air deflector 56. The air deflector 56 redirects the air movement to minimize upward force on the film 42. As

12

depicted in FIG. 7, the air is tangentially directed, as indicated by vectors 60 and 60', as the air passes by air deflector 56 and enters and travels through chamber portions 58 and 58' of the drying apparatus 50. With the hot air flow being substantially tangential to the film 42, lifting of the film as it is being dried is thereby minimized. While the air deflector 56 is depicted as a miler, other devices and geometries for deflecting air or hot fluid may suitable be used. Furthermore, the exit ends 62 and 62' of the drying apparatus 50 are flared downwardly. Such downward flaring provides a downward force or downward velocity vector, as indicated by vectors 64 and 64', which tend to provide a pulling or drag effect of the film 42 to prevent lifting of the film 42. Lifting of the film 42 may not only result in non-uniformity in the film or otherwise, but may also result in non-controlled processing of the film 42 as the film 42 and/or substrate 44 lift away from the processing equipment.

Monitoring and control of the thickness of the film also contributes to the production of a uniform film by providing a film of uniform thickness. The thickness of the film may be monitored with gauges such as Beta Gauges. A gauge may be coupled to another gauge at the end of the drying apparatus, i.e. drying oven or tunnel, to communicate through feedback loops to control and adjust the opening in the coating apparatus, resulting in control of uniform film thickness.

The film products are generally formed by combining a properly selected polymer and polar solvent, as well as any active ingredient or filler as desired. Desirably, the solvent content of the combination is at least about 30% by weight of the total combination. The matrix formed by this combination is formed into a film, desirably by roll coating, and then dried, desirably by a rapid and controlled drying process to maintain the uniformity of the film, more specifically, a non-self-aggregating uniform heterogeneity. The resulting film will desirably contain less than about 10% by weight solvent, more desirably less than about 8% by weight solvent, even more desirably less than about 6% by weight solvent and most desirably less than about 2%. The solvent may be water, a polar organic solvent including, but not limited to, ethanol, isopropanol, acetone, methylene chloride, or any combination thereof.

Consideration of the above discussed parameters, such as but not limited to rheology properties, viscosity, mixing method, casting method and drying method, also impact material selection for the different components of the present invention. Furthermore, such consideration with proper material selection provides the compositions of the present invention, including a pharmaceutical and/or cosmetic dosage form or film product having no more than a 10% variance of a pharmaceutical and/or cosmetic active per unit area. In other words, the uniformity of the present invention is determined by the presence of no more than a 10% by weight of pharmaceutical and/or cosmetic variance throughout the matrix. Desirably, the variance is less than 5% by weight, less than 2% by weight, less than 1% by weight, or less than 0.5% by weight

Film-Forming Polymers

The polymer may be water soluble, water swellable, water insoluble, or a combination of one or more either water soluble, water swellable or water insoluble polymers. The polymer may include cellulose or a cellulose derivative. Specific examples of useful water soluble polymers include, but are not limited to, polyethylene oxide (PEO), pullulan, hydroxypropylmethyl cellulose, hydroxyethyl cellulose, hydroxypropyl cellulose, polyvinyl pyrrolidone, carboxymethyl cellulose, polyvinyl alcohol, sodium aginate, polyeth-

US 9,855,221 B2

**13**

ylene glycol, xanthan gum, tragacanth gum, guar gum, acacia gum, arabic gum, polyacrylic acid, methylmethacrylate copolymer, carboxyvinyl copolymers, starch, gelatin, and combinations thereof. In some embodiments, combinations of PEO and a cellulosic polymer, such as hydroxypropyl cellulose, are employed. Specific examples of useful water insoluble polymers include, but are not limited to, ethyl cellulose, hydroxypropyl ethyl cellulose, cellulose acetate phthalate, hydroxypropyl methyl cellulose phthalate and combinations thereof.

As used herein the phrase "water soluble polymer" and variants thereof refer to a polymer that is at least partially soluble in water, and desirably fully or predominantly soluble in water, or absorbs water. Polymers that absorb water are often referred to as being water swellable polymers. The materials useful with the present invention may be water soluble or water swellable at room temperature and other temperatures, such as temperatures exceeding room temperature. Moreover, the materials may be water soluble or water swellable at pressures less than atmospheric pressure. Desirably, the water soluble polymers are water soluble or water swellable having at least 20 percent by weight water uptake. Water swellable polymers having a 25 or greater percent by weight water uptake are also useful. Films or dosage forms of the present invention formed from such water soluble polymers are desirably sufficiently water soluble to be dissolvable upon contact with bodily fluids.

Other polymers useful for incorporation in the films of the present invention include biodegradable polymers, copolymers, block polymers and combinations thereof. Among the known useful polymers or polymer classes which meet the above criteria are: poly(glycolic acid) (PA), poly(lactic acid) (PLA), polydioxanones, polyoxalates, poly(α-esters), polyanhydrides, polyacetates, polycaprolactones, poly(orthoesters), polyamino acids, polyaminocarbonates, polyurethanes, polycarbonates, polyamides, poly(alkyl cyanoacrylates), and mixtures and copolymers thereof. Additional useful polymers include, stereopolymers of L- and D-lactic acid, copolymers of bis(p-carboxyphenoxy) propane acid and sebacic acid, sebacic acid copolymers, copolymers of caprolactone, poly(lactic acid)/poly(glycolic acid)/polyethyleneglycol copolymers, copolymers of polyurethane and (poly(lactic acid), copolymers of polyurethane and poly (lactic acid), copolymers of α-amino acids, copolymers of α-amino acids and caproic acid, copolymers of α-benzyl glutamate and polyethylene glycol, copolymers of succinate and poly(glycols), polyphosphazene, polyhydroxy-alkanoates and mixtures thereof. Binary and ternary systems are contemplated.

Other specific polymers useful include those marketed under the Medisorb and Biodel trademarks. The Medisorb materials are marketed by the Dupont Company of Wilmington, Del. and are generically identified as a "lactide/ glycolide co-polymer" containing "propanoic acid, 2-hydroxy-polymer with hydroxy-polymer with hydroxyacetic acid." Four such polymers include lactide/glycolide 100L, believed to be 100% lactide having a melting point within the range of 338°–347° F. (170°–175° C.); lactide/glycolide 100L, believed to be 100% glycolide having a melting point within the range of 437°–455° F. (225-235° C.); lactide/ glycolide 85/15, believed to be 85% lactide and 15% glycolide with a melting point within the range of 338°–347° F. (170°-175° C.); and lactide/glycolide 50/50, believed to be a copolymer of 50% lactide and 50% glycolide with a melting point within the range of 338°. 347° F. (170°–175° C.).

**14**

The Biodel materials represent a family of various polyanhydrides which differ chemically.

Although a variety of different polymers may be used, it is desired to select polymers to provide a desired viscosity of the mixture prior to drying. For example, if the active or other components are not soluble in the selected solvent, a polymer that will provide a greater viscosity is desired to assist in maintaining uniformity. On the other hand, if the components are soluble in the solvent, a polymer that provides a lower viscosity may be preferred.

The polymer plays an important role in affecting the viscosity of the film. Viscosity is one property of a liquid that controls the stability of the active in an emulsion, a colloid or a suspension. Generally the viscosity of the matrix will vary from about 400 cps to about 100,000 cps, preferably from about 800 cps to about 60,000 cps, and most preferably from about 1,000 cps to about 40,000 cps. Desirably, the viscosity of the film-forming matrix will rapidly increase upon initiation of the drying process.

The viscosity may be adjusted based on the selected active depending on the other components within the matrix. For example, if the component is not soluble within the selected solvent, a proper viscosity may be selected to prevent the component from settling which would adversely affect the uniformity of the resulting film. The viscosity may be adjusted in different ways. To increase viscosity of the film matrix, the polymer may be chosen of a higher molecular weight or crosslinkers may be added, such as salts of calcium, sodium and potassium. The viscosity may also be adjusted by adjusting the temperature or by adding a viscosity increasing component. Components that will increase the viscosity or stabilize the emulsion/suspension include higher molecular weight polymers and polysaccharides and gums, which include without limitation, alginate, carageenan, hydroxypropyl methyl cellulose, locust bean gum, guar gum, xanthan gum, dextran, gum arabic, gellan gum and combinations thereof.

It has also been observed that certain polymers which when used alone would ordinarily require a plasticizer to achieve a flexible film, can be combined without a plasticizer and yet achieve flexible films. For example, HPMC and HPC when used in combination provide a flexible, strong film with the appropriate plasticity and elasticity for manufacturing and storage. No additional plasticizer or polyalcohol is needed for flexibility.

Controlled Release Films

The term "controlled release" is intended to mean the release of active at a pre-selected or desired rate. This rate will vary depending upon the application. Desirable rates include fast or immediate release profiles as well as delayed, sustained or sequential release. Combinations of release patterns, such as initial spiked release followed by lower levels of sustained release of active are contemplated. Pulsed drug releases are also contemplated.

The polymers that are chosen for the films of the present invention may also be chosen to allow for controlled disintegration of the active. This may be achieved by providing a substantially water insoluble film that incorporates an active that will be released from the film over time. This may be accomplished by incorporating a variety of different soluble or insoluble polymers and may also include biodegradable polymers in combination. Alternatively, coated controlled release active particles may be incorporated into a readily soluble film matrix to achieve the controlled release property of the active inside the digestive system upon consumption.

**15**

Films that provide a controlled release of the active are particularly useful for buccal, gingival, sublingual and vaginal applications. The films of the present invention are particularly useful where mucosal membranes or mucosal fluid is present due to their ability to readily wet and adhere to these areas.

The convenience of administering a single dose of a medication which releases active ingredients in a controlled fashion over an extended period of time as opposed to the administration of a number of single doses at regular intervals has long been recognized in the pharmaceutical arts. The advantage to the patient and clinician in having consistent and uniform blood levels of medication over an extended period of time are likewise recognized. The advantages of a variety of sustained release dosage forms are well known. However, the preparation of a film that provides the controlled release of an active has advantages in addition to those well-known for controlled release tablets. For example, thin films are difficult to inadvertently aspirate and provide an increased patient compliance because they need not be swallowed like a tablet. Moreover, certain embodiments of the inventive films are designed to adhere to the buccal cavity and tongue, where they controllably dissolve. Furthermore, thin films may not be crushed in the manner of controlled release tablets which is a problem leading to abuse of drugs such as Oxycontin.

The actives employed in the present invention may be incorporated into the film compositions of the present invention in a controlled release form. For example, particles of drug may be coated with polymers such as ethyl cellulose or polymethacrylate, commercially available under brand names such as Aquacoat ECD and Eudragit E-100, respectively. Solutions of drug may also be absorbed on such polymer materials and incorporated into the inventive film compositions. Other components such as fats and waxes, as well as sweeteners and/or flavors may also be employed in such controlled release compositions.

The actives may be taste-masked prior to incorporation into the film composition, as set forth in co-pending PCT application titled, Uniform Films For Rapid Dissolve Dosage Form Incorporating Taste-Masking Compositions, (based on U.S. Provisional Application No, Express Mail Label No.: EU552991605 US of the same title, filed Sep. 27, 2003, attorney docket No. 1199-15P) the entire subject matter of which is incorporated by reference herein. Actives

When an active is introduced to the film, the amount of active per unit area is determined by the uniform distribution of the film. For example, when the films are cut into individual dosage forms, the amount of the active in the dosage form can be known with a great deal of accuracy. This is achieved because the amount of the active in a given area is substantially identical to the amount of active in an area of the same dimensions in another part of the film. The accuracy in dosage is particularly advantageous when the active is a medicament, i.e. a drug.

The active components that may be incorporated into the films of the present invention include, without limitation pharmaceutical and cosmetic actives, drugs, medicaments, antigens or allergens such as ragweed pollen, spores, microorganisms including bacteria, seeds, mouthwash components such as chlorates or chlorites, flavors, fragrances, enzymes, preservatives, sweetening agents, colorants, spices, vitamins and combinations thereof.

