

**WALSH PIZZI O'REILLY FALANGA**

One Riverfront Plaza
1037 Raymond Blvd, Suite 600
Newark, NJ 07102

T: 973.757.1100
F: 973.757.1090

WALSH.LAW

Liza M. Walsh
Direct Dial: (973) 757-1100
lwalsh@walsh.law

March 15, 2018

**VIA ECF**

Honorable Kevin McNulty, U.S.D.J.
US District Court for the District of New Jersey
Martin Luther King Jr. Building & U.S. Courthouse
50 Walnut Street
Newark, New Jersey 07102

Re:   **Indivior Inc., et al. v. Teva Pharmaceuticals USA, Inc.**
      **Civil Action No: 2:17-cv-07115 (KM-CLW)**

      **Indivior Inc., et al. v. Dr. Reddy's Laboratories S.A., et al.**
      **Civil Action No.: 2:17-cv-07111 (KM-CLW)**

      **Indivior Inc., et al. v. Alvogen Pine Brook LLC**
      **Civil Action No.: 2:17-cv-07106 (KM-CLW)**

Dear Judge McNulty,

The undersigned counsel individually represent Teva Pharmaceuticals USA, Inc.; Dr. Reddy's Laboratories S.A. and Dr. Reddy's Laboratories, Inc.; and Alvogen Pine Brook LLC (collectively, "Defendants") in the above-captioned matters.  We write to provide the Court with new information relevant to Defendants' fully-briefed pending motions to transfer this action, under 28 U.S.C. § 1404(a), to the United States District Court for the District of Delaware.  (ECF 8, Civ. A. No. 17-07115; ECF 12, Civ. A. No. 17-07111; ECF 12, Civ. A. No. 17-07106.)

As described in Defendants' briefs in support of their motions, contemporaneous with Teva's motion, Teva's wholly-owned subsidiary—Actavis Laboratories UT, Inc.—filed a motion to transfer the parallel action Plaintiffs brought against Actavis from the United States District Court for the District of Utah to the District of Delaware.  (*See, e.g.*, ECF 8, attachment 1 at fn. 1, Civ. A. No. 17-07115.)  Following a March 13 hearing on Actavis's motion in the District of Utah, the Honorable Tena Campbell, U.S.D.J. issued the attached order granting Actavis's motion to transfer the case to the District of Delaware.  (*See* Exhibit A.)  Defendants respectfully request that this Court consider Judge Campbell's decision when evaluating Defendants' transfer motions in the above-referenced matters.

Defendants appreciate Your Honor's ongoing attention to these matters and is available should the Court have any questions or need anything further.

Very truly yours,

*s/Liza M. Walsh*
Liza M. Walsh
*Attorneys for Defendant*
*Teva Pharmaceuticals USA, Inc.*

*s/ William L. Mentlik*
William L. Mentlik
*Attorneys for Defendants*
*Dr. Reddy's Laboratories S.A. and*
*Dr. Reddy's Laboratories, Inc.*

*s/Arnold B. Calmann*
Arnold B. Calmann
*Attorneys for Defendant*
*Alvogen Pine Brook LLC*

cc: All Counsel of Record (*via ECF*)

# Exhibit A

**This is an automatic e-mail message generated by the CM/ECF system. If you need assistance, call the Help Desk at (801)524-6100**
**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.**

US District Court Electronic Case Filing System

District of Utah

### Notice of Electronic Filing

The following transaction was entered on 3/13/2018 at 3:50 PM MDT and filed on 3/13/2018
**Case Name:**     Indivior et al v. Actavis Laboratories UT
**Case Number:**    2:17-cv-01034-TC
**Filer:**
**Document Number:** 50(No document attached)

**Docket Text:**
**Minute Entry for proceedings held before Judge Tena Campbell: Motion Hearing held on 3/13/2018 re [7] MOTION to Change Venue filed by Actavis Laboratories UT. Counsel are present and the court hears argument. The court grants the motion to transfer venue. Defendant's counsel is ordered to prepare and circulate and file with the court a proposed order granting the motion based on the findings the court articulated during the hearing. That proposed order is due no later than 3/27/2018 and should contain language directing the clerk of the court to transfer the case to the Delaware District Court. Attorney for Plaintiff: Arthur B. Berger, J. Magnus Essunger, R. Jason Fowler, Daniel A. Ladow, Daniel Sharpe, Attorney for Defendant: Stephen R. Smerek, Mathew Lalli. Court Reporter: Kelly Hicken.(cff)**

**2:17-cv-01034-TC Notice has been electronically mailed to:**

Arthur B. Berger      aberger@rqn.com, docket@rqn.com, lmcgee@rqn.com

Samuel C. Straight     sstraight@rqn.com, bsears@rqn.com, docket@rqn.com

Michael A. Gehret     mgehret@swlaw.com, bhatch@swlaw.com, docket_slc@swlaw.com, snielsen@swlaw.com

Charanjit Brahma     charanjit.brahma@troutman.com

- J. Magnus Essunger     magnus.essunger@troutman.com

- Timothy P. Heaton     timothy.heaton@troutman.com, isaura.collado@troutman.com

- Daniel A. Ladow     daniel.ladow@troutman.com, nymc@troutman.com

- Gerald E. Porter     gerald.porter@troutman.com

- Daniel Sharpe     daniel.sharpe@troutman.com

- David P. Dalke     ddalke@winston.com, docketLA@winston.com, ppratt@winston.com

- Stephen R. Smerek     ssmerek@winston.com, docketLA@winston.com, pwaters@winston.com

- Shilpa A. Coorg     scoorg@winston.com, docketLA@winston.com, wtunson@winston.com

- Michael K. Nutter     mnutter@winston.com

- R. Jason Fowler     jfowler@cov.com, IndiviorSBX@cov.com

- Katherine Harihar     katherine.harihar@troutman.com

**2:17-cv-01034-TC Notice has been delivered by other means to:**