UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| **INDIVIOR INC. and INDVIOR UK LTD.,**<br><br>Plaintiffs,<br><br>vs.<br><br>**ALVOGEN PINE BROOK, INC.,**<br><br>Defendant. | Civ. No. 17-7106 (KM)(CLW)<br><br>**ORDER** |

## KEVIN MCNULTY, U.S.D.J.:

The defendant, Alvogen Pine Brook, Inc., having filed a motion (ECF no. 16) to transfer venue of this action to the District of Delaware; and the matter having come before the Court upon Magistrate Judge Cathy L. Waldor's Report and Recommendation (R&R) (ECF no. 50); and Alvogen Pine Brook, Inc., having filed an Objection thereto (ECF no. 54); and the plaintiffs, Indivior Inc., Indivior UK Limited, and Aquestive Therapeutics, Inc., having filed a response in opposition (ECF no. 56); and the Court having reviewed the R&R *de novo* and considered the submissions and the entire case file, without oral argument; for the reasons stated in the accompanying Opinion, and good cause appearing therefor;

**IT IS** this 27th day of August, 2018

**ORDERED** as follows:

1. The objection (ECF no. 54) to the R&R is rejected;

1

2. The R&R (ECF no. 50) is **AFFIRMED** and **ADOPTED**, essentially for the reasons stated in Magistrate Judge Waldor's Opinion, as supplemented by the accompanying Opinion of this Court;

3. The motion to transfer venue (ECF no. 16) is **DENIED**.

*[signature]*

**KEVIN MCNULTY**
**United States District Judge**