Charles M. Lizza
William C. Baton
David L. Moses
SAUL EWING ARNSTEIN & LEHR LLP
One Riverfront Plaza, Suite 1520
Newark, New Jersey 07102-5426
(973) 286-6700
clizza@saul.com
wbaton@saul.com
dmoses@saul.com

*Attorneys for Plaintiffs*
*Indivior Inc., Indivior UK Limited,*
*and Aquestive Therapeutics, Inc.*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| INDIVIOR INC., INDIVIOR UK LIMITED, and AQUESTIVE THERAPEUTICS, INC., <br><br> Plaintiffs, <br><br> v. <br><br> ALVOGEN PINE BROOK LLC, <br><br> Defendant. | Civil Action No. 17-7106 (KM)(CLW) <br> Civil Action No. 18-5285 (KM)(CLW) <br> (Consolidated) <br><br> **NOTICE OF APPLICATION FOR AN ORDER TO SHOW CAUSE WHY A PRELIMINARY INJUNCTION WITH TEMPORARY RESTRAINTS SHOULD NOT ISSUE** <br><br> **(Filed Electronically)** |

To:   Arnold B. Calmann
      One Gateway Center, 10th Floor
      Suite 1000
      Newark, NJ 07102

      *Attorney for Defendant*
      *Alvogen Pine Brook LLC*

Plaintiffs Indivior Inc., Indivior UK Limited (together, "Indivior"), and Aquestive Therapeutics, Inc. (collectively, "Plaintiffs"), by and through their undersigned counsel, submit this Application for a Temporary Restraining Order and for issuance of an Order to Show Cause Why a Preliminary Injunction Should Not Issue. Specifically, Plaintiffs move for entry of a temporary restraining order that will restrain and enjoin Defendant Alvogen Pine Brook LLC ("Alvogen") from engaging in the commercial manufacture, use, offer to sell, or sale within the United States of, or importing into the United States, its generic buprenorphine-and-naloxone-containing transmucosal film products, through and including the return date of the Order to Show Cause, and requiring Alvogen to show cause why it should not be preliminarily enjoined from doing so throughout the pendency of this action or until the expiration of U.S. Patent No. 9,931,305.

This application for an Order to Show Cause Why a Preliminary Injunction with Temporary Restraints Should Not Issue is made pursuant to Rule 65 of the Federal Rules of Civil Procedure on the grounds that there is a likelihood that Plaintiffs will succeed on the merits and that Plaintiffs will be irreparably harmed if the relief is not granted.

The Application is based on this notice, the accompanying Memorandum in Support of Plaintiffs' Motion for a Temporary Restraining Order and Preliminary Injunction and the Declarations of Robert S. Langer, Sc.D., Richard Simkin, Mark Crossley, Robert Navarro, Pharm.D., Gerald G. Fuller, Ph.D., and Keith Kendall, submitted herewith. Also submitted are a [Proposed] Order to Show Cause with Temporary Restraints and a [Proposed] Order Granting Preliminary Injunction.

Dated: January 22, 2019

Respectfully submitted,
By: s/ William C. Baton
Charles M. Lizza
William C. Baton
David L. Moses
SAUL EWING
ARNSTEIN & LEHR LLP
One Riverfront Plaza, Suite 1520
Newark, New Jersey 07102-5426
(973) 286-6700
clizza@saul.com
wbaton@saul.com
dmoses@saul.com

*Attorneys for Plaintiffs*
*Indivior Inc., Indivior UK Limited,*
*and Aquestive Therapeutics, Inc.*

Of Counsel:

James F. Hibey
Steptoe & Johnson LLP
1330 Connecticut Avenue, NW
Washington DC 20036
Telephone: (202) 429-3000
Facsimile: (202) 429-3902
jhibey@steptoe.com

Jamie L. Lucia
Steptoe & Johnson LLP
One Market Street
Steuart Tower, Suite 1800
San Francisco, CA 94105
(415) 365-6700
jlucia@steptoe.com

*Attorneys for Plaintiff*
*Aquestive Therapeutics, Inc.*

Of Counsel:

Jeffrey B. Elikan (admitted *pro hac vice*)
Jeffrey H. Lerner (admitted *pro hac vice*)
Erica N. Andersen (admitted *pro hac vice*)
R. Jason Fowler (admitted *pro hac vice*)
Philip S. May
Covington & Burling LLP
One CityCenter
850 Tenth St. NW
Washington, DC 20001
202.662.6000
jelikan@cov.com
jlerner@cov.com
eandersen@cov.com
jfowler@cov.com
pmay@cov.com

*Attorneys for Plaintiffs*
*Indivior Inc. and Indivior UK Limited*