

William C. Baton
Phone: (973) 286-6722
Fax: (973) 286-6822
wbaton@saul.com
www.saul.com

January 23, 2019

**VIA ECF**

The Honorable Cathy L. Waldor, U.S.M.J.
United States District Court
M.L. King, Jr. Federal Bldg. & Courthouse, Room 4040
50 Walnut Street
Newark, New Jersey 07102

      Re:    *Indivior Inc., et al. v. Alvogen Pine Brook LLC*
              <u>Civil Action Nos. 17-7106, 18-5285 (KM)(CLW)    (Consolidated)</u>

Dear Judge Waldor:

      This firm, together with Covington & Burling LLP and Steptoe and Johnson LLP, represents plaintiffs Indivior Inc., Indivior UK Limited, and Aquestive Therapeutics, Inc. (collectively, "Plaintiffs") in the above-captioned matter.

      We write to respectfully request an extension of the deadline to file redacted versions of the papers filed in connection with Plaintiffs' Motion for a Preliminary Injunction and related filings (D.I. 83—87). Pursuant to L. Civ. R. 5.3(c)(4), redacted versions of those papers are due today. Under L. Civ. R. 5.3(c)(2)(ii), a joint motion to seal all papers related to Plaintiffs' motion is due 14 days following the completed briefing related to the motion. Due to the length and volume of the papers that will be subject to the motion to seal, which already includes hundreds of pages, we believe that it would be most efficient to extend the time for filing redacted versions of the papers related to Plaintiffs' motion (including any opposition and reply papers) until the parties file the joint consolidated motion to seal. Accordingly, we propose publicly filing redacted versions on the same day that the joint motion to seal is due. We have conferred with Defendant, and they consent to this request. If this meets with Your Honor's approval, we respectfully request that Your Honor sign and enter the below form of endorsement.

Hon. Cathy L. Waldor, U.S.M.J.
January 23, 2019
Page 2

Thank you for Your Honor's kind attention to this matter.

Respectfully yours,

*William C. Baton*

William C. Baton

cc: All Counsel (via e-mail)

SO ORDERED:

_____
Hon. Cathy L. Waldor, U.S.M.J.