A wide variety of medicaments, bioactive active substances and pharmaceutical compositions may be included in the dosage forms of the present invention. Examples of

**16**

useful drugs include ace-inhibitors, antianginal drugs, antiarrhythmias, anti-asthmatics, anti-cholesterolemics, analgesics, anesthetics, anti-convulsants, anti-depressants, antidiabetic agents, anti-diarrhea preparations, antidotes, antihistamines, anti-hypertensive drugs, anti-inflammatory agents, anti-lipid agents, anti-manics, anti-nauseants, antistroke agents, anti-thyroid preparations, anti-tumor drugs, anti-viral drugs, acne drugs, alkaloids, amino acid preparations, anti-tussives, anti-uricemic drugs, anti-viral drugs, anabolic preparations, systemic and non-systemic anti-infective agents, anti-neoplastics, anti-parkinsonian agents, anti-rheumatic agents, appetite stimulants, biological response modifiers, blood modifiers, bone metabolism regulators, cardiovascular agents, central nervous system stimulates, cholinesterase inhibitors, contraceptives, decongestants, dietary supplements, dopamine receptor agonists, endometriosis management agents, enzymes, erectile dysfunction therapies, fertility agents, gastrointestinal agents, homeopathic remedies, hormones, hypercalcemia and hypocalcemia management agents, immunomodulators, immunosuppressives, migraine preparations, motion sickness treatments, muscle relaxants, obesity management agents, osteoporosis preparations, oxytocics, parasympatholytics, parasympathomimetics, prostaglandins, psychotherapeutic agents, respiratory agents, sedatives, smoking cessation aids such as bromocriptine and nicotine, sympatholytics, tremor preparations, urinary tract agents, vasodilators, laxatives, antacids, ion exchange resins, antipyretics, appetite suppressants, expectorants, anti-anxiety agents, anti-ulcer agents, anti-inflammatory substances, coronary dilators, cerebral dilators, peripheral vasodilators, psycho-tropics, stimulants, anti-hypertensive drugs, vasoconstrictors, migraine treatments, antibiotics, tranquilizers, anti-psychotics, anti-tumor drugs, anti-coagulants, antithrombotic drugs, hypnotics, anti-emetics, anti-nauseants, anti-convulsants, neuromuscular drugs, hyper- and hypoglycemic agents, thyroid and anti-thyroid preparations, diuretics, anti-spasmodics, terine relaxants, anti-obesity drugs, erythropoietic drugs, anti-asthmatics, cough suppressants, mucolytics, DNA and genetic modifying drugs, and combinations thereof.

Examples of medicating active ingredients contemplated for use in the present invention include antacids, H₂-antagonists, and analgesics. For example, antacid dosages can be prepared using the ingredients calcium carbonate alone or in combination with magnesium hydroxide, and/or aluminum hydroxide. Moreover, antacids can be used in combination with Hz-antagonists.

Analgesics include opiates and opiate derivatives, such as oxycodone (available as Oxycontin®), ibuprofen, aspirin, acetaminophen, and combinations thereof that may optionally include caffeine.

Other preferred drugs for other preferred active ingredients for use in the present invention include anti-diarrheals such as immodium AD, anti-histamines, anti-tussives, decongestants, vitamins, and breath fresheners. Suitable vitamins contemplated for use herein include any conventionally known vitamins, such as, but not limited to, Vitamins A, B, C and E. Common drugs used alone or in combination for colds, pain, fever, cough, congestion, runny nose and allergies, such as acetaminophen, chlorpheniramine maleate, dextromethorphan, pseudoephedrine HQ and diphenhydramine may be included in the film compositions of the present invention.

Also contemplated for use herein are anxiolytics such as alprazolam (available as Xanax®); anti-psychotics such as clozopin (available as Clozaril®) and haloperidol (available

US 9,855,221 B2

17       18

as Haldol®); non-steroidal anti-inflammatories (NSAID's) such as dicyclofenacs (available as Voltaren®) and etodolac (available as Lodine®), anti-histamines such as loratadine (available as Claritin®), astemizole (available as Hismanal™), nabumetone (available as Relafen®), and Clemastine (available as Tavist®); anti-emetics such as granisetron hydrochloride (available as Kytril®) and nabilone (available as Cesamet™); bronchodilators such as Bentolin®, albuterol sulfate (available as Proventil®); anti-depressants such as fluoxetine hydrochloride (available as Prozac®), sertraline hydrochloride (available as Zoloft®), and paroxtine hydrochloride (available as Paxil®); anti-migraines such as Imigra®, ACE-inhibitors such as enalaprilat (available as Vasotec®), captopril (available as Capoten®) and lisinopril (available as Zestril®); anti-Alzheimer's agents, such as nicergoline; and $Ca^H$-antagonists such as nifedipine (available as Procardia® and Adalat®), and verapamil hydrochloride (available as Calan®).

Erectile dysfunction therapies include, but are not limited to, drugs for facilitating blood flow to the penis, and for effecting autonomic nervous activities, such as increasing parasympathetic (cholinergic) and decreasing sympathetic (adrenersic) activities. Useful non-limiting drugs include sildenafils, such as Viagra®, tadalafils, such as Cialis®, vardenafils, apomorphines, such as Uprima®, yohimbine hydrochlorides such as Aphrodyne®, and alprostadils such as Caverject®.

The popular $H_2$-antagonists which are contemplated for use in the present invention include cimetidine, ranitidine hydrochloride, famotidine, nizatidien, ebrotidine, mifentidine, roxatidine, pisatidine and aceroxatidine.

Active antacid ingredients include, but are not limited to, the following: aluminum hydroxide, dihydroxyaluminum aminoacetate, aminoacetic acid, aluminum phosphate, dihydroxyaluminum sodium carbonate, bicarbonate, bismuth aluminate, bismuth carbonate, bismuth subcarbonate, bismuth subgallate, bismuth subnitrate, bismuth subsilysilate, calcium carbonate, calcium phosphate, citrate ion (acid or salt), amino acetic acid, hydrate magnesium aluminate sulfate, magaldrate, magnesium aluminosilicate, magnesium carbonate, magnesium glycinate, magnesium hydroxide, magnesium oxide, magnesium trisilicate, milk solids, aluminum mono-ordibasic calcium phosphate, tricalcium phosphate, potassium bicarbonate, sodium tartrate, sodium bicarbonate, magnesium aluminosilicates, tartaric acids and salts.

The pharmaceutically active agents employed in the present invention may include allergens or antigens, such as, but not limited to, plant pollens from grasses, trees, or ragweed; animal danders, which are tiny scales shed from the skin and hair of cars and other furred animals; insects, such as house dust mites, bees, and wasps; and drugs, such as penicillin.

Botanicals, herbals and minerals also may be added to the film. Examples of botanicals include, without limitation: roots; barks; leaves; stems; flowers; fruits; tobacco; sunflower seeds; snuff; and combinations thereof.

An anti-oxidant may also be added to the film to prevent the degradation of an active, especially where the active is photosensitive.

The bioactive active substances employed in the present invention may include beneficial bacteria. More specifically, certain bacteria normally exist on the surface of the tongue and in the back of the throat. Such bacteria assist in the digestion of food by breaking down proteins found in the food. It may be desirable, therefore, to incorporate these bacteria into the oral film products of the present invention.

It also may be desirable to include actives for treating breath malodor and related oral care conditions, such as

actives which are effective in suppressing microorganisms. Because breath malodor can be caused by the presence of anaerobic bacteria in the oral cavity, which generate volatile sulfur compounds, components that suppress such microorganisms may be desirable. Examples of such components include antimicrobials such as triclosan, chlorine dioxide, chlorates, and chlorites, among others. The use of chlorites, particularly sodium chlorite, in oral care compositions such as mouthrinses and toothpastes is taught in U.S. Pat. Nos. 6,251,372, 6,132,702, 6,077,502, and U.S. Publication No. 2003/0129144, all of which are incorporated herein by reference. Such components are incorporated in amounts effective to treat malodor and related oral conditions.

Cosmetic active agents may include breath freshening compounds like menthol, other flavors or fragrances, especially those used for oral hygiene, as well as actives used in dental and oral cleansing such as quaternary ammonium bases. The effect of flavors may be enhanced using flavor enhancers like tartaric acid, citric acid, vanillin, or the like.

Also color additives can be used in preparing the films. Such color additives include food, drug and cosmetic colors (FD&C), drug and cosmetic colors (D&C), or external drug and cosmetic colors (Ext. D&C). These colors are dyes, their corresponding lakes, and certain natural and derived colorants. Lakes are dyes absorbed on aluminum hydroxide.

Other examples of coloring agents include known azo dyes, organic or inorganic pigments, or coloring agents of natural origin. Inorganic pigments are preferred, such as the oxides or iron or titanium, these oxides, being added in concentrations ranging from about 0.001 to about 10%, and preferably about 0.5 to about 3%, based on the weight of all the components.

Flavors may be chosen from natural and synthetic flavoring liquids. An illustrative list of such agents includes volatile oils, synthetic flavor oils, flavoring aromatics, oils, liquids, oleoresins or extracts derived from plants, leaves, flowers, fruits, stems and combinations thereof. A nonlimiting representative list of examples includes mint oils, cocoa, and citrus oils such as lemon, orange, grape, lime and grapefruit and fruit essences including apple, pear, peach, grape, strawberry, raspberry, cherry, plum, pineapple, apricot or other fruit flavors.

The films containing flavorings may be added to provide a hot or cold flavored drink or soup. These flavorings include, without limitation, tea and soup flavorings such as beef and chicken.

Other useful flavorings include aldehydes and esters such as benzaldehyde (cherry, almond), citral i.e., aiphacitral (lemon, lime), neral, i.e., beta-citral (lemon, lime), decanal (orange, lemon), aldehyde C-8 (citrus fruits), aldehyde C-9 (citrus fruits), aldehyde C-12 (citrus fruits), tolyl aldehyde (cherry, almond), 2,6-dimethyloctanol (green fruit), and 2-dodecenal (citrus, mandarin), combinations thereof and the like.

The sweeteners may be chosen from the following nonlimiting list: glucose (corn syrup), dextrose, invert sugar, fructose, and combinations thereof; saccharin and its various salts such as the sodium salt; dipeptide sweeteners such as aspartame; dihydrochalcone compounds, glycyrrhizin; Stevia Rebaudiana (Stevioside); chloro derivatives of sucrose such as sucralose; sugar alcohols such as sorbitol, mannitol, xylitol, and the like. Also contemplated are hydrogenated starch hydrolysates and the synthetic sweetener 3,6-dihydro-6-methyl-1-1-1,2,3-oxathiazin-4-one-2,2-dioxide, particularly the potassium salt (acesulfame-K), and sodium and calcium sals thereof, and natural intensive sweeteners, such as Lo Han Kuo. Other sweeteners may also be used.

**19**

When the active is combined with the polymer in the solvent, the type of matrix that is formed depends on the solubilities of the active and the polymer. If the active and/or polymer are soluble in the selected solvent, this may form a solution. However, if the components are not soluble, the matrix may be classified as an emulsion, a colloid, or a suspension.

Dosages

The film products of the present invention are capable of accommodating a wide range of amounts of the active ingredient. The films are capable of providing an accurate dosage amount (determined by the size of the film and concentration of the active in the original polymer/water combination) regardless of whether the required dosage is high or extremely low. Therefore, depending on the type of active or pharmaceutical composition that is incorporated into the film, the active amount may be as high as about 300 mg, desirably up to about 150 mg or as low as the microgram range, or any amount therebetween.

The film products and methods of the present invention are well suited for high potency, low dosage drugs. This is accomplished through the high degree of uniformity of the films. Therefore, low dosage drugs, particularly more potent racemic mixtures of actives are desirable.

Anti-Tacking Compositions

It is useful to add anti-tacking agents, such as lubricants, antiadherants and glidants to the film compositions of the present invention. Anti-tacking agents assist in the flow characteristics of the material, for example, by reducing sticking to the die in extrusion processes and reducing sticking to the roof of the mouth during administration of the dosage form.

During consumption of films, particles tend to adhere to the roof of the mouth. This is undesirable for films containing bitter drugs, such as, for example, dextromethorphan, because the adhered particles elude drug, which increases the amount of bitterness detected by the user. Addition of an anti-tacking agent to the films reduces adherence to the roof of the mouth, thereby effectively reducing the bitterness that may be detected by a user during consumption.

Anti-taking agents also may impart reduced film-to-film coefficient of friction, thereby reducing the problem of film dosage units, i.e., strips, adhering to one another. More specifically, in many types of film packaging, strips are stacked against one another. The incorporation of anti-tacking agents may permit the individual strips to slide smoothly against one another as each unit is removed from the packaging.

Examples of suitable lubricants for use as anti-tacking agents include, but are not limited to: stearates, such as magnesium stearate, calcium stearate, and sodium stearate; stearic acid; sterotex; talc; waxes; stearowet; boric acid; sodium benzoate; sodium acetate; sodium chloride; DL-Leucine; Carbowax 4000; Carbowax 6000; sodium oleate; sodium lauryl sulfate; magnesium lauryl sulfate; and combinations thereof.

Examples of suitable antiadherants include, but are not limited to: talc; cornstarch; Cab-O-Sil; syloid; DL-Leucine; sodium lauryl sulfate; metallic stearates; and combinations thereof. Examples of suitable glidants include, but are not limited to: talc; cornstarch; Cab-O-Sil; syloid; aerosol; and combinations thereof.

Some embodiments of the present invention include fats and/or waxes as anti-tacking agents.

Vitamin E is another suitable anti-tacking agent for use in some embodiments of the present invention. Vitamin E may serve as both an anti-tacking agent and an active component

**20**

in the film. Desirably, Vitamin E TPGS (d-alpha tocopheryl polyethylene glycol 1000 succinate) is employed. Vitamin E TPGS is a water-soluble form of Vitamin E derived from natural sources. As compared to other forms, Vitamin E TPGS is easily absorbed. Further, Vitamin E TPGS imparts practically no taste to film. Vitamin E TPGS may be employed in solution, such as, for example 10% or 20% solution with water. Vitamin E TPGS is particularly useful in reducing the stickiness of the films and the tendency to adhere to the roof of the user's mouth. Vitamin E may be present in amounts of about 0.01% to about 20% by weight of the composition.

Anti-tacking agents generally are present in amounts of about 0.01% to about 20% by weight of the film composition. More specifically, anti-tacking agents may be present in amounts of about 0.01% to about 10% by weight of the film composition, and even more specifically, about 0.25% to about 5% by weight of the film composition.

Combinations of anti-tacking agents also may be employed. For instance, in some embodiments of the present invention, a combination of a stearate, such as magnesium stearate, and silica may be used. SIPERNAT 500LS, which is a silica product having a 4.5 μm mean particle size, is suitable for use herein (commercially available from Degussa). Combinations of magnesium stearate and silica may provide improved glidant properties, i.e., assist film strips in sliding smoothly against one another in packaging. Accordingly, in some embodiments, magnesium stearate may be present in amounts of about 0.1% to about 2.5% by weight of the film composition and silica may be present in amounts of about 0.1% to about 1.5% by weight of the film composition. Such combination of anti-tacking agents may be useful in a variety of films containing different flavors and/or actives.

In some embodiments, anti-tacking agents may be included in the film composition itself. For example, single or multi-layer films including anti-tacking agents may be formed. Multi-layer films, for example, may include two, three or more layers of film substantially in contact with one another. In some embodiments, the film layers may be laminated to one another. Anti-tacking agents may be present in one or more of the layers of the multi-layer film. For example, some embodiments may include a bi-layer film in which anti-tacking agents are present in one of the two film layers. Some embodiments may include a three-layer film in which anti-tacking agents are present in each of the outer layers but not in the inner, or middle, layer of the three-layer film. In accordance therewith, a variety of different combinations of layers may be formed.

Alternatively, in some embodiments, anti-tacking agents may be included in a composition that is used to coat the external surfaces of the film. For instance, anti-tacking agents may be applied to the film in the form of a wet or dry coating, such as, for example, a sugared or sugar-free coating. The film may be coated with the anti-tacking agents in any conventional manner, such as, but not limited to, dip coating, spray coating, dusting, or fluidized bed. One or more film surfaces may be coated. In some embodiments, the anti-tacking coating may be applied to a substrate, such as a backing for the film, rather than directly to the film itself. When the film is removed from the backing, the anti-tacking coating may adhere to the film.

Anti-Foaming and Defoaming Compostions

Anti-foaming and/or de-foaming components may also be used with the films of the present invention. These components aid in the removal of air, such as entrapped air, from the film-forming compositions. As described above, such

**21**

entrapped air may lead to non-uniform films. Simethicone is one particularly useful anti-foaming and/or de-foaming agent. The present invention, however, is not so limited and other anti-foam and/or de-foaming agents may suitable be used.

Simethicone is generally used in the medical field as a treatment for gas or colic in babies. Simethicone is a mixture of fully methylated linear siloxane polymers containing repeating units of polydimethylsiloxane which is stabilized with trimethylsiloxy end-blocking unites, and silicon diox- 10 ide. It usually contains 90.5-99% polymethylsiloxane and 4-7% silicon dioxide. The mixture is a gray, translucent, viscous fluid which is insoluble in water.

When dispersed in water, simethicone will spread across the surface, forming a thin film of low surface tension. In 15 this way, simethicone reduces the surface tension of bubbles air located in the solution, such as foam bubbles, causing their collapse. The function of simethicone mimics the dual action of oil and alcohol in water. For example, in an oily solution any trapped air bubbles will ascend to the surface 20 and dissipate more quickly and easily, because an oily liquid has a lighter density compared to a water solution. On the other hand, an alcohol/water mixture is known to lower water density as well as lower the water's surface tension. So, any air bubbles trapped inside this mixture solution will 25 also be easily dissipated. Simethicone solution provides both of these advantages. It lowers the surface energy of any air bubbles that trapped inside the aqueous solution, as well as lowering the surface tension of the aqueous solution. As the result of this unique functionality, simethicone has an excel- 30 lent anti-foaming property that can be used for physiological processes (anti-gas in stomach) as well as any for external processes that require the removal of air bubbles from a product.

In order to prevent the formation of air bubbles in the 35 films of the present invention, the mixing step can be performed under vacuum. However, as soon as the mixing step is completed, and the film solution is returned to the normal atmosphere condition, air will be re-introduced into or contacted with the mixture. In many cases, tiny air 40 bubbles will be again trapped inside this polymeric viscous solution. The incorporation of simethicone into the film-forming composition either substantially reduces or eliminates the formation of air bubbles.

Simethicone may be added to the film-forming mixture as 45 an anti-foaming agent in an amount from about 0.01 weight percent to about 5.0 weight percent, more desirably from about 0.05 weight percent to about 2.5 weight percent, and most desirably from about 0.1 weight percent to about 1.0 weight percent. 50

Optional Components

A variety of other components and fillers may also be added to the films of the present invention. These may include, without limitation, surfactants; plasticizers which assist in compatibilizing the components within the mixture; 55 polyalcohols; anti-foaming agents, such as silicone-containing compounds, which promote a smoother film surface by releasing oxygen from the film; and thermo-setting gels such as pectin, carageenan, and gelatin, which help in maintaining the dispersion of components. 60

The variety of additives that can be incorporated into the inventive compositions may provide a variety of different functions. Examples of classes of additives include excipients, lubricants, buffering agents, stabilizers, blowing agents, pigments, coloring agents, fillers, bulking agents, 65 sweetening agents, flavoring agents, fragrances, release modifiers, adjuvants, plasticizers, flow accelerators, mold

**22**

release agents, polyols, granulating agents, diluents, binders, buffers, absorbents, glidants, adhesives, anti-adherents, acidulants, softeners, resins, demulcents, solvents, surfactants, emulsifiers, elastomers and mixtures thereof. These 5 additives may be added with the active ingredient(s).

Useful additives include, for example, gelatin, vegetable proteins such as sunflower protein, soybean proteins, cotton seed proteins, peanut proteins, grape seed proteins, whey proteins, whey protein isolates, blood proteins, egg proteins, acrylated proteins, water-soluble polysaccharides such as alginates, carrageenans, guar gum, agar-agar, xanthan gum, gellan gum, gum arabic and related gums (gum ghatti, gum karaya, gum tragancanth), pectin, water-soluble derivatives of cellulose: alkylcelluloses hydroxyalkylcelluloses and hydroxyalkylalkylcelluloses, such as methylcelulose, hydroxymethylcellulose, hydroxyethylcellulose, hydroxypropylcellulose, hydroxyethylmethylcellulose, hydroxypropylmethylcellulose, hydroxybutylmethylcellulose, cellulose esters and hydroxyalkylcellulose esters such as cellulose acetate phthalate (CAP), hydroxypropylmethylcellulose (HPMC); carboxyalkylcelluloses, carboxyalkylalkylcelluloses, carboxyalkylcellulose esters such as carboxymethylcellulose and their alkali metal salts; water-soluble synthetic polymers such as polyacrylic acids and polyacrylic acid esters, polymethacrylic acids and polymethacrylic acid esters, polyvinylacetates, polyvinylalcohols, polyvinylacetatephthalates (PVAP), polyvinylpyrrolidone (PVP), PVY/vinyl acetate copolymer, and polycrotonic acids; also suitable are phthalated gelatin, gelatin succinate, crosslinked gelatin, shellac, water soluble chemical derivatives of starch, cationically modified acrylates and methacrylates possessing, for example, a tertiary or quaternary amino group, such as the diethylaminoethyl group, which may be quaternized if desired; and other similar polymers.

Such extenders may optionally be added in any desired amount desirably within the range of up to about 80%, desirably about 3% to 50% and more desirably within the range of 3% to 20% based on the weight of all components.

Further additives may be inorganic fillers, such as the oxides of magnesium aluminum, silicon, titanium, etc. desirably in a concentration range of about 0.02% to about 3% by weight and desirably about 0.02% to about 1% based on the weight of all components.

Further examples of additives are plasticizers which include polyalkylene oxides, such as polyethylene glycols, polypropylene glycols, polyethylene-propylene glycols, organic plasticizers with low molecular weights, such as glycerol, glycerol monoacetate, diacetate or triacetate, triacetin, polysorbate, cetyl alcohol, propylene glycol, sorbitol, sodium diethylsulfosuccinate, triethyl citrate, tributyl citrate, and the like, added in concentrations ranging from about 0.5% to about 30%, and desirably ranging from about 0.5% to about 20% based on the weight of the polymer.

There may further be added compounds to improve the flow properties of the starch material such as animal or vegetable fats, desirably in their hydrogenated form, especially those which are solid at room temperature. These fats desirably have a melting point of 50° C. or higher. Preferred are tri-glycerides with $C_{12}$-, $C_{14}$-, $C_{16}$-, $C_{18}$-, $C_{20}$-and $C_{22}$-fatty acids. These fats can be added alone without adding extenders or plasticizers and can be advantageously added alone or together with mono- and/or di-glycerides or phosphatides, especially lecithin. The mono- and di-glycerides are desirably derived from the types of fats described above, i.e. with $C_{12}$-, $C_{14}$-, $C_{16}$-, $C_{18}$-, $C_{20}$- and $C_{22}$-fatty acids.

**23**

The total amounts used of the fats, mono-, di-glycerides and/or lecithins are up to about 5% and preferably within the range of about 0.5% to about 2% by weight of the total composition

It is further useful to add silicon dioxide, calcium silicate, or titanium dioxide in a concentration of about 0.02% to about 1% by weight of the total composition. These compounds act as texturizing agents.

These additives are to be used in amounts sufficient to achieve their intended purpose. Generally, the combination of certain of these additives will alter the overall release profile of the active ingredient and can be used to modify, i.e. impede or accelerate the release.

Lecithin is one surface active agent for use in the present invention. Lecithin can be included in the feedstock in an amount of from about 0.25% to about 2.00% by weight. Other surface active agents, i.e. surfactants, include, but are not limited to, cetyl alcohol, sodium lauryl sulfate, the Spans™ and Tweens™ which are commercially available from ICI Americas, Inc. Ethoxylated oils, including ethoxylated castor oils, such as Cremophor® EL which is commercially available from BASF, are also useful. Carbowax™ is yet another modifier which is very useful in the present invention. Tweens™ or combinations of surface active agents may be used to achieve the desired hydrophilic-lipophilic balance ("HLB"). The present invention, however, does not require the use of a surfactant and films or film-forming compositions of the present invention may be essentially free of a surfactant while still providing the desirable uniformity features of the present invention.

It may be further useful to add polydextrose to the films of the present invention. Polydextrose serves as a filler and solubility enhancer, i.e., it increases the dissolution time of the films in the oral cavity.

As additional modifiers which enhance the procedure and product of the present invention are identified, Applicants intend to include all such additional modifiers within the scope of the invention claimed herein.

Other ingredients include binders which contribute to the ease of formation and general quality of the films. Non-limiting examples of binders include starches, pregelatinize starches, gelatin, polyvinylpyrrolidone, methylcellulose, sodium carboxymethylcellulose, ethylcellulose, polyacrylamides, polyvinyloxoazolidone, and polyvinylalcohols.
Forming the Film

The films of the present invention must be formed into a sheet prior to drying. After the desired components are combined to form a multi-component matrix, including the polymer, water, and an active or other components as desired, the combination is formed into a sheet or film, by any method known in the art such as extrusion, coating, spreading, casting or drawing the multi-component matrix. If a multi-layered film is desired, this may be accomplished by co-extruding more than one combination of components which may be of the same or different composition. A multi-layered film may also be achieved by coating, spreading, or casting a combination onto an already formed film layer.

Although a variety of different film-forming techniques may be used, it is desirable to select a method that will provide a flexible film, such as reverse roll coating. The flexibility of the film allows for the sheets of film to be rolled and transported for storage or prior to being cut into individual dosage forms. Desirably, the films will also be self-supporting or in other words able to maintain their integrity and structure in the absence of a separate support.

**24**

Furthermore, the films of the present invention may be selected of materials that are edible or ingestible.

Coating or casting methods are particularly useful for the purpose of forming the films of the present invention. Specific examples include reverse roll coating, gravure coating, immersion or dip coating, metering rod or meyer bar coating, slot die or extrusion coating, gap or knife over roll coating, air knife coating, curtain coating, or combinations thereof, especially when a multi-layered film is desired.

Roll coating, or more specifically reverse roll coating, is particularly desired when forming films in accordance with the present invention. This procedure provides excellent control and uniformity of the resulting films, which is desired in the present invention. In this procedure, the coating material is measured onto the applicator roller by the precision setting of the gap between the upper metering roller and the application roller below it. The coating is transferred from the application roller to the substrate as it passes around the support roller adjacent to the application roller. Both three roll and four roll processes are common.

The gravure coating process relies on an engraved roller running in a coating bath, which fills the engraved dots or lines of the roller with the coating material. The excess coating on the roller is wiped off by a doctor blade and the coating is then deposited onto the substrate as it passes between the engraved roller and a pressure roller.

Offset Gravure is common, where the coating is deposited on an intermediate roller before transfer to the substrate.

In the simple process of immersion or dip coating, the substrate is dipped into a bath of the coating, which is normally of a low viscosity to enable the coating to run back into the bath as the substrate emerges.

In the metering rod coating process, an excess of the coating is deposited onto the substrate as it passes over the bath roller. The wire-wound metering rod, sometimes known as a Meyer Bar, allows the desired quantity of the coating to remain on the substrate. The quantity is determined by the diameter of the wire used on the rod.

In the slot die process, the coating is squeezed out by gravity or under pressure through a slot and onto the substrate. If the coating is 100% solids, the process is termed "Extrusion" and in this case, the line speed is frequently much faster than the speed of the extrusion. This enables coatings to be considerably thinner than the width of the slot.

The gap or knife over roll process relies on a coating being applied to the substrate which then passes through a "gap" between a "knife" and a support roller. As the coating and substrate pass through, the excess is scraped off.

Air knife coating is where the coating is applied to the substrate and the excess is "blown off" by a powerful jet from the air knife. This procedure is useful for aqueous coatings.

In the curtain coating process, a bath with a slot in the base allows a continuous curtain of the coating to fall into the gap between two conveyors. The object to be coated is passed along the conveyor at a controlled speed and so receives the coating on its upper face.
Drying the Film

The drying step is also a contributing factor with regard to maintaining the uniformity of the film composition. A controlled drying process is particularly important when, in the absence of a viscosity increasing composition or a composition in which the viscosity is controlled, for example by the selection of the polymer, the components within the film may have an increased tendency to aggregate or conglomerate. An alternative method of forming a film

**25**

with an accurate dosage, that would not necessitate the controlled drying process, would be to cast the films on a predetermined well. With this method, although the components may aggregate, this will not result in the migration of the active to an adjacent dosage form, since each well may define the dosage unit per se.

When a controlled or rapid drying process is desired, this may be through a variety of methods. A variety of methods may be used including those that require the application of heat. The liquid carriers are removed from the film in a manner such that the uniformity, or more specifically, the non-self-aggregating uniform heterogeneity, that is obtained in the wet film is maintained.

Desirably, the film is dried from the bottom of the film to the top of the film. Desirably, substantially no air flow is present across the top of the film during its initial setting period, during which a solid, visco-elastic structure is formed. This can take place within the first few minutes, e.g. about the first 0.5 to about 4.0 minutes of the drying process. Controlling the drying in this manner, prevents the destruction and reformation of the film's top surface, which results from conventional drying methods. This is accomplished by forming the film and placing it on the top side of a surface having top and bottom sides. Then, heat is initially applied to the bottom side of the film to provide the necessary energy to evaporate or otherwise remove the liquid carrier. The films dried in this manner dry more quickly and evenly as compared to air-dried films, or those dried by conventional drying means. In contrast to an air-dried film that dries first at the top and edges, the films dried by applying heat to the bottom dry simultaneously at the center as well as at the edges. This also prevents settling of ingredients that occurs with films dried by conventional means.

The temperature at which the films are dried is about 100° C. or less, desirably about 90° C. or less, and most desirably about 80° C. or less.

Another method of controlling the drying process, which may be used alone or in combination with other controlled methods as disclosed above includes controlling and modifying the humidity within the drying apparatus where the film is being dried. In this manner, the premature drying of the top surface of the film is avoided.

Additionally, it has also been discovered that the length of drying time can be properly controlled, i.e. balanced with the heat sensitivity and volatility of the components, and particularly the flavor oils and drugs. The amount of energy, temperature and length and speed of the conveyor can be balanced to accommodate such actives and to minimize loss, degradation or ineffectiveness in the final film.

A specific example of an appropriate drying method is that disclosed by Magoon. Magoon is specifically directed toward a method of drying fruit pulp. However, the present inventors have adapted this process toward the preparation of thin films.

The method and apparatus of Magoon are based on an interesting property of water. Although water transmits energy by conduction and convection both within and to its surroundings, water only radiates energy within and to water. Therefore, the apparatus of Magoon includes a surface onto which the fruit pulp is placed that is transparent to infrared radiation. The underside of the surface is in contact with a temperature controlled water bath. The water bath temperature is desirably controlled at a temperature slightly below the boiling temperature of water. When the wet fruit pulp is placed on the surface of the apparatus, this creates a "refractance window." This means that infrared energy is permitted to radiate through the surface only to the area on

**26**

the surface occupied by the fruit pulp, and only until the fruit pulp is dry. The apparatus of Magoon provides the films of the present invention with an efficient drying time reducing the instance of aggregation of the components of the film.

The films may initially have a thickness of about 500 μm to about 1,500 μm, or about 20 mils to about 60 mils, and when dried have a thickness from about 3 μm to about 250 μm, or about 0.1 mils to about 10 mils. Desirably, the dried films will have a thickness of about 2 mils to about 8 mils, and more desirably, from about 3 mils to about 6 mils.

Uses of Thin Films

The thin films of the present invention are well suited for many uses. The high degree of uniformity of the components of the film makes them particularly well suited for incorporating pharmaceuticals. Furthermore, the polymers used in construction of the films may be chosen to allow for a range of disintegration times for the films. A variation or extension in the time over which a film will disintegrate may achieve control over the rate that the active is released, which may allow for a sustained release delivery system. In addition, the films may be used for the administration of an active to any of several body surfaces, especially those including mucous membranes, such as oral, anal, vaginal, opthalmological, the surface of a wound, either on a skin surface or within a body such as during surgery, and similar surfaces.

The films may be used to orally administer an active. This is accomplished by preparing the films as described above and introducing them to the oral cavity of a mammal. This film may be prepared and adhered to a second or support layer from which it is removed prior to use, i.e. introduction to the oral cavity. An adhesive may be used to attach the film to the support or backing material which may be any of those known in the art, and is preferably not water soluble. If an adhesive is used, it will desirably be a food grade adhesive that is ingestible and does not alter the properties of the active. Mucoadhesive compositions are particularly useful. The film compositions in many cases serve as mucoadhesives themselves.

The films may be applied under or to the tongue of the mammal. When this is desired, a specific film shape, corresponding to the shape of the tongue may be preferred. Therefore the film may be cut to a shape where the side of the film corresponding to the back of the tongue will be longer than the side corresponding to the front of the tongue. Specifically, the desired shape may be that of a triangle or trapezoid. Desirably, the film will adhere to the oral cavity preventing it from being ejected from the oral cavity and permitting more of the active to be introduced to the oral cavity as the film dissolves.

Another use for the films of the present invention takes advantage of the films' tendency to dissolve quickly when introduce to a liquid. An active may be introduced to a liquid by preparing a film in accordance with the present invention, introducing it to a liquid, and allowing it to dissolve. This may be used either to prepare a liquid dosage form of an active, or to flavor a beverage.

The films of the present invention are desirably packaged in sealed, air and moisture resistant packages to protect the active from exposure oxidation, hydrolysis, volatilization and interaction with the environment. Referring to FIG. **1**, a packaged pharmaceutical dosage unit **10**, includes each film **12** individually wrapped in a pouch or between foil and/or plastic laminate sheets **14**. As depicted in FIG. **2**, the pouches **10**, **10'** can be linked together with tearable or perforated joints **16**. The pouches **10**, **10'** may be packaged in a roll as depicted in FIG. **5** or stacked as shown in FIG. **3** and sold in a dispenser **18** as shown in FIG. **4**. The

US 9,855,221 B2

27

dispenser may contain a full supply of the medication typically prescribed for the intended therapy, but due to the thinness of the film and package, is smaller and more convenient than traditional bottles used for tablets, capsules and liquids. Moreover, the films of the present invention dissolve instantly upon contact with saliva or mucosal membrane areas, eliminating the need to wash the dose down with water.

Desirably, a series of such unit doses are packaged together in accordance with the prescribed regimen or treatment, e.g., a 10-90 day supply, depending on the particular therapy. The individual films can be packaged on a backing and peeled off for use.

The features and advantages of the present invention are more fully shown by the following examples which are provided for purposes of illustration, and are not to be construed as limiting the invention in any way.

EXAMPLES

Examples 1-2

Water-soluble thin film compositions were prepared using the amounts described in Table 1. In particular, composition 1 incorporated Vitamin E as an anti-tacking agent along with various other components. Composition 2 contained similar components to composition 1, but absent Vitamin E.

TABLE 1

| Component | Weight (g unless otherwise indicated) | |
|---|---|---|
| | 1 | 2 |
| Polyethylene oxide | 2.8 | 3.5 |
| Hydroxypropyl cellulose | 2.8 | 3.5 |
| Polydextrose | 0.69 | 0.79 |
| Sucralose | 0.35 | 0.75 |
| Taste-Masking flavor[1] | 0.07 | 0 |
| Titanium dioxide | 0.07 | 0.18 |
| Coated dextromethorphan (45% w/w) | 5.56 | 6.94 |
| Mint flavor | 1.26 | 1.71 |
| Vitamin E[2] | 3.9 | 0 |
| WS-3[3] | 0.035 | 0.044 |
| Simethicone emulsion[4] | 0.035 | 0.09 |
| Water | 19.49 | 32.5 |
| Blue food color | 4 drops | 5 drops |

[1]Magna Sweet, available from Mafco Worldwide Corp.
[2]10% solution containing 0.39 g Vitamin E and 3.51 g water
[3]N-Ethyl-p-menthane-3-carboxamide cooling agent, available from Millennium Chemicals
[4]Available from Sentry

The above components for each composition were combined by mixing until a uniform mixture was achieved, and

28

then cast into films. In particular, the solutions were cast onto release paper (available from Griff Paper & Film) using a K Control Coater with a 350 micron smooth bar. The films were then dried at about 80° C. for about 10 minutes. Composition 1 was dried to a moisture level of about 2.68%, and composition 2 was dried to a moisture level of about 3.35%.

The dried films were tested for various properties, including dissolution testing to determine how long it will take the film to dissolve in the mouth and bend testing to determine flexibility of the film. In addition, a panel observed the tendency of the films to exhibit stickiness in the mouth and the tendency to adhere to the roof of the user's mouth.

To test dissolution rate, an approximately 20 mm by 100 mm piece of film, having a 2.85 g weight attached, was lowered into a 32.5° C. water bath to a depth of about 50 mm. The time required for the film to dissolve and separate into two pieces was determined (in seconds).

The films also were subject to bend testing, i.e., 180° bend test. The dried films were placed in a moisture analyzer (HR73 Moisture Analyzer from Mettler Toledo) to obtain percent moisture and to remove any solvent (e.g. water) remaining in the films after drying at 80° C. in accordance with the present invention. The films then were creased to about 180° and observed for break. Films that broke during creasing were considered a failure. If the film did not break during creasing, a 200 g weight was dropped onto the creased film from a height of about 8.5 mm. Films that broke were considered a failure, and those that did not break were considered a pass. It should be noted, however, that this flexibility test is an extreme test. Films that failed this test are still considered operable within the scope of the present invention. More specifically, there may be certain applications that do not require such extreme flexibility properties.

Both films of compositions 1 and 2 exhibited adequate strength, good tear resistance, passed the 180° bend test both prior and subsequent to placement in the moisture analyzer and dissolved on the tongue at a moderate to fast rate. Composition 1, which contained Vitamin E, exhibited no stickiness in the mouth and did not exhibit a tendency to adhere to the roof of the user's mouth. Composition 2, in contrast, did not contain Vitamin E. Composition 2 exhibited stickiness and tendency to adhere to the roof of the mouth.

Example 3-243

Water-soluble thin films were prepared incorporating silica and magnesium stearate as anti-tacking agents in the amounts described in Table 2. More specifically, various combinations of silica and magnesium stearate were incorporated into a variety of different film compositions as shown in the table below.

TABLE 2

| Example | Film description | Silica[1] (weight %) | Magnesium stearate (weight %) |
|---|---|---|---|
| 3 | SOURS | 1.5 | 2.0 |
| 4 | SOURS | 1.5 | 2.0 |
| 5 | SOURS | 1.5 | 2.0 |
| 6 | SOURS | 1.5 | 2.0 |
| 7 | SOURS | 1.5 | 2.0 |
| 8 | SOURS | 1.5 | 2.0 |
| 9 | SOURS | 1.5 | 2.0 |
| 10 | SOURS | 1.5 | 2.0 |

US 9,855,221 B2

29

30

TABLE 2-continued

| Example | Film description | Silica[1] (weight %) | Magnesium stearate (weight %) |
|---|---|---|---|
| 11 | SOURS | 1.5 | 2.0 |
| 12 | SOURS | 1.5 | 2.0 |
| 13 | SOURS | 1.5 | 2.0 |
| 14 | SOURS | 1.5 | 2.0 |
| 15 | BENZOCAINE/MENTHOL | 1.5 | 1.5 |
| 16 | BENZOCAINE/MENTHOL | 1.5 | 1.5 |
| 17 | BENZOCAINE/MENTHOL | 1.5 | 1.5 |
| 18 | BENZOCAINE/MENTHOL | 1.5 | 1.5 |
| 19 | BENZOCAINE/MENTHOL | 1.5 | 1.5 |
| 20 | SOURS | 2 | 2.5 |
| 21 | SOURS | 1.5 | 2 |
| 22 | SOURS | 1.5 | 2 |
| 23 | SOURS | 1.5 | 2 |
| 24 | SOURS | 1.5 | 2 |
| 25 | SOURS | 1.5 | 2 |
| 26 | SOURS | 1.5 | 2 |
| 27 | SOURS | 1.5 | 2.5 |
| 28 | SOURS | 1.5 | 2.5 |
| 29 | SOURS | 1.5 | 2.5 |
| 30 | SOURS | 1.5 | 2.5 |
| 31 | SOURS | 1.5 | 2 |
| 32 | SOURS | 1.5 | 2 |
| 33 | SOURS | 1.5 | 2.5 |
| 34 | SOURS | 1.5 | 2.5 |
| 35 | SOURS | 1.5 | 2.5 |
| 36 | SOURS | 1.5 | 2.5 |
| 37 | SOURS | 1.5 | 2.5 |
| 38 | SOURS | 1.5 | 2.5 |
| 39 | SOURS | 1.5 | 2.5 |
| 40 | SOURS | 1.5 | 2.5 |
| 41 | ENERGY/WELLNESS SUPPLEMENT[2] | 1 | 2 |
| 42 | ENERGY/WELLNESS SUPPLEMENT[2] | 1 | 2 |
| 43 | ENERGY/WELLNESS SUPPLEMENT[2] | 0.9 | 1 |
| 44 | ENERGY/WELLNESS SUPPLEMENT[2] | 1.15 | 1 |
| 45 | ENERGY/WELLNESS SUPPLEMENT[2] | 1 | 1 |
| 46 | ENERGY/WELLNESS SUPPLEMENT[2] | 0.75 | 1 |
| 47 | ENERGY/WELLNESS SUPPLEMENT[2] | 1 | 1.5 |
| 48 | ENERGY/WELLNESS SUPPLEMENT[2] | 1 | 1 |
| 49 | ENERGY/WELLNESS SUPPLEMENT[2] | 0.75 | 1 |
| 50 | ENERGY/WELLNESS SUPPLEMENT[2] | 1 | 1 |
| 51 | ENERGY/WELLNESS SUPPLEMENT[2] | 1 | 1 |
| 52 | ENERGY/WELLNESS SUPPLEMENT[2] | 1 | 1 |
| 53 | ENERGY/WELLNESS SUPPLEMENT[2] | 1 | 1 |
| 54 | ENERGY/WELLNESS SUPPLEMENT[2] | 1 | 1 |
| 55 | ENERGY/WELLNESS SUPPLEMENT[2] | 1 | 1 |
| 56 | ENERGY/WELLNESS SUPPLEMENT[2] | 1 | 1 |
| 57 | ENERGY/WELLNESS SUPPLEMENT[2] | 1 | 1 |
| 58 | ENERGY/WELLNESS SUPPLEMENT[2] | 1 | 1 |
| 59 | ENERGY/WELLNESS SUPPLEMENT[2] | 1 | 1 |
| 60 | ENERGY/WELLNESS SUPPLEMENT[2] | 1 | 1 |
| 61 | ENERGY/WELLNESS SUPPLEMENT[2] | 1 | 1.5 |
| 62 | ENERGY/WELLNESS SUPPLEMENT[2] | 0.5 | 1.5 |
| 63 | ORAL ANALGESIC | 0.54 | 0.5 |
| 64 | ORAL ANALGESIC | 1.54 | 1 |
| 65 | ORAL ANALGESIC | 0.5 | 0.54 |
| 66 | ORAL ANALGESIC | 1.54 | 1 |
| 67 | ORAL ANALGESIC | 1.04 | 1 |
| 68 | ORAL ANALGESIC | 1.24 | 1.5 |
| 69 | ORAL ANALGESIC | 1.24 | 1.5 |
| 70 | ORAL ANALGESIC | 1.24 | 1.5 |
| 71 | ORAL ANALGESIC | 1.24 | 1.5 |
| 72 | ORAL ANALGESIC | 1.24 | 1.5 |
| 73 | ORAL ANALGESIC | 1.24 | 1.5 |
| 74 | ENERGY/WELLNESS SUPPLEMENT[2] | 0.5 | 1.5 |
| 75 | MELATONIN | 1 | 2 |
| 76 | MELATONIN | 1 | 2 |
| 77 | MELATONIN | 1 | 2 |
| 78 | MELATONIN | 1 | 1.5 |
| 79 | MELATONIN | 1.1 | 1.3 |
| 80 | MELATONIN | 1.2 | 1.3 |
| 81 | CHLORINE DIOXIDE | 1.5 | 1.5 |
| 82 | MULTIVITAMIN | 1 | 1 |
| 83 | MULTIVITAMIN | 1 | 1 |
| 84 | ZINC/ELDERBERRY | 0.5 | 1 |
| 85 | ENERGY/WELLNESS SUPPLEMENT[2] | 0.75 | 1 |
| 86 | ENERGY/WELLNESS SUPPLEMENT[2] | 0.75 | 1 |

US 9,855,221 B2

31                                                                32

TABLE 2-continued

| Example | Film description | Silica[1] (weight %) | Magnesium stearate (weight %) |
|---|---|---|---|
| 87 | ENERGY/WELLNESS SUPPLEMENT[2] | 0.75 | 1 |
| 88 | MELATONIN | 1.1 | 1.3 |
| 89 | MULTIVITAMIN | 1 | 1 |
| 90 | B-COMPLEX VITAMIN | 1 | 1 |
| 91 | MULTIVITAMIN | 1 | 1 |
| 92 | B-COMPLEX VITAMIN | 1 | 1 |
| 93 | MULTIVITAMIN | 1 | 1 |
| 94 | MULTIVITAMIN | 1 | 1 |
| 95 | ENERGY/WELLNESS SUPPLEMENT[2] | 0.75 | 1 |
| 96 | MULTIVITAMIN | 1 | 1 |
| 97 | MELATONIN | 1 | 1 |
| 98 | ENERGY/WELLNESS SUPPLEMENT[2] | 0.75 | 1 |
| 99 | ENERGY/WELLNESS SUPPLEMENT[2] | 0.75 | 1 |
| 100 | ENERGY/WELLNESS SUPPLEMENT[2] | 0.75 | 1 |
| 101 | ENERGY/WELLNESS SUPPLEMENT[2] | 1 | 1.5 |
| 102 | ENERGY/WELLNESS SUPPLEMENT[2] | 1 | 1.5 |
| 103 | ENERGY/WELLNESS SUPPLEMENT[2] | 1 | 2 |
| 104 | ENERGY/WELLNESS SUPPLEMENT[2] | 1.5 | 1 |
| 105 | ENERGY/WELLNESS SUPPLEMENT[2] | 1 | 2 |
| 106 | ENERGY/WELLNESS SUPPLEMENT[2] | 1 | 2 |
| 107 | ENERGY/WELLNESS SUPPLEMENT[2] | 1 | 1.5 |
| 108 | ENERGY/WELLNESS SUPPLEMENT[2] | 1 | 2 |
| 109 | ENERGY/WELLNESS SUPPLEMENT[2] | 1 | 1.5 |
| 110 | ENERGY/WELLNESS SUPPLEMENT[2] | 1 | 1.5 |
| 111 | ENERGY/WELLNESS SUPPLEMENT[2] | 1 | 1.5 |
| 112 | ENERGY/WELLNESS SUPPLEMENT[2] | 1 | 1.5 |
| 113 | ENERGY/WELLNESS SUPPLEMENT[2] | 1 | 1.5 |
| 114 | ENERGY/WELLNESS SUPPLEMENT[2] | 1 | 1.5 |
| 115 | MULTIVITAMIN | 1 | 1.5 |
| 116 | MULTIVITAMIN | 1 | 1.5 |
| 117 | IMMUNE BOOSTER | 1 | 1 |
| 118 | MELATONIN | 1.1 | 1.3 |
| 119 | MELATONIN | 1.1 | 1.3 |
| 120 | MELATONIN | 1.1 | 1.3 |
| 121 | MELATONIN | 1.1 | 1.3 |
| 122 | MELATONIN | 0.5 | 0.75 |
| 123 | COLD & COUGH | 1 | 1 |
| 124 | COLD & COUGH | 1 | 1 |
| 125 | MULTIVITAMIN | 1 | 1 |
| 126 | MULTIVITAMIN | 1 | 1 |
| 127 | MULTIVITAMIN | 1 | 1.5 |
| 128 | MULTIVITAMIN | 1 | 1 |
| 129 | MULTIVITAMIN | 1 | 1 |
| 130 | MULTIVITAMIN | 1 | 1.5 |
| 131 | MULTIVITAMIN | 1 | 1 |
| 132 | MULTIVITAMIN | 1 | 1 |
| 133 | B-COMPLEX VITAMIN | 1 | 1 |
| 134 | B-COMPLEX VITAMIN | 1 | 1 |
| 135 | B-COMPLEX VITAMIN | 1 | 1 |
| 136 | B-COMPLEX VITAMIN | 1 | 1 |
| 137 | ENERGY/WELLNESS SUPPLEMENT[2] | 1.5 | 1.5 |
| 138 | ENERGY/WELLNESS SUPPLEMENT[2] | 1.5 | 1.5 |
| 139 | ENERGY/WELLNESS SUPPLEMENT[2] | 1.5 | 1.5 |
| 140 | MULTIVITAMIN | 1 | 1 |
| 141 | B-COMPLEX VITAMIN | 1 | 1 |
| 142 | B-COMPLEX VITAMIN | 1 | 1 |
| 143 | MULTIVITAMIN | 1 | 1 |
| 144 | B-COMPLEX VITAMIN | 1 | 1 |
| 145 | MULTIVITAMIN | 1 | 1 |
| 146 | MULTIVITAMIN | 1 | 1 |
| 147 | MULTIVITAMIN | 1 | 1 |
| 148 | MULTIVITAMIN | 1 | 1 |
| 149 | B-COMPLEX VITAMIN | 1 | 1 |
| 150 | B-COMPLEX VITAMIN | 1 | 1 |
| 151 | MULTIVITAMIN | 1 | 1 |
| 152 | MULTIVITAMIN | 1 | 1 |
| 153 | MULTIVITAMIN | 1 | 1 |
| 154 | MULTIVITAMIN | 1.5 | 0.3 |
| 155 | ENERGY/WELLNESS SUPPLEMENT[2] | 1.5 | 1 |
| 156 | ENERGY/WELLNESS SUPPLEMENT[2] | 1 | 1 |
| 157 | ENERGY/WELLNESS SUPPLEMENT[2] | 1 | 1 |
| 158 | MULTIVITAMIN | 1 | 1 |
| 159 | MULTIVITAMIN | 1 | 1 |
| 160 | MULTIVITAMIN | 1.5 | 0.3 |
| 161 | MULTIVITAMIN | 1 | 1 |
| 162 | B-COMPLEX VITAMIN | 1 | 1 |

US 9,855,221 B2

33      34

TABLE 2-continued

| Example | Film description | Silica[1] (weight %) | Magnesium stearate (weight %) |
|---|---|---|---|
| 163 | B-COMPLEX VITAMIN | 1 | 1 |
| 164 | ENERGY/WELLNESS SUPPLEMENT[2] | 0.5 | 0.5 |
| 165 | ENERGY/WELLNESS SUPPLEMENT[2] | 0.5 | 0.5 |
| 166 | ENERGY/WELLNESS SUPPLEMENT[2] | 0.5 | 0.5 |
| 167 | ENERGY/WELLNESS SUPPLEMENT[2] | 0.5 | 0.5 |
| 168 | ENERGY/WELLNESS SUPPLEMENT[2] | 0.5 | 0.5 |
| 169 | ENERGY/WELLNESS SUPPLEMENT[2] | 0.5 | 0.5 |
| 170 | ENERGY/WELLNESS SUPPLEMENT[2] | 0.5 | 0.5 |
| 171 | ENERGY/WELLNESS SUPPLEMENT[2] | 1 | 0.5 |
| 172 | ENERGY/WELLNESS SUPPLEMENT[2] | 1 | 0.5 |
| 173 | MULTIVITAMIN | 1 | 1 |
| 174 | MULTIVITAMIN | 1 | 1 |
| 175 | ENERGY/WELLNESS SUPPLEMENT[2] | 0.5 | 0.5 |
| 176 | MULTIVITAMIN | 1 | 1 |
| 177 | ENERGY/WELLNESS SUPPLEMENT[2] | 0.5 | 0.5 |
| 178 | ENERGY/WELLNESS SUPPLEMENT[2] | 0.5 | 0.5 |
| 179 | MULTIVITAMIN | 1 | 1 |
| 180 | MULTIVITAMIN | 1 | 1 |
| 181 | ENERGY/WELLNESS SUPPLEMENT[2] | 1 | 0.5 |
| 182 | ENERGY/WELLNESS SUPPLEMENT[2] | 1 | 0.5 |
| 183 | MULTIVITAMIN | 1 | 1 |
| 184 | MULTIVITAMIN | 1 | 1 |
| 185 | MULTIVITAMIN | 1 | 1 |
| 186 | MULTIVITAMIN | 1 | 1 |
| 187 | MULTIVITAMIN | 1 | 1 |
| 188 | ENERGY/WELLNESS SUPPLEMENT[2] | 1 | 0.5 |
| 189 | MULTIVITAMIN | 1 | 1 |
| 190 | MULTIVITAMIN | 1 | 1 |
| 191 | MULTIVITAMIN | 1 | 1 |
| 192 | MULTIVITAMIN | 1 | 1 |
| 193 | MULTIVITAMIN | 1.37 | 2.05 |
| 194 | MULTIVITAMIN | 1 | 1 |
| 195 | MULTIVITAMIN | 1 | 1 |
| 196 | MULTIVITAMIN | 1 | 1 |
| 197 | B-COMPLEX VITAMIN | 1 | 1 |
| 198 | ENERGY/WELLNESS SUPPLEMENT[2] | 1 | 0.5 |
| 199 | ENERGY/WELLNESS SUPPLEMENT[2] | 1 | 0.5 |
| 200 | ENERGY/WELLNESS SUPPLEMENT[2] | 1 | 0.5 |
| 201 | B-COMPLEX VITAMIN | 1 | 1 |
| 202 | MULTIVITAMIN | 1 | 1 |
| 203 | MULTIVITAMIN | 1 | 1 |
| 204 | MELATONIN | 1.1 | 1.3 |
| 205 | MULTIVITAMIN | 1.5 | 0.3 |
| 206 | MULTIVITAMIN | 1 | 1 |
| 207 | STRESS RELIEF | 1 | 0.3 |
| 208 | MULTIVITAMIN | 1 | 1 |
| 209 | MULTIVITAMIN | 1 | 1 |
| 210 | MULTIVITAMIN | 1 | 1 |
| 211 | ENERGY/WELLNESS SUPPLEMENT[2] | 1 | 0.5 |
| 212 | ENERGY/WELLNESS SUPPLEMENT[2] | 1 | 0.5 |
| 213 | ENERGY/WELLNESS SUPPLEMENT[2] | 1 | 0.5 |
| 214 | ENERGY/WELLNESS SUPPLEMENT[2] | 1 | 0.5 |
| 215 | ENERGY/WELLNESS SUPPLEMENT[2] | 1 | 0.5 |
| 216 | MULTIVITAMIN | 1.5 | 0.3 |
| 217 | MELATONIN | 1 | 0.5 |
| 218 | MELATONIN | 1 | 0.5 |
| 219 | STRESS RELIEF | 1 | 0.3 |
| 220 | MULTIVITAMIN | 1 | 1 |
| 221 | MELATONIN | 1 | 0.5 |
| 222 | MULTIVITAMIN | 1.5 | 0.3 |
| 223 | MULTIVITAMIN | 1 | 1 |
| 224 | MULTIVITAMIN | 1 | 1 |
| 225 | CINNAMINT | 1 | 1 |
| 226 | MELATONIN | 1 | 0.5 |
| 227 | MELATONIN | 1 | 0.5 |
| 228 | B-COMPLEX VITAMIN | 1 | 1 |
| 229 | MULTIVITAMIN | 1 | 1 |
| 230 | MULTIVITAMIN | 1 | 1 |
| 231 | MULTIVITAMIN | 1 | 1 |
| 232 | MULTIVITAMIN | 1 | 1 |
| 233 | MULTIVITAMIN | 1 | 1 |
| 234 | MULTIVITAMIN | 1 | 1 |
| 235 | MULTIVITAMIN | 1 | 1 |
| 236 | MULTIVITAMIN | 1 | 1 |
| 237 | MULTIVITAMIN | 1 | 1 |
| 238 | MULTIVITAMIN | 1 | 1 |

US 9,855,221 B2

35

TABLE 2-continued

| Example | Film description | Silica[1] (weight %) | Magnesium stearate (weight %) |
|---|---|---|---|
| 239 | MULTIVITAMIN | 1 | 1 |
| 240 | MULTIVITAMIN | 1 | 1 |
| 241 | BENZOCAINE/MENTHOL | 1.5 | 1.5 |
| 242 | MULTIVITAMIN | 1 | 1 |
| 243 | DEXTROMETHORPHAN HYDROBROMIDE | 0.5 | 1.82 |

[1]Sipernat 500LS, available from Degussa
[2]Energy/Wellness Supplement may contain any/all of the following actives or combinations thereof: Green Tea, Guarana, Chromium Picolinate, Caffeine, Yohimbie HCl, Taurine, Vitamin B3, Vitamin B6, Vitamin B12

In addition to silica and magnesium stearate, each of the films listed above contains a variety of components, such as polymers and flavors, among others. The remainder of the components are provided below for each film description used in Table 2.

Films identified in Table 2 above as "SOURS" contain the following components listed in Table 3:

TABLE 3

| Component | Weight % |
|---|---|
| HYDROXYPROPYL METHYLCELLULOSE | 0.01%-60% |
| CITRIC ACID | 0.01%-40% |
| NATURAL &ARTIFICIAL FLAVORS | 0.01%-25% |
| GUM ARABIC | 0.01%-10% |
| MAGNESIUM STEARATE | 0.01%-10% |
| SODIUM HEXAMETAPHOSPHATE | 0.01%-5% |
| SILICA | 0.01%-2% |
| POLYSORBATE 80 | 0%-5% |
| MALIC ACID | 0.01%-10% |
| ASPARTAME | 0.01%-3.5% |
| POTASSIUM ACESULFAME | 0.01%-0.5% |
| DYE | 0.01%-1% |
| POTASSIUM SORBATE | 0.01%-0.1% |
| SODIUM BENZOATE | 0.01%-0.1% |

Films identified in Table 2 above as "Benzocaine/Menthol" contain the following components listed in Table 4:

TABLE 4

| Component | Weight % |
|---|---|
| HYDROXYPROPYL METHYLCELLULOSE | 0.01%-70% |
| NATURAL &ARTIFICIAL FLAVORS | 0.01%-25% |
| POLYETHYLENE OXIDE | 0.01%-50% |
| MENTHOL CRYSTALS | 0.01%-30% |
| CORN STARCH | 0.01%-30% |
| BENZOCAINE | 0.01%-10% |
| SUCRALOSE | 0.01%-5% |
| MALIC ACID | 0.01%-5% |
| MAGNESIUM STEARATE | 0.01%-10% |
| SILICA | 0.01%-2% |
| TITANIUM DIOXIDE | 0.01%-5% |
| BUTYLATED HYDROXYTOLUENE | 0.01%-1% |
| DYE | 0.01%-1% |

Films identified in Table 2 above as "Energy/Wellness Supplement" contain the following components listed in Table 5:

TABLE 5

| Component | Weight % |
|---|---|
| HYDROXYPROPYL METHYLCELLULOSE | 0%-70% |
| HYDROXYPROPYL CELLULOSE | 0%-40% |
| PECTIN | 0%-40% |

36

TABLE 5-continued

| Component | Weight % |
|---|---|
| NATURAL &ARTIFICIAL FLAVORS/FLAVOR ADJUVANTS | 0%-30% |
| POLYDEXTROSE | 0.01%-30% |
| SODIUM CARBOXYMETHYLCELLULOSE | 0%-10% |
| ENERGY/WELLNESS ACTIVES[2] | 0.01%-50% |
| ERYTHRITOL | 0%-20% |
| SUCRALOSE | 0.01%-5% |
| CITRIC ACID | 0%-10% |
| MAGNESIUM STEARATE | 0.01%-10% |
| GLYCERYL MONOOLEATE | 0%-1% |
| SILICA | 0.01%-2% |
| POLYSORBATE 80 | 0%-1% |
| SORBITAN MONOOLEATE | 0%-1% |
| POTASSIUM SORBATE | 0%-0.1% |
| SODIUM BENZOATE | 0%-0.1% |
| SODIUM HEXAMETAPHOSPHATE | 0%-10% |
| PROPYLENE GLYCOL | 0%-25% |
| GUM ARABIC | 0%-10% |
| DYE | 0.01%-1% |

Films identified in Table 2 above as "ORAL ANALGESIC" contain the following components listed in Table 6:

TABLE 6

| Component | Weight % |
|---|---|
| HYDROXYPROPYL METHYLCELLULOSE | 0.01%-70% |
| CHOLINE SALICYLATE | 0.01%-60% |
| NATURAL &ARTIFICIAL FLAVORS | 0.01%-10% |
| MAGNESIUM STEARATE | 0.01-5% |
| SILICA | 0.01-2% |
| CETALKONIUM CHLORIDE | 0.01%-5% |
| METHYL PARABEN | 0.01%-0.1% |
| DIMETHYLPYSILOXANE | 0.01%-0.05% |

Films identified in Table 2 above as "Melatonin" contain the following components listed in Table 7:

TABLE 7

| Component | Weight % |
|---|---|
| HYDROXYPROPYL METHYLCELLULOSE | 0.01%-70% |
| NATURAL &ARTIFICIAL FLAVORS/FLAVOR ADJUVANTS | 0.01%-20% |
| POLYETHYLENE OXIDE | 0.01%-30% |
| MELATONIN | 0.01%-20% |
| PECTIN | 0.01%-10% |
| POLYDEXTROSE | 0.01%-20% |
| SUCRALOSE | 0.01%-5% |
| MAGNESIUM STEARATE | 0.01%-10% |
| SILICA | 0.01%-2% |
| GLYCERYL MONOOLEATE | 0.01%-1% |
| TITANIUM DIOXIDE | 0.01%-5% |
| MONOAMMONIUM GLYCYRRHIZINATE | 0.01%-2% |
| BUTYLATED HYDROXYTOLUENE | 0.01%-1% |
| DYE | 0.01%-1% |

US 9,855,221 B2

**37**

Films identified in Table 2 above as "Chlorine Dioxide" contain the following components listed in Table 8:

TABLE 8

| Component | Weight % |
|---|---|
| HYDROXYPROPYL METHYLCELLULOSE | 0.01%-70% |
| POLYETHYLENE OXIDE | 0.01%-50% |
| POLYDEXTROSE | 0.01%-20% |
| NATURAL &ARTIFICIAL FLAVORS/ FLAVOR ADJUVANTS | 0.01%-30% |
| MAGNESIUM STEARATE | 0.01%-5% |
| SILICA | 0.01%-2% |
| SUCRALOSE | 0.01%-5% |
| ZINC GLUCONATE DIHYDRATE | 0.01%-5% |
| CITRIC ACID | 0.01%-2% |
| GLYCERYL MONOOLEATE | 0.01%-1% |
| SODIUM HYDROXIDE | 0.01%-5% |
| SODIUM BICARBONATE | 0.01%-5% |
| CHLORINE DIOXIDE 2% SOLUTION | 0.01%-10% |
| BUTYLATED HYDROXYTOLUENE | 0.01%-1% |
| DYE | 0.01%-1% |
| SODIUM BENZOATE | 0.01%-0.1% |

Films identified in Table 2 above as "Multivitamin" contain the following components listed in Table 9:

TABLE 9

| Component | Weight % |
|---|---|
| HYDROXYPROPYL METHYLCELLULOSE | 0.01%-50% |
| NATURAL &ARTIFICIAL FLAVORS | 0.01%-20% |
| NIACINAMIDE - 100% (Vitamin B3) | 0.01%-30% |
| POLYETHYLENE OXIDE | 0.01%-30% |
| POLYDEXTROSE | 0.01%-20% |
| ASCORBIC ACID - 100% (Vitamin C) | 0.01%-20% |
| 50% VITAMIN E ACETATE - 91.2% | 0.01%-10% |
| CALCIUM d-PANTOTHENATE - 92% (Vitamin B5) | 0.01%-10% |
| SUCRALOSE | 0.01%-5% |
| VITAMIN A PALMITATE - 15% | 0.01%-10% |
| PYRIDOXINE HYDROCHLORIDE - 82.3% (VITAMIN B6) | 0.01%-10% |
| RIBOFLAVIN - 100% (Vitamin B2) | 0.01%-10% |
| THIAMINE HYDROCHLORIDE - 89.2% (Vitamin B1) | 0.01%-10% |
| MAGNESIUM STEARATE | 0.01%-2% |
| SILICA | 0.01%-2% |
| GLYCERYL MONOOLEATE | 0.01%-1% |
| 5% VITAMIN K - 100% | 0.01%-5% |
| 2.5% VITAMIN D3 LIQUID - 100% | 0.01%-5% |
| BUTYLATED HYDROXYTOLUENE | 0.01%-1% |
| CYANOCOBALAMIN - 100% (Vitamin B12) | 0.001%-1% |

Films identified in Table 2 above as "Zinc/Elderberry" contain the following components listed in Table 10:

TABLE 10

| Component | Weight % |
|---|---|
| HYDROXYPROPYL METHYLCELLULOSE | 0.01%-60% |
| ZINC GLUCONATE | 0.01%-20% |
| ELDERBERRY EXTRACT | 0.01%-20% |
| FRUCTOSE | 0.01%-20% |
| NATURAL &ARTIFICIAL FLAVORS | 0.01%-30% |
| POLYETHYLENE OXIDE | 0.01%-20% |
| POLYDEXTROSE | 0.01%-20% |
| ASCORBIC ACID - 100% (Vitamin C) | 0.01%-20% |
| SUCRALOSE | 0.01%-5% |
| GLYCERYL MONOOLEATE | 0.01%-1% |
| MAGNESIUM STEARATE | 0.01%-5% |
| TITANIUM DIOXIDE | 0.01%-2% |
| SILICA | 0.01%-2% |
| BUTYLATED HYDROXYTOLUENE | 0.01%-1% |

**38**

Films identified in Table 2 above as "B-Complex Vitamin" contain the following component listed in Table 11:

TABLE 11

| Component | Weight % |
|---|---|
| HYDROXYPROPYL METHYLCELLULOSE | 0.01%-60% |
| POLYETHYLENE OXIDE | 0.01%-50% |
| CALCIUM d-PANTOTHENATE - 92% (Vitamin B5) | 0.01%-20% |
| POLYDEXTROSE | 0.01%-30% |
| NATURAL &ARTIFICIAL FLAVORS/FLAVOR ADJUVANTS | 0.01%-25% |
| PYRIDOXINE HYDROCHLORIDE - 82.3% (VITAMIN B6) | 0.01%-20% |
| RIBOFLAVIN - 100% (Vitamin B2) | 0.01%-20% |
| THIAMINE HYDROCHLORIDE - 89.2% (Vitamin B1) | 0.01%-20% |
| SUCRALOSE | 0.01%-5% |
| PROPYLENE GLYCOL | 0.01%-5% |
| MAGNESIUM STEARATE | 0.01%-10% |
| SILICA | 0.01%-2% |
| GLYCERYL MONOOLEATE | 0.01%-1% |
| BUTYLATED HYDROXYTOLUENE | 0.01%-1% |
| DYE | 0.01%-1% |
| CYANOCOBALAMIN - 100% (Vitamin B12) | 0.001%-1% |

Films identified in Table 2 above as "Immune Boostee" contain the following components listed in Table 12:

TABLE 12

| Component | Weight % |
|---|---|
| HYDROXYPROPYL METHYLCELLULOSE | 0.01%-70% |
| POLYDEXTROSE | 0.01%-50% |
| POLYETHYLENE OXIDE | 0.01%-50% |
| ZINC CITRATE TRIHYDRATE | 0.01%-40% |
| SUCRALOSE | 0.01%-5% |
| NATURAL FLAVORS | 0.01%-20% |
| CITRIC ACID | 0.01%-20% |
| MAGNESIUM STEARATE | 0.01%-10% |
| SILICA | 0.01%-2% |
| SODIUM CITRATE | 0.01%-5% |
| GLYCERYL MONOOLEATE | 0.01%-1% |
| BUTYLATED HYDROXYTOLUENE | 0.01%-2% |
| MONOAMMONIUM GLYCYRRHIZINATE | 0.01%-1% |
| DYE | 0.01%-1% |

Films identified in Table 2 above as "Cold & Cough" contain the following components listed in Table 13:

TABLE 13

| Component | Weight % |
|---|---|
| HYDROXYPROPYL METHYLCELLULOSE | 0.01%-60% |
| POLYDEXTROSE | 0.01%-30% |
| NATURAL &ARTIFICIAL FLAVORS | 0.01%-25% |
| POLYETHYLENE OXIDE | 0.01%-50% |
| ASCORBIC ACID - 100% (Vitamin C) | 0.01%-30% |
| ZINC CITRATE DIHYDRATE | 0.01%-20% |
| ECHINACEA PURPUREA | 0.01%-20% |
| SUCRALOSE | 0.01%-10% |
| PECTIN | 0.01%-20% |
| CITRIC ACID | 0.01%-10% |
| SODIUM CITRATE | 0.01%-5% |
| MAGNESIUM STEARATE | 0.01%-10% |
| SILICA | 0.01%-2% |
| GLYCERYL MONOOLEATE | 0.01%-1% |
| DYE | 0.01%-1% |
| BUTYLATED HYDROXYTOLUENE | 0.01%-1% |
| MONOAMMONIUM GLYCYRRHIZINATE | 0.01%-1% |

Films identified in Table 2 above as "Stress Relief" contain the following components listed in Table 14:

US 9,855,221 B2

**39**

TABLE 14

| Component | Weight % |
|---|---|
| HYDROXYPROPYL METHYLCELLULOSE | 0.01%–60% |
| CHAMOMILE | 0.01%–40% |
| PASSION FLOWER | 0.01%–40% |
| PECTIN | 0.01%–20% |
| NATURAL &ARTIFICIAL FLAVORS | 0.01%–25% |
| GLYCERIN | 0.01%–10% |
| POLYSORBATE 80 | 0%–2% |
| SUCRALOSE | 0.01%–5% |
| POLYDIMETHYLSILOXANE EMULSION | 0.01%–2% |
| ASPARTAME | 0.01%–5% |
| POTASSIUM ACESULFAME | 0.01%–3% |
| POTASSIUM SORBATE | 0.01%–1% |

Films identified in Table 2 above as "Cinnamint" contain the following components listed in Table 15:

TABLE 15

| Component | Weight % |
|---|---|
| HYDROXYPROPYL METHYLCELLULOSE | 0.01%–70% |
| POLYETHYLENE OXIDE | 0.01%–50% |
| POLYDEXTROSE | 0.01%–30% |
| BUTYLATED HYDROXYTOLUENE | 0.01%–1% |
| GLYCERYL MONOOLEATE | 0.01%–1% |
| MAGNESIUM STEARATE | 0.01%–10% |
| SILICA | 0.01%–2% |
| POTASSIUM SORBATE | 0.01%–0.1% |
| SODIUM BENZOATE | 0.01%–0.1% |
| NATURAL &ARTIFICIAL FLAVORS | 0.01%–30% |
| SUCRALOSE | 0.01%–5% |
| XYLITOL | 0.01%–10% |
| DYE | 0.01%–1% |

Films identified in Table 2 above as "Dextromethorphan Hydrobromide" contain the following components listed in Table 16:

TABLE 16

| Component | Weight % |
|---|---|
| Dextromethorphan Hydrobromide 60% | 0.01%–60% |
| POLYETHYLENE OXIDE | 0.01%–70% |
| POLYDEXTROSE | 0.01%–30% |
| HYDROXYPROPYL METHYLCELLULOSE | 0.01%–70% |
| NATURAL &ARTIFICIAL FLAVORS | 0.01%–30% |
| SUCRALOSE | 0.01%–5% |
| MAGNESIUM STEARATE | 0.01%–10% |
| SILICA | 0%–2% |
| SODIUM BICARBONATE | 0.01%–5% |
| XANTHAN GUM | 0.01%–10% |
| TITANIUM DIOXIDE | 0.01%–5% |
| BUTYLATED HYDROXYTOLUENE | 0.01%–1% |
| DYE | 0.01%–1% |

The films prepared in these Examples exhibited improved glidant properties, particularly the ability to slide against one another without sticking together.

Examples 244-300

Water-soluble thin films were prepared incorporating silica and magnesium stearate as anti-tacking agents in the amounts described in Table 17. More specifically, various combinations of silica and magnesium stearate were incorporated into a variety of different film compositions as shown in the table below.

**40**

TABLE 17

| Example | Film description | Silica[1] (weight %) | Magnesium stearate (weight %) |
|---|---|---|---|
| 244 | SOURS | 1.5 | 2.5 |
| 245 | ENERGY/WELLNESS SUPPLEMENT[2] | 0.75 | 1 |
| 246 | ENERGY/WELLNESS SUPPLEMENT[2] | 0.75 | 1 |
| 247 | MELATONIN | 1 | 2 |
| 248 | MELATONIN | 1.5 | 1.5 |
| 249 | CHLORINE DIOXIDE | 1.5 | 1.5 |
| 250 | MELATONIN | 1.5 | 1.5 |
| 251 | MELATONIN | 1.5 | 1.5 |
| 252 | MELATONIN | 1.5 | 1.5 |
| 253 | MELATONIN | 1.5 | 1.5 |
| 254 | CHLORINE DIOXIDE | 1.5 | 1.5 |
| 255 | MELATONIN | 1.1 | 1.3 |
| 256 | MULTIVITAMIN | 1 | 1 |
| 257 | MULTIVITAMIN | 1 | 1 |
| 258 | B COMPLEX VITAMIN | 1 | 1 |
| 259 | MULTIVITAMIN | 1 | 1 |
| 260 | B COMPLEX VITAMIN | 1 | 1 |
| 261 | COLD & COUGH | 1 | 1 |
| 262 | MULTIVITAMIN | 1 | 1 |
| 263 | MULTIVITAMIN | 1 | 1 |
| 264 | MULTIVITAMIN | 1 | 1 |
| 265 | MULTIVITAMIN | | |
| 266 | MULTIVITAMIN | | |
| 267 | MULTIVITAMIN | | |
| 268 | MULTIVITAMIN | 1 | 1.5 |
| 269 | IMMUNE BOOSTER | 1.16 | 1.16 |
| 270 | MULTIVITAMIN | 1 | 1 |
| 271 | ENERGY/WELLNESS SUPPLEMENT[2] | 1 | 1.5 |
| 272 | MULTIVITAMIN | 1 | 1.5 |
| 273 | MULTIVITAMIN | 1 | 1.5 |
| 274 | MELATONIN | 1.1 | 1.3 |
| 275 | MULTIVITAMIN | 1 | 1 |
| 276 | MULTIVITAMIN | 1 | 1 |
| 277 | MULTIVITAMIN | 1 | 1 |
| 278 | MULTIVITAMIN | 1 | 1 |
| 279 | MULTIVITAMIN | 1 | 1 |
| 280 | ENERGY/WELLNESS SUPPLEMENT[2] | 1.5 | 1.5 |
| 281 | MULTIVITAMIN | 1 | 1.5 |
| 282 | MULTIVITAMIN | 1 | 1.5 |
| 283 | MULTIVITAMIN | 1.5 | 0.3 |
| 284 | MULTIVITAMIN | 1 | 1 |
| 285 | B-COMPLEX VITAMIN | 1 | 1 |
| 286 | ENERGY/WELLNESS SUPPLEMENT[2] | 1 | 0.5 |
| 287 | MULTIVITAMIN | 1 | 1 |
| 288 | MELATONIN | 1.1 | 1.3 |
| 289 | B-COMPLEX VITAMIN | 1 | 1 |
| 290 | B-COMPLEX VITAMIN | 1 | 1 |
| 291 | ENERGY/WELLNESS SUPPLEMENT[2] | 1 | 0.5 |
| 292 | ENERGY/WELLNESS SUPPLEMENT[2] | 1 | 0.5 |
| 293 | B-COMPLEX VITAMIN | 1 | 1 |
| 294 | MULTIVITAMIN | 1 | 1 |
| 295 | CHLORINE DIOXIDE | 1.5 | 1.5 |
| 296 | MULTIVITAMIN | 1 | 1.5 |
| 297 | MULTIVITAMIN | 1 | 1 |
| 298 | MULTIVITAMIN | 1 | 1 |
| 299 | MULTIVITAMIN | 1 | 1 |
| 300 | BENZOCAINE/MENTHOL | 1.5 | 1.5 |

[1]Sipernat 500LS, available from Degussa

[2]Energy/Wellness Supplement may contain any/all of the following actives or combinations thereof: Green Tea, Guarana, Chromium Picolinate, Caffeine, Yohimbic HCl, Taurine, Vitamin B3, Vitamin B6, Vitamin B12

Besides silica and magnesium stearate, the remainder of the components contained in the films listed in Table 17 are provided in connection with Table 2 above. The film descriptions used in Tables 2 and 17 are the same.

The films prepared in these Examples exhibited improved glidant properties, particularly the ability to slide against one another without sticking together.

US 9,855,221 B2

41

While there have been described what are presently believed to be the preferred embodiments of the invention, those skilled in the art will realize that changes and modifications may be made thereto without departing from the spirit of the invention, and it is intended to include all such changes and modifications as fall within the true scope of the invention.

What is claimed is:

**1**. A continuously cast film for delivery of an active in individual self-supporting oral unit doses, said individual self-supporting oral unit doses cut from said continuously cast film containing a desired amount of said active, said continuously cast film comprising:

an ingestible, water-soluble, polymer matrix;

at least one anti-tacking agent selected from the group consisting of stearate; stearic acid; vegetable oil; wax; a blend of magnesium stearate and sodium lauryl sulfate; boric acid; surfactant; sodium benzoate; sodium acetate; sodium chloride; DL-Leucine; polyethylene glycol; sodium oleate; sodium lauryl sulfate; magnesium lauryl sulfate; talc; corn starch;

amorphous silicon dioxide; silicon dioxide; metallic stearate; Vitamin E; Vitamin E TPGS; silica and combinations thereof; and

a substantially uniform distribution of said active substantially locked-in within said polymer matrix, wherein said active is selected from the group consisting of cosmetic agents,

pharmaceutical agents, vitamins, bioactive agents and combinations thereof wherein said active is substantially uniformly distributed in said continuously cast film, whereby said substantially uniform distribution is measured by substantially equally sized individual self supporting oral unit doses cut from said continuously cast film which do not vary by more than 10% of said desired amount of said active.

**2**. The continuously cast film of claim **1**, wherein said anti-tacking agent is present in an amount of about 0.01% to about 20% by weight of said film.

**3**. The continuously cast film of claim **1**, wherein said water-soluble polymer matrix comprises a polymer selected from the group consisting of cellulose, cellulose derivatives, polyethylene oxide (PEO), pullulan, hydroxypropylmethyl cellulose (HPMC), hydroxyethyl cellulose (HEC), hydroxypropyl cellulose, polyvinyl pyrrolidone (PVP), carboxymethyl cellulose, polyvinyl alcohol, polysaccharides, sodium alginate, xanthan gum, tragancanth gum, guar gum, acacia gum, arabic gum, polyacrylic acid, methylmethacrylate copolymer, carboxyvinyl copolymers, starch, and combinations thereof.

**4**. The continuously cast film of claim **1**, wherein said active is selected from the group consisting of anxiolytics, central nervous system stimulants, ace-inhibitors, antianginal drugs, anti-arrhythmias, anti-asthmatics, anti-cholesterolemics, anesthetics, anti-convulsants, anti-depressants, anti-diabetic agents, anti-diarrhea preparations, antidotes, anti-histamines, anti- hypertensive drugs, anti-inflammatory agents, anti-lipid agents, anti-manics, anti-nauseants, antistroke agents, anti-thyroid preparations, anti-tumor drugs, anti-viral agents, acne drugs, alkaloids, amino acid preparations, anti-tussives, anti-uricemic drugs, anti-viral drugs, anabolic preparations, systemic and non-systemic anti-infective agents, anti-neoplastics, anti-parkinsonian agents, anti-rheumatic agents, appetite stimulants, biological response modifiers, blood modifiers, bone metabolism regulators, cardiovascular agents, cholinesterase inhibitors, contraceptives, decongestants, dietary supplements, dopamine

42

receptor agonists, endometriosis management agents, enzymes, erectile dysfunction therapies, fertility agents, gastrointestinal agents, homeopathic remedies, hormones, hypercalcemia and hypocalcemia management agents, immunomodulators, immunosuppressives, migraine preparations, motion sickness treatments, muscle relaxants, obesity management agents, osteoporosis preparations, oxytocics, parasympatholytics, parasympathomimetics, prostaglandins, psychotherapeutic agents, respiratory agents, sedatives, smoking cessation aids, sympatholytics, tremor preparations, urinary tract agents, vasodilators, laxatives, antacids, ion exchange resins, anti-pyretics, appetite suppressants, expectorants, anti-anxiety agents, anti-ulcer agents, anti-inflammatory substances, coronary dilators, cerebral dilators, peripheral vasodilators, psycho-tropics, stimulants, anti-hypertensive drugs, vasoconstrictors, migraine treatments, antibiotics, tranquilizers, anti-psychotics, anti-tumor drugs, anti-coagulants, anti-thrombotic drugs, hypnotics, anti-emetics, anti-nauseants, anti-convulsants, neuromuscular drugs, hyper- and hypo-glycemic agents, thyroid and anti-thyroid preparations, diuretics, anti-spasmodics, uterine relaxants, anti-obesity drugs, erythropoietic drugs, anti-asthmatics, cough suppressants, mucolytics, DNA and genetic modifying drugs, and combinations thereof.

**5**. The continuously cast film of claim **1**, wherein said active is selected from the group consisting of an opiate, an opiate derivative, an analgesic, a biological response modifier, a urinary tract agent, tadalafil, apomorphine, a migraine treatment, a hormone, an anti-convulsant, alprazolam and combinations thereof.

**6**. A continuously cast film for mucosal delivery of an active in individual self-supporting oral unit doses, said individual self-supporting oral unit doses cut from said continuously cast film containing a desired amount of said active, said continuously cast film comprising:

(a) at least one first film layer comprising:

an ingestible, water-soluble polymer matrix; and

(b) at least one additional film layer comprising:

an ingestible, water-soluble polymer matrix; and

wherein the water-soluble polymer matrix of one or more of the first and additional film layers includes a substantially uniform distribution of said active substantially locked-in within said polymer matrix, wherein said active is selected from the group consisting of cosmetic agents, pharmaceutical agents, vitamins, bioactive agents and combinations thereof; and

wherein one or more of the first and additional film layers include at least one anti-tacking agent selected from the group consisting of stearate; stearic acid; vegetable oil; wax; a blend of magnesium stearate and sodium lauryl sulfate; boric acid; surfactant; sodium benzoate;

sodium acetate; sodium chloride; DL-Leucine; polyethylene glycol; sodium oleate; sodium lauryl sulfate; magnesium lauryl sulfate; talc; corn starch; amorphous silicon dioxide; silicon dioxide; metallic stearate; Vitamin E; Vitamin E TPGS; silica and combinations thereof; and

wherein said active is substantially uniformly distributed in said continuously cast film, whereby said substantially uniform distribution is measured by substantially equal sized individual self-supporting oral unit doses cut from said continuously cast film which do not vary by more than 10% of said desired amount of said active.

**7**. The continuously cast film of claim **6**, wherein said active is selected from the group consisting of an opiate, an

43

opiate derivative, an analgesic, a biological response modifier, a urinary tract agent, tadalafil, an anti-convulsant, apomorphine, a migraine treatment, a hormone, alprazolam and combinations thereof.

**8**. A continuously cast film for delivery of an active in individual self-supporting oral unit doses, said individual self-supporting oral unit doses cut from said continuously cast film containing a desired amount of said active, said continuously cast film comprising:

   an ingestible, water-soluble polymer matrix comprising a polymer selected from the group consisting of cellulose, a cellulose derivative, polyethylene oxide (PEO), pullulan, hydroxypopylmethyl cellulose (HPMC), hydroxyethyl cellulose (HEC), hydroxypropyl cellulose, polyvinyl pyrrolidone (PVP), carboxymethyl cellulose, polyvinyl alcohol, polys accharide, sodium alginate, xanthan gum, tragancanth gum, guar gum, acacia gum, arabic gum, polyacrylc acid, methylmethacrylate copolymer, carboxyvinyl copolymers, starch, gelatin, and combinations thereof;

   at least one anti-tacking agent selected from the group consisting of stearate; stearic acid; vegetable oil; wax; a blend of magnesium stearate and sodium lauryl sulfate; boric acid;

   surfactant; sodium benzoate; sodium acetate; sodium chloride; DL-Leucine; polyethylene glycol; sodium oleate; sodium lauryl sulfate; magnesium lauryl sulfate; talc; corn starch;

   amorphous silicon dioxide; silicon dioxide; metallic stearate; Vitamin E; Vitamin E TPGS; silica and combinations thereof;

   a substantially uniform distribution of said active substantially locked-in within said polymer matrix, wherein said active is selected from the group consisting of pharmaceutical agents, bioactive agents and combinations thereof;

   wherein said active is substantially uniformly distributed in said continuously cast film, whereby said substantially uniform distribution is measured by substantially equally sized individual self-supporting oral unit doses cut from said continuously cast film which do not vary by more than 10% of said desired amount of said active.

**9**. The continuously cast film of claim **8**, further comprising a component selected from the group consisting of citric acid, propylene glycol, a sweetener, a preservative, a coloring agent, a flavor, a flavor enhancer and combinations thereof.

**10**. The continuously cast film of claim **8**, wherein the film is a multi-layered film.

**11**. The continuously cast film of claim **8**, wherein said active is selected from the group consisting of an opiate, an opiate derivative, an analgesic, a biological response modifier, a urinary tract agent, tadalafil, an anti-convulsant, apomorphine, a migraine treatment, a hormone, alprazolam and combinations thereof.

**12**. The continuously cast film of claim **9**, wherein the flavor is selected from the group of mint oil, citrus flavor and combinations thereof.

**13**. The continuously cast film of claim **8**, further comprising a buffer.

**14**. The continuously cast film of claim **9**, wherein the sweetener is selected from the group consisting of acesulfame K, sodium saccharin, aspartame and combinations thereof.

**15**. The continuously cast film of claim **8**, further comprising an inorganic pigment or filler.

44

**16**. The continuously cast film of claim **1**, wherein the individual unit doses contain a solvent selected from the group consisting of water, ethanol, isopropanol, acetone, methylene chloride and combinations thereof, present in an amount not greater than 10% by weight.

**17**. The continuously cast film of claim **1**, further comprising polyethylene oxide and an anti-tacking agent.

**18**. The continuously cast film of claim **1**, wherein the individual self-supporting oral unit doses further comprise a layer which is selected from the group consisting of a cast layer, a laminated layer, a coated layer and combinations thereof.

**19**. The continuously cast film of claim **18**, wherein the layer contains an active.

**20**. The continuously cast film of claim **18**, wherein the layer does not contain an active.

**21**. The continuously cast film of claim **6**, wherein the individual unit doses contain a solvent selected from the group consisting of water, ethanol, isopropanol, acetone, methylene chloride and combinations thereof, present in an amount not greater than 10% by weight.

**22**. The continuously cast film of claim **6**, wherein the sodium benzoate content is from about 0.01 to about 20% by weight of the cast film.

**23**. The continuously cast film of claim **8**, wherein the individual unit doses contain a solvent selected from the group consisting of water, ethanol, isopropanol, acetone, methylene chloride and combinations thereof, present in an amount not greater than 10% by weight.

**24**. The continuously cast film of claim **8**, further comprising polyethylene oxide and an anti-tacking agent.

**25**. The continuously cast film of claim **24**, wherein the anti-tacking agent is selected from the group consisting of silicon dioxide, amorphous silicon dioxide, and combinations thereof.

**26**. A continuously cast film for delivery of an active in individual self-supporting oral unit doses, said individual self-supporting oral unit doses cut from said continuously cast film containing a desired amount of said active, said continuously cast film comprising:

   an ingestible, water-soluble, polymer matrix comprising a polymer selected from the group consisting of hydroxyethylcellulose, hydroxypropylcellulose, carboxymethyl cellulose, polyacrylic acid and combinations thereof;

   said active being selected from the group consisting of an opiate, an opiate derivative and combinations thereof;

   sodium benzoate;

   citric acid;

   propylene glycol;

   vitamin E acetate;

   an inorganic pigment or filler;

   a flavor selected from the group consisting of citrus flavor, peppermint oil and combinations thereof;

   a sweetener selected from the group consisting of acesulfame K, aspartame, sodium saccharin and combinations thereof;

   wherein said active is substantially uniformly distributed in said continuously cast film, whereby said substantially uniform distribution is measured by substantially equally sized individual self-supporting oral unit doses cut from said continuously cast film which do not vary by more than 10% of said desired amount of said active.

**27**. The continuously cast film of claim **26**, wherein the individual unit doses contain a solvent selected from the group consisting of water, ethanol, isopropanol, acetone,

US 9,855,221 B2

45

46

methylene chloride and combinations thereof, present in an amount not greater than 10% by weight.

**28**. The continuously cast film of claim **26**, wherein the individual self-supporting oral unit doses further comprise a layer which is selected from the group consisting of a cast layer, a laminated layer, a coated layer and combinations thereof.

**29**. The continuously cast film of claim **28**, wherein the layer contains an active.

**30**. The continuously cast film of claim **28**, wherein the layer does not contain an active.

\* \* \* \* \*